DAVID B. GOLUBCHIK (State Bar No. 185520)
dbg@lnbyb.com
J.P. FRITZ (State Bar No. 245240)
jpf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Proposed Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | **Case No.: 2:10-bk-62057-VZ** |
| **SHILO INN, KILLEEN, LLC,** | **Chapter 11 Case** |
| Debtor and Debtor in Possession, | **MASTER DECLARATION OF CHRISTOPHER CAMPBELL IN SUPPORT OF FIRST DAY MOTIONS** |
| | Hearing: |
| | Date: December 9, 2010 |
| | Time: 11:00 a.m. |
| | Ctrm: 255 East Temple Street |
| | Courtroom 1368 |
| | Los Angeles, CA 90012 |

I, Christopher Campbell, hereby declare as follows:

1.    I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2.    I am currently employed as the Chief Executive Officer and Chief Financial Officer of Shilo Management Corporation ("SMC"), the entity that oversees operation and management of Shilo Inn hotels.

3.    I hold an MBA from Golden Gate University (2003). I also hold a BA in Business Administration from University of Washington (1992). Both degrees were awarded to me with high honors and a concentration in finance.

4.    I was hired as Deputy Chief Financial Officer of Shilo Inns on March 1, 2003. My duties in such capacity including overseeing accounting functions and management of staff, including in-house payroll, purchasing, accounts payable and general ledger departments.

5.    On June 1, 2004, I was promoted to Chief Financial Officer of Shilo Inns. In such capacity, I oversee all accounting functions and provide management and third parties with historical and proforma financial information. On April 17, 2007, I was promoted to Chief Executive Officer of Shilo Inns and continue to serve in such capacity while also serving as the CFO.

6.    I make this declaration in support of the following emergency motions (collectively the "First Day Motions") filed by Shilo Inn, Killeen, LLC ("Debtor"):

        a.  Emergency Motion For Entry Of An Order Authorizing Debtor To: (A) Use Cash Collateral On An Interim Basis Pending A Final Hearing; And (B) Borrow Money On A Secured Basis ("Cash Collateral Motion");

        b.  Emergency Motion For Entry Of An Order Authorizing The Continued Use Of Debtor's Cash Management System ("Cash Management Motion"); and

c.  Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(C) Of The Bankruptcy Code ("Utilities Motion").

7.  The Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on December 6, 2010. The Debtor continues to operate its business and manage its financial affairs as a debtor in possession.

**A.  Background.**

8.  The Debtor operates a 160 all-suite full-service hotel located in Killeen, Texas (the "Hotel") pursuant to a franchise agreement with Shilo Franchise International, LLC. The Hotel is a full-service all-suites hotel with half the suites being full kitchen suite units. The Shilo hotel amenities includes a guest hospitality lounge, business center, large meeting and banquet facilities, indoor pool & spa, fitness center, steam room, sauna, as well as an outdoor spa, offices, highly acclaimed restaurant, lounge and one of the only deluxe cigar bars in the Killeen area. Mark S. Hemstreet personally developed this particular Killeen 160 suites full-service Hotel in 2007.

9.  The Hotel has enjoyed historical success as a stand-alone business. While the Hotel's ideal location adjacent to the Killeen Conference and Civic Center and extensive meeting and banquet facilities have made it a "go-to" location in the greater Killeen area, in 2009 the Hotel suffered reduced occupancy and revenues as a result of the slowdown in the general economy, especially the tourist and conference industry, during this long, deep historical recession. Although the Hotel has begun to recover in 2010 with revenues up year-to-date through the end of November 2010, room revenues are still down approximately 3% from their 2008 levels for the first 11 months of 2010 compared to the same 11-month period in 2008.

10. The Hotel is truly the superior lodging facility in Killeen, having won multiple awards and distinctions in the fairly brief time since opening. The Hotel opened mid-March, 2007 and, in July 2008, it was chosen by Trip Advisor users as the #1 hotel in the entire state of Texas. In addition, the Hotel was given the distinction of being among the best hotels in Central Texas in the Killeen Daily Herald reader's poll and the Shilo-mark Restaurant at the Hotel has likewise received awards and recognition as a premier dining location in Killeen.

11. Cathay Bank ("Cathay") originated the primary loan with the Debtor on or about March 20, 2006. On or about December 11, 2007, Cathay issued a replacement loan in the amount of $15.5 million to the Debtor. The Debtor made timely monthly payments to Cathay until late 2009 when the declines in annual room revenue of approximately 6.5% caused a reduction in cash flow.

12. The Debtor maintained close communication with Cathay in early 2010 regarding this loan and the obligation on an affiliated entity and related Chapter 11 debtor, Shilo Inn, Diamond Bar, LLC (Case No. 2:10-bk-60884-VZ), while also working out an extension and modification agreement on six additional loans with six separate affiliated entities (Shilo Inn The Dalles, LLC; Shilo Inn Warrenton, LLC; Shilo Inn, Newport, LLC; Shilo Inn Richland, LLC; Shilo Inn, Beaverton, LLC; and Shilo Inn, Washington Square, LLC (collectively hereinafter referred to as the "Shilo Six")). Cathay and the Shilo Six reached a resolution on the six loans around March of 2010, and based on statements made by Cathay at the time, the Debtor and Shilo Inn, Diamond Bar, LLC believed they would be able to similarly reach an agreement on the remaining two loan modifications with Cathay. During the time of the discussions, and due to the revenue declines and cash flow shortfalls from these two properties combined, the Debtor and Shilo Inn, Diamond Bar, LLC were unable to make regular monthly debt payments on either

4

1  loan pending the expected final resolution and agreement, which was ultimately not reached
2  prior to the filing of this case.

3    13.   The Debtor used best efforts to negotiate a consensual forbearance agreement and,
4  in fact, on two different occasions and after paying $250,000 to Cathay, clearly believed that an
5  agreement had been reached. The Debtor provided Cathay with requested documents and
6
7  addressed all concerns raised by Cathay. The Debtor was of the belief that Cathay would
8  welcome continued operations by the Debtor, especially when the cash flow shortfalls of the
9  Debtor were funded through assets which were not subject to Cathay's security interest.
10  Unfortunately, Cathay decided to take an aggressive, in my opinion, irrational approach and
11  commenced judicial foreclosure proceedings, including initially seeking the appointment of a
12  receiver over the Hotel, which was withdrawn by Cathay the day prior to the hearing on the
13  receivership action scheduled for December 3, 2010.
14

15    14.   Publicity regarding the repeated foreclosure filings and receivership action has
16  already caused senseless financial harm to the Hotel and its operations. Vendors are losing faith
17  in the Debtor and Hotel employees are concerned about job security. Guest services have also
18  suffered, prejudicing the Hotel as well as the "Shilo Inns" good franchise brand identity and
19  reputation.
20

21    15.   Notwithstanding the foregoing, the Debtor continued to try to negotiate with
22  Cathay in good faith up to the filing of this petition. Based on such discussions, it became
23  evident that Cathay was not interested in reaching a resolution prior to a foreclosure sale of the
24  Hotel scheduled for December 7, 2010. In order to avoid continued harm to the Hotel, employee
25  morale and likely irreparable harm to creditors in the event of a foreclosure, the Debtor was left
26  with no other practical alternative and determined that the commencement of this case was
27
28

necessary and proper in order to preserve the value of the Hotel for the benefit of all creditors, employees, customers and other parties in interest..

**B.    Assets**

16.    The Debtor's primary asset is the Hotel. In 2007, Cathay obtained an appraisal of the Hotel, pursuant to which the fair market value of the Hotel was determined to be in the range of $23,060,000 to $25,400,000. A true and correct copy of the foregoing appraisal is attached hereto as **Exhibit "1"**. I believe that the market has deteriorated somewhat since 2007. However, at this time, I am confident that the value of the Hotel is at least $22,000,000.

17.    In addition to the foregoing, the Debtor has other assets, which are identified in Schedule B – Personal Property, a true and correct copy of which is attached hereto as **Exhibit "2"**.

18.    Finally, attached hereto as **Exhibit "3"** is a true and correct copy of the Debtor's latest available Balance Sheet, dated as of September 30, 2010. The Balance Sheet lists that market value of the Debtor's assets at $25,734,489.

**C.    Secured Claim**

19.    Cathay asserts a first priority security interest in the Debtor's assets to secure an obligation in the amount of approximately $14,902,868.33.

**D.    Cash Collateral Motion**

20.    Pursuant to the Cash Collateral Motion, the Debtor seeks Court authority to use cash collateral in order to pay the expenses of maintaining and operating the Hotel, as set forth in the Budget, a true and correct copy of which is attached hereto as **Exhibit "4"**. The Budget reflects the Debtor's ordinary and necessary operating expenses that must be paid postpetition to preserve the Debtor's business. While the Budget represents the Debtor's best estimate of such expenses, the needs of the business may fluctuate. Thus, I believe it is necessary and appropriate

to grant to the Debtor authority to deviate from the total expenses contained in the Budget by no more than 15% on a cumulative basis without the need for further Court order.

21. As is evident in the Budget, the Debtor anticipates certain cash shortfalls from operations in the near future. Cash flow shortfalls are proposed to be covered by a Credit Line ("Credit Line") in the amount of $100,000 to be offered to the Debtor by Shilo Franchise International, LLC ("SFI") in accordance with the Term Sheet attached hereto as **Exhibit "5"**.

22. Notwithstanding the foregoing, I am confident that the Debtor's future is bright. Room revenues have increased year-over-year for 2010 compared to 2009, and we are confident with a sustained recovery in the general economy, Killeen and the Killeen Shilo Inn will continue to gain in revenues and operating profit.

23. I believe that the current valuation of the Hotel on a going concern basis, its facilities and improved performance provides adequate protection to Cathay. The Debtor's continued operations, including the funding of any shortfalls through a junior security interest, will further protect Cathay herein.

24. On the other hand, if the Debtor is not permitted to use its cash collateral to maintain and operate the Hotel, I believe that it is a virtual certainty that this estate will be liquidated. Specifically, without use of cash collateral and the ability to operate, existing guests will not receive services and will depart, canceling existing charges. Moreover, without use of cash collateral, future reservations will also be cancelled. Even if the Debtor does not have use of cash collateral on a limited time basis, I believe that the public perception associated with the foregoing will certainly hurt, if not eviscerate, the Debtor's business, thereby reducing the value of the estate and potential recovery to creditors.

/ / /

/ / /

**E.     Cash Management Motion**

25.     The Hotel is one of some 41 hotels under the Shilo Inns brand.  Each of these hotels, including the Debtor, has its own separate bank account.  Funds from each of these bank accounts are transferred to a master accounts payable bank account (the "Master A/P Account") held by Shilo Management Corporation ("SMC") to reimburse for expenses paid by SMC on behalf of the hotels.  All expenses are paid by checks written from the Master A/P Account.  This results in cost savings and an economy of scales by allowing all expenses and accounting to run through one account rather than several.

26.     Meticulous records of money in and money out for each separate hotel and account ensure that all funds are accounted for and tracked.  In the ordinary course of business, SMC creates separate monthly reports for each of the separate hotel entities, including the Debtor, which it will continue to do throughout the bankruptcy case in connection with reports to the United States Trustee.  Thus, each month, there is a full record of all money that the Debtor transfers to the Master A/P Account and a full record of all money paid on behalf of the Debtor for its expenses.  All funds are accounted for.

27.     To avoid disruption and maintain efficient continuity in operations, I believe that it is necessary and proper to grant to the Debtor authority to maintain its prepetition cash management system.  Specifically, the Debtor will continue to collect income through the Debtor's Depository Account, then, as needed and appropriate, transfer reimbursements to the Master A/P Account, from which all expenses for the Debtor will be paid.  Importantly, the Debtor will transfer only the exact amount necessary for the Master A/P Account to cut checks for the Debtor's expenses.  All surplus income above what is needed for these expenses will remain in the Debtor's Depository Account.  Although 1 believe that there is no danger in the commingling and loss of estate funds by transfer to the Master A/P Account, keeping all surplus

1 income in the Debtor's Depository Account will serve as yet an extra safeguard to ensure that

2 estate funds remain within the estate and under the auspices of the Court and the Office of the

3 United States Trustee.

4
**F.      Utility Motion**

5
6      28.      To operate the Hotel, the Debtor receives water, gas, electricity, telephone,

7 internet and similar utility services from a number of utility companies (each a "Utility

8 Company," and collectively, the "Utility Companies"). Given the importance of the services

9 provided by the Utility Companies to the Debtor's business, it is crucial that the means of

10 providing adequate assurance to the Utility Companies which provide utility services to the

11 Debtor be determined immediately so that there is no interruption in the services provided.

12
     29.      Prior to the commencement of the Debtor's bankruptcy case, the Utility

13
14 Companies listed in Exhibit "A" hereto provided utility services to the Debtor. The Debtor

15 intends to provide adequate "assurance of payment" by providing each of the Utility Companies

16 listed in **Exhibit "A"** with a cash deposit in the amounts set forth in **Exhibit "A,"** provided that

17 the Debtor will continue to utilize such services. The proposed deposit amounts were

18 determined based on an average of the three (3) monthly ledgers reflecting expenses the Debtor

19 incurred for the respective Utility Companies (true and correct copies of actual bills from the

20
21 Utility Companies are attached hereto as **Exhibits "B" – "I"**. To the extent that a deposit is

22 already in place with a particular Utility, as set forth in **Exhibit "A"** hereto, such amount was

23 deducted from the proposed deposit sought herein. The source of funds to be used to pay the

24 cash deposits to the Utility Companies will be the Debtor's revenue.

25 ///

26 ///

27 ///

28

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct to the best of my knowledge.

3      Executed on this 6th day of December 2010, at Portland, Oregon.

4

5                                    CHRISTOPHER CAMPBELL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

*A Complete, Self Contained Appraisal Report*
*of:*

**The Shilo Inn & Suites Hotel**
**Northwest Corner of South W. S. Young Drive & Elms Road**
**Killeen, Bell County, Texas**

*For*

**Cathay Bank**

**As of September 19, 2007**

*Wycoff & Company PC*

*Wycoff & Company PC*

September 30, 2007

Cathay Bank
767 North Hill Street, STE-311
Los Angeles, CA 90112
Attn: Mr. T. Robert Jackson, Jr.
Vice President & Chief Appraiser



*Re: Shilo Inn & Suites, Killeen, Texas*

Dear Mr. Jackson:

In accordance with your request, I have prepared a complete, self contained appraisal report of the Shilo Inn & Suites Hotel located at the Northwest Corner of South W. S. Young Drive & Elms Road in Killeen, Bell County, Texas. The property comprises a full service hotel consisting of 160 rooms, located on a site measuring ±5.70 acres, or ±248,292 square feet.

The purpose of this appraisal is to estimate the "as is" market value of the fee simple interest in the property as of September 19, 2007. The property was inspected on September 18 & 19, 2007. It is my understanding that the report is to be used for mortgage loan underwriting purposes.

The accompanying report describes the methods of appraisal, and contains pertinent data considered in reaching my value conclusions. The reader is advised that I have not audited, examined, reviewed or applied agreed-upon procedures to the financial data contained in the accompanying report unless specifically noted. I have relied on information, including but not limited to industry statistics, relevant market, demographic, and financial data assembled through direct research and from secondary sources as well as information provided by you. While these sources of information are generally recognized as authoritative in the field or otherwise considered reliable, I have not audited this information nor do I warrant its completeness or accuracy. The opinion of market value subject to representative occupancy expressed herein is subject to the assumptions and limiting conditions set forth in the body of the accompanying report.

This report is a complete, self contained appraisal report which has been prepared in accordance with the Code of Professional Ethics and Standards of Professional Practice set forth by the Appraisal Institute, the Uniform Standards of Professional Appraisal Practice ("USPAP") as adopted by the Appraisal Foundation, and in compliance with Title XI FIRREA requirements.

*Shilo Inn & Suites , Killeen, Texas*

Based on my analysis, the "as is" market value of the fee simple interest in the subject site as of September 19, 2007 is:

### TWENTY THREE MILLION SIXTY THOUSAND DOLLARS

### ($23,060,000)

The prospective market value of the Shilo Inn & Suites upon stabilization which is estimated to occur on October 1, 2010 will be:

### TWENTY FIVE MILLION FOUR HUNDRED THOUSAND DOLLARS

### ($25,400,000)

My certification, valuation methods, analysis and supporting documentation, including appraisal assumptions and limiting conditions, is detailed in the attached report.

Very truly yours,

**WYCOFF & COMPANY PC**

By: _____

    Rodney A. Wycoff, CRE, MAI
    Texas License TX1335535-G

*Shilo Inn & Suites , Killeen, Texas* _____ *Page* i

## TABLE OF CONTENTS

Certification ..................................................................................................................................... ii

Statement of Assumptions and Limiting Conditions ................................................................... iii

Summary of Salient Facts and Conclusions ............................................................................... iv

Nature of the Assignment .............................................................................................................. 1

Regional Data ................................................................................................................................ 5

City of Killeen ............................................................................................................................ 12

Description of the Real Estate .................................................................................................... 14

Zoning ......................................................................................................................................... 19

Assessed Value and Taxes........................................................................................................... 19

Market for Transient Accommodations ...................................................................................... 21

Competition ................................................................................................................................. 26

Highest and Best Use Analysis ................................................................................................... 41

Approaches to Value.................................................................................................................... 43

Income Capitalization Approach ................................................................................................ 45

Sales Comparison Approach........................................................................................................ 57

Cost Approach ............................................................................................................................. 70

Reconciliation of Value............................................................................................................... 79

ADDENDA................................................................................................................................... 81

*Shilo Inn & Suites , Killeen, Texas*                                                                 *Page* ii

## CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the accompanying assumptions and limiting conditions and are my personal, unbiased professional analyses, opinions, and conclusions.

- No one provided the undersigned with significant professional assistance in the performance of this appraisal assignment.

- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

- My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- Rodney A. Wycoff made a personal inspection of the property that is the subject of this report on September 18 & 19, 2007.

- I have performed within the context of the competency provision of the Uniform Standards of Professional Appraisal Practice.

- This report was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives. As of the date of this report, Rodney Wycoff, MAI has completed the requirements of the continuing education program of the Appraisal Institute.



Rodney Wycoff, CRE, MAI
Wycoff & Company PC
State of Texas Appraisers License
#TX1335535-G, expires October 3, 2008

### STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This valuation opinion report has been prepared pursuant to the following general assumptions and general limiting conditions:

1.  I assume no responsibility for the legal description or matters including legal or title considerations. Title to the subject assets, properties, or business interests are assumed to be good and marketable unless otherwise stated.

2.  The subject assets, properties, or business interests are appraised free and clear of any or all liens or encumbrances unless otherwise stated.

3.  I assume responsible ownership and competent management with respect to the subject assets, properties, or business interests.

4.  The information furnished by others is believed to be reliable. However, I issue no warranty or other form of assurance regarding its accuracy.

5.  I assume that there is full compliance with all applicable Federal, state, and local regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.

6.  I assume that all required licenses, certificates of occupancy, consents, or legislative or administrative authority from any local, state, or national government, private entity or organization have been or can be obtained or renewed for any use on which the valuation opinion contained in this report is based.

7.  Possession of this valuation opinion report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without my written consent and, in any event, only with proper written qualifications and only in its entirety.

8.  I, by reason of this valuation, am not required to give testimony, or to be in attendance in court with reference to the assets, properties, or business interests in question unless arrangements have been previously made.

9.  This valuation opinion report has been prepared in conformity with, and is subject to, the requirements of the code of professional ethics and standards of professional conduct of the professional appraisal organizations of which I am a member.

10. Disclosure of the contents of this valuation opinion report is governed by the bylaws and regulations of the Appraisal Institute and the American Society of Appraisers.

11. No part of the contents of this report (especially any conclusions of value, the identity of the appraisers, or the firm with which the appraisers are associated) shall be disseminated to the public through advertising, public relations, news, sales, or other media without my prior written consent and approval.

12. I assume no responsibility for any financial reporting judgments which are appropriately those of management. Management accepts the responsibility for any related financial reporting with respect to the assets, properties, or business interests encompassed by this appraisal.

13. The valuation opinions contained within this report are valid only as of the indicated date and for the indicated purpose.

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS

Property:                                   Shilo Inn & Suites
Location:                                   NWC South W.S. Young Drive & Elms Road
                                            Killeen, Texas
Date of Inspection:                         September 18 & 19, 2007
Interest Appraised:                         Fee Simple
Date of Value:                              September 19, 2007 & January 1, 2010

Land Description

Area:                                       ±5.70 acres, or ±248,292 square feet
Zoning:                                     B-5 - Commercial District
Assessor's Parcel Numbers:                  384969

Improvements Description

Age:                                        New
Property Type:                              Full-service
Guestrooms:                                 160
Number of Stories:                          Four stories
Meeting Space:                              Eleven rooms totaling ±8,373 square feet
Parking:                                    Adequate surface parking

Summary of Value Parameters

Highest and Best Use (as if vacant):        Commercial Development
Highest and Best Use (as improved):         N/A
Marketing Period:                           Less than 12 months
Exposure Period:                            Less than 12 months
Stabilized Year:                            2010

Valuation Assumptions

Terminal Capitalization Rate:               9.50%
Selling Expenses:                           1.0%
Holding Period:                             10 years
Discount Rate:                              11.0%

Estimates of Value

September 19, 2007:
Income Capitalization Approach:             $23,060,000
Sales Comparison Approach:                  $20,000,000 to $23,200,000
Cost Approach:                              $20,815,000

Reconciled Market Value:                    $23,060,000

October 1, 2010:                            $25,400,000 (Upon Stabilization)

## NATURE OF THE ASSIGNMENT

Subject of the Appraisal

The subject of the complete, self contained appraisal report is the fee simple interest in a ±248,292 square-foot (±5.70 -acre) parcel improved with a 160-room, full-service lodging facility known as the Shilo Inn & Suites. The property opened in February, 2007. In addition to guestrooms, the subject property features an indoor swimming pool and whirlpool, a sauna, an exercise room, a steam room, a full service restaurant, approximately 8,373 square feet of meeting space, and a moderate array of back-of-the-house facilities. The hotel's civic address is 3701 South W.S. Young Drive, Killeen, TX 76542. The property is located at the northwest corner of South W.S. Young Drive and Elms Road in Killeen, Bell County, Texas.

Property Rights Appraised

The property rights appraised are the fee simple ownership of the land and improvements, including the furniture, fixtures, and equipment. The fee simple interest is defined as "absolute ownership unencumbered by any other interest or estate subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." [1] The subject property is appraised as a going concern (i.e., an open and operating facility).

Ownership, Franchise, and Management History and Assumptions

The subject site is currently owned by Shilo Inn, Killeen, LLC. The restaurant is leased to a related entity, Shilo Restaurant, LLC. The project is managed by Shilo Management Corporation. This owner/operator structure has existed in most other Shilo Inns.

The site has been purchased from the City of Killeen in accordance with a development agreement. The terms of the agreement are summarized in the *Development Agreement in Principal*. Generally, the terms related to the land purchase are:

- The purchase price is $555,000, which represents a $500,000 discount from the site's appraised value as of May 27, 2005. The sum of $155,000 is to be paid at closing, with the balance to be paid in 8 equal annual installments of $50,000 without interest.

- The site is restricted to the current use for 25 years from date of sale.

All parties are aware that this purchase price represents a development incentive to encourage the construction of this hotel adjacent to the existing Killeen Conference Center. As such, it is not representative of an arm's length market rate transaction.

Objective of the Appraisal

The objective of the complete, self contained appraisal report is to evaluate the supply and demand factors affecting the market for transient accommodations in the Killeen area for the purpose of estimating the market value of the subject property.

---

[1] The Dictionary of Real Estate Appraisal - Fourth Edition, American Institute of Real Estate Appraisers, Chicago, IL, 2002

The following definition of market value has been agreed upon by the agencies that regulate federal financial institutions in the United States:

*The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

*1. buyer and seller are typically motivated;*
*2. both parties are well informed or well advised, and acting in what they consider their own best interests;*
*3. a reasonable time is allowed for exposure in the open market;*
*4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*
*5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*[2]

Use of the Appraisal

The intended use of this appraisal report is to assist Cathay Bank in their evaluation of the property being appraised for real estate lending purposes. The intended users of this report are Cathay Bank, its officers, administrators, employees, and appropriate regulatory agencies. The information presented in this report should not be disseminated to the public or third parties without the express written consent of Wycoff & Company, PC

Scope of the Appraisal

This is a complete appraisal presented in a self contained appraisal report format which has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice. The definition of a complete appraisal and a summary appraisal report are as follows:

All information was collected and analyzed by the staff of Wycoff & Company, PC. Information such as the operating budget, site plans, floor plans, and so forth was supplied by Shilo Management Corporation. I have investigated numerous improved sales in the market area and have spoken with buyers, sellers, brokers, property developers, and public officials. Unless noted otherwise, I have inspected the competitive lodging facilities and analyzed the sales summarized in this report, and my value conclusion is based on this investigation and analysis.

---

[2] The Appraisal of Real Estate – Twelfth Edition, Appraisal Institute, Chicago, IL, 2002

Method of Study

The methodology used to develop this complete, self contained appraisal report is based on eight steps, as supported by the Appraisal Institute:

1.  The subject site has been evaluated from the viewpoint of its physical utility for the operation of a hotel, as well as access, visibility, and other relevant locational factors.

2.  The improvements have been analyzed considering the quality of construction, design, and layout efficiency.

3.  The surrounding economic environment, on both an area and neighborhood level, has been reviewed to identify specific hostelry-related economic and demographic trends that may have an impact on future demand for hotels.

4.  Dividing the market for transient accommodations into individual segments defines specific market characteristics for the types of travelers expected to utilize the area's hotels. The factors investigated include purpose of visit, average length of stay, facilities and amenities required, seasonality, daily demand fluctuations, and price sensitivity.

5.  An analysis of existing and proposed competition provides an indication of the current accommodated demand, along with market penetration and the degree of competitiveness.

6.  Documentation for an occupancy and average rate projection is derived from a room night analysis utilizing the build-up approach based on an analysis of lodging activity.

7.  A detailed projection of income and expense made in accordance with the Uniform System of Accounts for Hotels sets forth the anticipated economic benefits of the subject property and provide the basis for the income capitalization approach.

8.  The appraisal considers the three approaches to value: cost, sales comparison, and income capitalization. Because lodging facilities are income-producing properties that are normally bought and sold on the basis of capitalization of their anticipated stabilized earning power, the greatest weight is given to the value indicated by the income capitalization approach. I find that most hotel investors employ a similar procedure in formulating their purchase decisions, and thus the income capitalization approach most closely reflects the rationale of typical buyers.

Exposure Period

The concept of market value assumes the hypothetical sale of a property given reasonable exposure on the market. Further, the exposure time is presumed to precede the effective date of the appraisal. Exposure time is defined in Uniform Standards of Professional Appraisal Practice ("USPAP") Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Market Value Estimates" as:

> *The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market.*

Exposure time is different for various types of real estate and under various market conditions. It is noted that the overall concept of reasonable exposure encompasses not only adequate, sufficient, and reasonable time but also adequate, sufficient, and reasonable effort. The best estimate of exposure time

is a function of price, time, use, and current market conditions for the cost and availability of funds. This is seen as an integral part of the appraisal process and the estimate of market value.

In estimating the length of time the property would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of this appraisal, I considered information gathered on comparable sales and historical and current market conditions. According to hospitality industry trade publications, as well as real estate investment publications, typical buyers and sellers of limited-service hotel properties are private investors. After analyzing the above factors, I believe the reasonable exposure time anticipated to sell a completed property similar to the subject property, at the estimated market value, would have been less than 12 months.

Marketing Period

The reasonable marketing time is an estimate of the amount of time it might take to sell a property interest in real estate at the estimated market value level during the period immediately after the effective date of the appraisal. Rather than an isolated estimate of time alone, an analysis of other market conditions is necessary. The best estimate of marketing time is a function of price, time, use, and anticipated market conditions such as changes in the cost and availability of funds. According to the Third Quarter 2007 Korpacz Real Estate Investor Survey, the average marketing time for limited-service hotels is 5.61 months. I believe a marketing time of less than 12 months is reasonable.

Pertinent Dates

The effective dates of value are September 19, 2007 and October 1, 2010. The subject property was inspected by Rodney A. Wycoff on September 18 & 19, 2007.

## REGIONAL DATA

The Greater Killeen area is located in Bell County, Texas. Bell County is approximately 1,060 square miles, and is part of the scenic "hill and lake" country of East Central Texas. The county is divided into regions by the Balcones Escarpment, which runs through the approximate center of the county from southeast to northwest. The Blackland Prairie lies on the eastern side of the county, while the western half of the county is part of the Grand Prairie region of Texas, with its undulating and rolling uplands that are cut by deep gorges lined with stony slopes and steep bluffs. The City of Killeen covers a land area of approximately 35 square miles, edged on the northwest by the nation's largest active Army post, Ft. Hood, which occupies 339 square miles. Killeen's closest neighbors are the communities of Harker Heights and the county seat, Belton. Bell County is one of 254 counties in Texas. To the north of Bell County are Coryell, McLennan and Falls Counties, to the west are Lampasas and Burnet Counties, to the south is Williamson County, and to the south and east is Milam County. Killeen is one of three cities that form the Killeen-Temple-Ft. Hood, Texas Metropolitan Statistical Area (MSA).

The current central Texas environment is conducive to unconstrained growth. Central Texas is expected to experience more growth over the next 30 years than the 10 other economic regions of Texas, with the highest growth potential to be found in real gross product, retail sales growth, and real personal income. Bell County has been one of the state's leading growth centers since the late 1950's, largely driven by the establishment of the Ft. Hood military base in the western part of the county and by the number of defense contractors in the Killeen area. The military and medical services sectors are a major influence on the MSA's economy. All indicators point to a very healthy economy for the area in the coming years.

Population and Demographics

Between 1990 and 2000, Bell County added 46,901 people to its community, an increase of 24.5 percent. In 2006, the total population of Bell County was reported at approximately 257,897, reflecting a 8.4% increase since 2000.

With the establishment of Ft. Hood as a permanent army base in 1950, and with increased activity at Ft. Hood, especially during and after the Vietnam War, the population of Bell County rapidly rose to 73,824 in 1950 and grew by 27 to 32 percent every decade thereafter. Bell County also became increasingly urbanized, with 81 percent of the population of Bell County living in urban areas in 1980. The county's major economic focus on the ranching and farming industries shifted during this time, with more than three times as many residents employed in factories in the early 1980's as in the early 1960's. Other emerging areas of employment for the region were construction, agribusiness, retail trade and services.

Historical population figures and annual growth rates for Bell County are summarized in the following chart:

## Population

| BELL COUNTY POPULATION | | |
|---|---|---|
| Year | Population | % Change |
| 1990 | 191,073 | -- |
| 2000 | 237,974 | 24.5 |
| 2004 | 250,324 | 5.2 |
| 2006 | 257,897 | 3.0 |
| Sources: ERS/USDA Data – Population Change 1990-2004 for Texas & US Census Bureau 2006 American Community Survey | | |

According to the Office of Social and Economic Data Analysis of the University of Missouri, in-migration to Texas was second only to Florida during the 1990s, with a net in-migration of nearly 2 million, which accounted for 50 percent of Texas' total population growth. From 1990 through 1999, Texas added an average of 139,000 people per year from net migration. About 56 percent of these were international migrants, a large share of them from Mexico. Data from the Internal Revenue Service indicates that, from 1996 through 1999, the majority of the 1.6 million people who moved into the state during this period were from nine states – California, Florida, Louisiana, Oklahoma, Illinois, New Mexico, Colorado, Georgia and Arkansas – plus international migration. California, with 176,000 in-migrants, leads the list of states. However, a much larger 345,000 of the new Texas residents came from the four surrounding states of Louisiana, Oklahoma, New Mexico, and Arkansas, plus Colorado. Another 149,000 new residents came from Florida and Georgia. Additionally, in keeping with national trends, in-migration from foreign countries played a major role in Texas' population growth, with a total of 113,000 persons from other parts of the world moving to Texas during this time period.

The Texas Comptroller of Public Accounts, Carole Keeton Strayhorn, in her September 2002 report on the Central Texas Region, noted that new residents continue to move to Texas. She noted that because the Texas economy slowed less quickly than the U.S. economy, net migration to Texas had increased. In 2000, an estimated 134,000 more people moved into the state than moved out. Migration in general responds to the economic opportunities in one region relative to the opportunities in other parts of the U.S. and the world. While Ms. Strayhorn predicted accelerating economic growth for the Central Texas region, she estimated that this level of economic growth would accompany only moderate population gains between 2000 and 2005. However, because even moderate population growth helps support the demand for retail trade, services and government output, it was predicted that Texas' continued population gains would help stabilize the state economy in the coming years.

Employment

According to the Business and Industry Data Center of the U.S. Census Bureau, the Texas economy grew in parallel with the U.S. business cycle in the 1990s. Texas is keeping pace with national employment growth rates and showing weakly positive job growth in most industry areas. The Federal Reserve Bank of Dallas, in its recent Southwest Economy analysis, reports that Texas non-farm employment growth

began recovering in 2003 from the 2001-2002 recession. Prior to the recession, Texas led the nation in job growth. Recent Texas job and economic recovery has been slowly improving. Due to a number of factors including lower corporate and personal tax burdens, its' proximity to strategic Latin American markets, low cost of doing business, excellent infrastructure, a skilled workforce and the community's favorable business climate, most experts and analysts conclude that the economic growth of Texas will exceed the U.S. average in the coming years.

As of August, 2007, the estimated total employment in the Killeen-Temple-Ft. Hood MSA increased slightly from the previous year while the total labor force has experienced a minor decline. As a result the unemployment rate has declined from 5.2% in 2006 to 4.5% in 2007. Again, the industry which created the most new jobs in the past year was Government. The Financial industry, which includes commercial banks, credit unions, savings institutions, and sales financing companies, closely followed Government in the addition of new jobs. The number of defense contractors in the Killeen area, as well as the potential increase in the number of soldiers stationed at Ft. Hood, is expected to indirectly increase employment in many sectors significantly in the next few years.

The MSA's economic vitality is closely related to the government industry which directly provides, at least, one out of four area jobs. Ft. Hood is the largest active military base in the United States, and is the only post in the U.S. that supports two full armored divisions. It is predicted that by 2009, approximately 50,000 soldiers will be stationed at Ft. Hood. The increase in military personnel and their dependents, as well as military retirees who remain in the area, is expected to increase employment opportunities, which in turn allow for growth in related services. Looking forward, the greatest percentage increases in job growth will most likely occur in the government/military and medical areas, and in terms of absolute numbers, the government/military industry is likely to continue to add the greatest number of new jobs. This is evident from a review of the top 20 employers in Bell County provided on the following table.

|     | Company | Business Type |
| --- | --- | --- |
| 1. | Ft. Hood Army Base | Government/Military |
| 2. | Sallie Mae | Educational Loans |
| 3. | Central Texas College | Higher Education |
| 4. | City of Killeen | Government |
| 5. | Convergys Corporation | Call Center |
| 6. | King's Daughters Hospital & Clinic | Health Care |
| 7. | Dyncorp | Government Contractor |
| 8. | City of Temple | Government |
| 9. | Metroplex Hospital | Health Care |
| 10. | First National Bank of Texas | Bank |
| 11. | Central Tx Veterans' Health Care System | Health Care |
| 12. | PACTIV Packaging | Containers |
| 13. | Killeen School District | Education |
| 14. | McLane Company | Wholesale Distributor |
| 15. | Central Texas Workforce Center | Employment Service |
| 16. | Nextel of Texas, Inc. | Telecommunications |
| 17. | Wal-Mart Associates Inc. | Retail and Distribution |
| 18. | Scott & White Hospital | Health Care |
| 19. | Wilsonart International Inc. | Manufacturer |
| 20. | Temple Independent School District | Education |

Income

In 1989, median annual household income in Bell County was $22,251. By 2000, median household income had increased to $37,619, a 69 percent increase or 5.4 percent annually. Between 2000 and 2002, Bell County's median household income had increased only nominally. Since 2002, each two year period reveals an increase in excess of 9.0 percent as shown in the following table. The greatest increase experienced was between 1999 and 2000. The second greatest median household income increase was experienced between 2002 and 2004.

**Bell County Income**

| BELL COUNTY HOUSEHOLD INCOME | | |
| --- | --- | --- |
| Year | Household Income | % Change |
| 1989 | $22,251 | -- |
| 2000 | $37,619 | 8.25% |
| 2002 | $37,621 | 1.2% |
| 2004 | $41,043 | 9.1% |
| 2006 | $44,910 | 9.4% |
| Source: U.S. Census Bureau | | |

Transportation

**Freeways**

The nearest interstate freeway is Interstate 35, running north-south, connecting south Texas to northern Minnesota. Starting in Laredo, it passes through San Antonio, Austin, and Dallas/Fort Worth. Proponents of the Interstate 35 Corridor refer to it as the "real" NAFTA (North American Free Trade Agreement) highway, since the proposed NAFTA Highway (Interstate 69) is currently incomplete. Interstate 35, together with Interstate 29, provides a direct freeway connection between Mexico and Canada. In between Mexico and Canada, Interstate 35 travels through the heart of Texas along the old U.S. 81 corridor, serving cities such as San Antonio, Austin, Temple, Waco and Dallas.

**State Highways**

Killeen lies on U.S. Highway 190, a segment of the Ports to Plains Highway connecting the state's heartland to coastal ports. The Killeen Daily Herald reported on January 9, 2005 that the freeway "has been the area's hotbed of commercial development for the last decade." Along with "Restaurant Row", many banks, hotels, retail centers, and two Wal-Mart SuperCenters are located on the strip. U.S. 190 is the area's most quickly developing road, and the property along U.S. 190 and adjacent roads is considered the most valuable in Killeen. Construction on a new state highway that will link U.S. Highway 190 and State Highway 195 began in June 2004, and will provide access to the Killeen-Ft. Hood Regional Airport, the new joint-use airport developed by the city of Killeen and Fort Hood.

Texas State Highway 195, or SH 195, runs from FM 439 in Killeen, south to Interstate 35 in Georgetown. The Texas Memorial Highway System has designated the entire road as the Phantom Warriors Highway.

Prior to the 1990s, SH 195 ran from Georgetown and turned approximately one mile (1.6 km) north of Florence, to meet up with U.S. Highway 183. The northbound highway to Killeen from Florence was designated as FM 440. Today, the entire north-south highway is designated as SH 195. The old east-west portion from Florence to U.S. Highway 183 is now designated as Texas State Highway 138.

Currently, portions of the highway between Killeen and Florence are four lanes with median, or two lanes with shoulders. In Florence, the highway becomes a four-lane road with traffic signals at the intersection of FM 487, as well as the intersection of FM 970, near Florence Middle School and Florence High School. South of FM 970, it is a two-lane road all the way to Interstate 35.

SH 195 is undergoing a major upgrade. The former two-lane highway is being widened to four lanes with a median and shoulders. The project has been broken up into phases. In the first phase, the road was widened from just south of FM 2410 in Killeen (known locally as Stan Schlueter Loop) to near the intersection with RM 2670 in the community of Ding Dong. The second phase is currently underway, which will add two new bridges over the Lampasas River and will extend to near the Bell-Williamson county line. In the future, new phases will create a divided highway along the entire length of SH 195. It remains to be seen how the new highway will affect the town of Florence. Most likely, a bypass will be constructed around the town, so that travelers can avoid the before-school and after-school traffic in Florence. The cost is estimated at $20.1 million and construction is expected to be completed in late 2006.

There are several reasons for the construction project. The road was once known in Central Texas as the "Highway of Death," since 21 people lost their lives in accidents on this highway between 1996 and 1998. Given the proximity of Fort Hood, the nickname was probably an allusion to the real Highway of Death which was the site of a significant battle during the Persian Gulf War. The road's new design will ease traffic congestion caused by daily commutes to Georgetown and Austin, since the road is the only route directly to Interstate 35 from Killeen, besides U.S. Highway 190. Also, the new highway will facilitate vehicle movement in the event of a deployment of troops from Fort Hood en route to Interstate 35.

In addition, the Georgetown terminus of SH 195 is itself being modified, as it is to be the northern terminus of the proposed Texas State Highway 130, the southern terminus being at Interstate 10 near Seguin. SH 130 has been proposed as an alternative route around Austin to avoid traffic jams on Interstate 35 in the greater Austin area.

The transformation of roads in, out and around the greater Killeen area is just as busy as the roads themselves. Recently completed projects include:

- U.S. Highway 190. Construction for a ramp reversal on the eastbound entrance and exit ramps at Farm-to-Market 3470 (Stan Schlueter Loop) and FM 2410 in Harker Heights began in late September 2004. The project will reverse the ramps along eastbound U.S. 190 and add an auxiliary turn lane on the eastbound frontage road between the Stan Schlueter Loop and FM 2410 in Harker Heights. The U.S. 190 entrance ramp after FM 3470 and the exit ramp to FM 2410 are going to change directions.

- State Highway 36 at Lake Belton. The work here includes replacing the bridge, about 1.9 miles. The estimated cost is $20 million.

- Farm-to-Market 2271, from FM 2305 to the Lake Belton Dam. The three-quarter mile project will consist of widening the existing two-lane roadway and adding a continuous left turn lane. The estimated cost is $700,000.

- Pending construction includes: Interstate Highway 35 expansion will add an additional lane in each direction, replace bridges, overpasses, redesign entrances and exits and widen frontage roads. This is for 94 miles of the highway at an estimated cost of $1.4 billion and has been divided is a multi-phase project divided into six sections; including the Waco and Lacy-Lakeview area. The overall expansion project is expected to be finished in 2012.

Killeen's highways and byways offer quick and easy access to its neighboring cities. U.S. Highway 190 runs from Lampasas to Belton. Exit ramps in the city of Killeen lead to frontage roads making access to businesses and restaurants easy. The speed limit on Highway 190 is set at 70 mph, but inside Killeen's city limits, the posted top speed is 60 mph. To leave Killeen, travel Interstate 35 north in the direction of Dallas, or south in the direction of Austin. Fort Hood Street turns into Texas Highway 195 and also leads to Austin.

While farm-to-market roads may be lesser known, they are just as important for getting around. Farm-to-Market 2484 off Highway 195 heads to Salado. Speed limits for this road vary from 55 mph to 70 mph. Farm-to-Market 439 runs between Killeen and Belton. This road begins in Killeen as Rancier Avenue. Speed limit is 70 mph during the day. Farm-to-Market 3219 extends from Harker Heights to FM 439. The speed limit is 60 mph. Nearby Stillhouse Hollow Reservoir is accessible by FM 1670, where the speed limit varies from 60 to 65 mph. Many people traveling to Gatesville take Highway 190 and then Farm-to-Market 116 out of Copperas Cove.

### Airports

Killeen is served by a small regional airfield known as Skylark Field and the larger Killeen-Fort Hood Regional Airport.

The Killeen-Fort Hood Regional Airport is adjacent to Fort Hood, and offers easy air access to Dallas/Fort Worth and Houston airports. The airport opened in August 2004, the result of a joint effort between the city of Killeen and the Fort Hood military base, after seven years of planning and construction efforts. Killeen shares its new airport at Robert Gray Army Airfield with Fort Hood, the largest active duty armored post in the U.S. armed services. The original municipal airport had outgrown its terminal and runway, which at 5,500 feet couldn't accommodate regional jets. Killeen faced a loss of commercial airline service and declining economic opportunities, but the partnership with Fort Hood opened up new possibilities. At the same time, Robert Gray Army Airfield had sufficient space. Their joint-use agreement involved the lease of land to the municipality to form the civilian airport. The city signed a 50-year lease with a 50-year option. In this instance, Fort Hood allowed use of 75 acres in the southeast corner of its airfield. A partnership was born that has resulted in the first "post-9/11 airport terminal" constructed from the ground up. The municipality built everything for the new airport except the runway. The city now shares the Army's 10,000-foot runway in a joint-use project that was once forbidden by federal legislation. The new Killeen-Fort Hood Regional Airport represents the first aviation facility to incorporate state-of-the-art security, baggage handling, and more. The airport is blending military use (highly sensitive, highly secure) with civilian use (focused on business and pleasure).

Killeen was successful not only in securing substantial FAA funding for airport improvement, but it also qualified for additional moneys through the Military Airport Program, or MAP. Christian said the MAP program was critical, because it provided an additional $25 million to use for projects which could not be paid for by normal FAA funds. The combined programs provided about $50 million for the joint-use project. The city and county contributed about $18 million and the state added $12 million for a new highway near the facility. Passenger facility charges will pay about $3 million of the project. Additional funding also funneled through the FAA after the 9/11 terrorist attacks. Besides the new terminal, aircraft

parking apron, parallel taxiway and fuel facility on the new civilian side, nearly $20 million worth of improvements, including a new tower, have been added to the military area.

In addition to offering commercial air service to the region, the airport provides significant economic benefits. The estimated annual economic impact of the regional airport includes 824 permanent jobs, $48 million in increased gross product, $30 million in increased personal income, and $30 million in increased retail sales.

The new airport at Robert Gray Army Airfield at West Fort Hood offers a separate public entrance to a passenger terminal off Clear Creek Road. The Army continues to use the airport for its military operations, with its own facilities across the runway. The new airport's 10,000-foot runway allowed for the return of the jets, which had been pulled due to limitations at the former Killeen Municipal Airport.

SkyWest, which connects passengers to Continental flights through Houston's George Bush Intercontinental Airport, hosts three daily departures and arrivals on the larger jets. Killeen's other commercial carrier, American Eagle, operates 10 daily flights to Dallas-Fort Worth International Airport, connecting passengers to American Airlines. The airline recently switched several flights from turbo-prop plane to the regional jet service. The regional jets seat 50 passengers, compared with 30 to 35 on the turbo prop planes.

The Killeen-Fort Hood Regional Airport topped its monthly enplanement record in September 2004 when 9,925 passengers boarded planes at the airport. City officials predict the introduction of more regional jets into the market will foster continued growth. Airport amenities include a gift shop, a Subway restaurant, a bar and a game room. The airport has five rental car companies: Hertz, National, Enterprise, Advantage and Avis. Killeen Cab and Cove Taxi both service the airport.

With the shift of commercial flights to the new location, the old airport was renamed Skylark Field. The terminal was opened in March 1978. The old airfield remains an important part of the aviation department —including a stable source of revenue, according to James L. Livingston, Killeen's assistant aviation director. Skylark Field, which continues to serve general aviation traffic, is serviced with general maintenance and offers fueling capabilities, including a new 24-hour, self-service jet fuel system. The existing general aviation terminal will still be used, but there are no concrete plans for the commercial terminal, an approximately 27,000-square-foot, two-story facility. Central Texas College and Killeen Aero maintain their flight training facilities at Skylark Field.

**Conclusion**

Killeen continues to be one of the fastest growing communities in the nation. Ft. Hood, the state's largest single-site employer, is generating over $6.0 billion a year for the state of Texas, according to figures released by the Texas State Comptroller's office. This very positive economic impact is an enticement for businesses and services to continue to move to the area. Strong growth in the government/military is projected to continue for the next five years as Ft. Hood has grown in its authorized troop strength and is continuing to grow, creating an increase in government contracts, construction, education and support services.

Along with rapid growth in the government / military sector, the Killeen market continues to expand into other industries. A pro business atmosphere and favorable tax climate will support the growth of professional and service industries. Employment is strong and will continue to strengthen as the economy diversifies.

## CITY OF KILLEEN

The subject is located in the city of Killeen, Texas. Killeen is one of the fastest growing communities in the country and was ranked as number 36 on Inc.'s 2004 list of the best small U.S. cities to do business. Killeen is located in Bell County in the central part of Texas, southwest of Waco and west of Temple. Killeen is located along Interstate 35 between Austin and Dallas-Ft. Worth. It has an area of 35 square miles.

Killeen has an average elevation of 827 feet above sea level. The monthly average high temperature is 77.8 degrees and the monthly average low temperature is 56.4 degrees. The average annual rainfall is approximately 34.2 inches and the average annual snowfall is .9 inches per year. The city's population as of July, 2006 was estimated at 102,003.

Overall, the city has enjoyed strong historical growth and is well situated for future growth prospects. Killeen is the largest city in Bell County. The city limits have been extended south on State Highway 195 and in addition to the newly developed regional airport, plans are being made for development of educational facilities along that corridor. Regional jet service has been added to the area with the opening of the Killeen-Fort Hood Regional Airport, opening up the city to even more growth possibilities. The city was ranked #2 in the nation for best affordable housing by CNN Money in October 2003, and recently placed 39th on a list of hottest job markets in the United States. As a result, Killeen remains one of the strongest business and residential communities in the area.

### Economic Base

The economy of the area is based on the military presence, medical, financial services, manufacturing and retailing. The city's pro-business climate is recognized in the names that have been attracted to Killeen. Companies in a wide spectrum of industries call Killeen home, including Dyncorp Technical Services, LLC, Raytheon Technical Services Company LLC, Convergys, Wilsonart International, Inc., and Sallie Mae. In addition to Killeen's commercial development growth, expansion of the Fort Hood military base, including an increase in troop strength, military defense contracts and construction projects, is expected to have an estimated economic impact to the State of Texas of $6.09 billion.

According to the Greater Killeen Chamber of Commerce, Killeen proudly boasts that it is a "City Without Limits." A "new city" has developed along U.S. 190, with a retail mall, shopping centers, discount superstores, banks, restaurants and motels found along the corridor, making it the city's most quickly developing road. The heaviest concentration of current retail business is located along Hwy. 195 and the new retail and restaurant area is found on U.S. 190 between State Hwy. 195 and the Stan Schluetter Loop. The heaviest concentration of future business growth is planned along the Stan Schluetter Loop between U.S. 190 and State Hwy. 195. The financial facilities located in Killeen include the First National Bank of Killeen, the Fort Hood National Bank, Eisenhower National Bank and branches of Bank of America, First Texas Bank, National Bank, Extraco Bank and the First National Bank of Texas.

### Major Construction Projects

Recent major projects in Killeen include the following:

- Ellison High School – Addition and Remodel.

- Killeen Daily Herald – a $5 million addition.

- Timberidge Elementary School.

- Residence Inn by Marriott – new hotel construction project.

- Hilton Garden Inn Hotel – new hotel construction project.

- Holiday Inn Hotel – new hotel construction project.

- Stone Ranch Apartments – a $6 million multi-family residential project.

- Royal Inn – new hotel construction project.

- Longhorn International Trucks, Ltd. – new 50,000 sq. ft. regional military vehicle service center.

Transportation

Killeen lies along U.S. Highway 190, connecting the state's heartland to its coastal ports, and State Highway 195, running south from Killeen to U.S. Interstate 35 in Georgetown. The nearest interstate freeway is U.S. Interstate 35, running north-south and connecting south Texas to northern Minnesota. I-35 easily connects Killeen with such metropolitan areas as San Antonio, Austin, Temple, Waco and Dallas, and provides direct connection between Mexico and Canada.

## DESCRIPTION OF THE REAL ESTATE

The suitability of the land for the operation of a lodging facility is an important consideration affecting the economic viability of a property and its overall value. Factors such as size, topography, access, visibility, and the availability of utilities have a direct impact on the desirability of a particular site.

### Size and Topography

According to the site plan prepared by Wedgewood Architects, the site contains approximately ±5.70 acres, or ±248,292 square feet. The subject site is rectangular in shape with the hotel improvements and landscaping occupying most of the site. This site plan notes that a small expansion of the hotel improvements is planned and the site appears to be large enough to accommodate an expansion, so the subject site as planned does enjoy a useable surplus of land; however, this land is not marketable as excess, separable land. The topography of the parcel is level and at grade to surrounding roadways.

### Site Utility

The subject site is improved with the 160 room hotel and restaurant development, surface parking and its site improvements. As mentioned, the subject enjoys a useable surplus of land however there is no excess land available for division and resale.

### Regional Access

The primary links through Bell County are US Highway 190 (Central Texas Expressway) and Interstate 35. US Highway 190 is an east/west arterial which provides a direct transportation link to Killeen from Interstate 35 to the west and Interstate 10 to the southeast. It is primarily a four-lane limited access highway with frontage roads. Interstate Route 35 provides primary access north to Austin and south to San Antonio, the largest cities in the region. Both of these cities are within approximately two hours driving time from Killeen.

The City of Killeen has long been established as a small transportation hub. Its reputation as a transportation center has improved in recent years, as an air new terminal was constructed to service Killeen and Fort Hood.

Overall, regional access to the subject market area is good, and sufficient to support the operation of a lodging facility.

### Local Access and Visibility

Access to the subject property is good from both W.S. Young Drive and Elms Road. The site is adjacent to the Killeen conference center. Visibility is also good from surrounding roadways.

### Neighborhood Analysis

The neighborhood surrounding a lodging facility often has an impact on a hotel's status, image, class, style of operation, and sometimes its ability to attract and properly serve a particular market segment. This section of the report investigates the subject property's neighborhood and evaluates any pertinent locational factors that could affect its occupancy, average rate and overall profitability.

The following page presents a map of the subject property's neighborhood.



Shilo Inn & Suites, Killeen, Texas

Page 15

Copyright © 2005 Microsoft Corp. and/or its suppliers. All rights reserved.

According to *The Appraisal of Real Estate*, Twelfth Edition, published by the Appraisal Institute:

> "*A neighborhood is a group of complementary land uses...a district is a type of neighborhood that is characterized by homogenous land use.*"

> "*Neighborhood or district analysis provides a framework, or context, in which property value is estimated. It identifies the area of analysis and establishes the potential limits within which the appraiser searches for data to be used in applying the three approaches to value.*"

The objective of a neighborhood analysis is to determine perceivable patterns of growth, structure, and change that may detract from or enhance property values. The analysis provides a framework or context in which the property values are estimated.

The subject's neighborhood can be described a mixed use portion of the City of Killeen located south of the Central Texas Expressway (US Highway 190), north and west of the Killeen City Limits and east of Clear Creek Road. Vehicular access via surface streets and US Highway 190 is convenient to greater Killeen.

This area is considered to be Killeen's primary growth area. According to local brokers, appraisers and the chamber of commerce, real property values have been increasing. The subject neighborhood is expected to continue its commercial expansion for the foreseeable future. Overall, the subject property's neighborhood appears well suited for the operation of a full-service lodging facility.

Utilities

The subject site is served by all necessary utilities, which are provided as follows.

| Utilities | |
|---|---|
| Water | Installed at the site. |
| Electricity | Installed at the site. |
| Telephone | Installed at the site. |
| Sewer | Installed at the site. |

Soil and Subsoil Conditions

Geological and soil reports were not provided to the appraiser or made available for review during the preparation of this report. The appraiser is not qualified to evaluate soil conditions other than by a visual inspection of the surface. No extraordinary conditions were apparent.

Nuisances and Hazards

The appraiser has not been informed of any site-specific nuisances or hazards, and there were no visible signs of toxic ground contaminants at the time of my inspection. Because the appraiser is not an expert in this field, I do not warrant the absence of hazardous waste, and urge the reader to obtain an independent analysis of these factors.

Flood Zone

According to Bell County Records, the property is in Zone X and is considered to be out of the Special Flood Hazard Area. Because I cannot guarantee the accuracy of my data, I recommend that a flood certification be obtained.

Easements

I do not know of any easements that could have a negative marketability effect on the subject property.

Conclusion

Overall, the location of the subject property is conducive to the operation of a commercial lodging facility. The subject site is in a good location with no observable characteristics that would affect the use of the site as a hotel going concern. Surrounding uses are conducive for hotels, and the subject site is physically suited for its existing use.

Description of Improvements

The quality of a lodging facility's physical improvements has a direct influence on its marketability and attainable occupancy and average rate. The design and functionality of the structure can also affect operating efficiency and overall profitability. This section investigates the subject property's physical improvements and personal property in an effort to determine how they contribute to total value.

Property Overview

The Shilo Inn is a full-service lodging facility which contains 160 rentable rooms and suites, a full service restaurant, approximately 8,313 square feet of meeting space, a, 1,236 Square foot breakfast room, a 500 square foot exercise room, an indoor swimming pool and whirlpool, a sauna, an exercise room, a steam room, and a moderate array of back-of-the-house amenities. The hotel is designed as a limited service facility with an adjacent free standing restaurant that will be operated by the hotel. Therefore, the hotel is referred to as full service since it will be operated in that manner.

Based on my site visit and preliminary plans provided by Shilo Management Corporation, the following table summarizes the facilities which are available at the subject property.

## Facilities Summary

**FACILITIES SUMMARY**

| Guestrooms | Sq. Ft. | Total |
|---|---|---|
| Double Queen Suite | 470 | 37 |
| Single King Suite | 470 | 40 |
| Double Queen Kitchen Suite | 552 | 43 |
| Single King Kitchen Suite | 552 | 40 |
| Total | | 160 |

Food and Beverage Outlets
    Restaurant
    Breakfast Room

Meeting and Banquet Rooms
    Standard meeting rooms (11)
    totaling 8,373 sq. ft.

Recreational and Other Amenities
    Indoor swimming pool
    Whirlpool
    Fitness Center

Parking
    Adequate surface parking

Elevators
    Hydraulic guest elevators (2)
    Hydraulic service elevator

Laundry
    On-site laundry

Life Safety Systems
    Hard-wired smoke detectors
    Sprinklers

Construction Details
    Foundation: Concrete
    Frame: Wood
    Roof: Composition covering

## ADA Conformance

Following the January 26, 1992, passage of the Americans with Disabilities Act (ADA), the subject property is subject to new physical standards. ADA standards principally address the number and accessibility of guestrooms designed to accommodate physically challenged guests, though a variety of safety standards are also included that can touch on the status of building systems. Due to the high, and sometimes prohibitive, cost of ADA conformance, necessary improvements have generally been limited to what is "readily achievable." When a property is in the process of refurbishment, efforts at that time

are expected to be made to address ADA standards. For example, if, in the process of refurbishment, a vanity is being replaced, at that time the vanity should be raised so that it conforms with ADA standards. Since the subject hotel is new construction, it will be required to meet all ADA standards.

Improvements Conclusion

In general, the subject hotel appears to be adequate in design and quality for the operation of a hotel facility. The buildings are straightforward in design and configuration. Assuming the subject property is well maintained, the Shilo Inn & Suites is expected to improve its demand capture over the next few years.

## ZONING

According to the City of Killeen zoning regulations, the subject property is located in the following zone:

### B – 5 Commercial District

Hotel development is expressly permitted under this zoning designation. Based on this information, the subject property appears to conform to local zoning regulations. As discussed earlier, the subject enjoys a useable surplus of land that could support an expansion of the subject's improvements. Such an expansion could require additional permits form the City of Killeen. I assume that all necessary permits and approvals for the project were secured, and that the subject property was constructed in accordance with local zoning ordinances, building codes, and all other applicable regulations.

## ASSESSED VALUE AND TAXES

Property tax is one of the primary revenue sources of municipalities. Based on the concept that the tax burden should be distributed in proportion to the value of all properties within a taxing jurisdiction, a system of assessments is established. Theoretically, the assessed value placed on each parcel bears a definite relationship to market value, so properties with equal market values will have similar assessments and properties with higher and lower values will have proportionately larger and smaller assessments.

Please note that county appraised values, in general, across the United States are typically quite different from actual market value. It is particularly the case in this market, where the county's appraised value is far below current market value. This disparity is due to the mass-appraisal techniques used by a jurisdiction to appraise a vast array of property within a very short period of time. Due to the high number of commercial properties in any given county, the appraiser can typically not dedicate any significant amount of time to any individual asset. For this reason, the county appraised value should not be relied upon as an indication of actual market value.

Depending on the taxing policy of the municipality, property taxes can be based on the value of the real property or the value of the personal property and the real property. The taxing jurisdiction governing the subject property assesses real and personal property. Real estate and personal property in Bell County are assessed at 100% of market value. Values for real property are based on a blend of the three valuation approaches according to the assessor's office and are subject to annual reassessment. The 2007 tax rate for the City of Killeen is 2.3237% and it is subject to minor adjustment annually.

For tax purposes, the Shilo Inn & Suites has been appraised at a 75% completion level for 2007, that amount has been adjusted to reflect 100% completion. The personal property has yet to be appraised, and I have made an estimate based upon my discussions with Tax Appraisal District personnel. The following

chart illustrates the appraised values of the subject's primary competitors and results in my estimate of
assessed value and taxes for the subject property as complete and as of current date.

Property Tax Calculations

| No. | Location | Land Acreage | Rooms Yr. Built | Land Per Acre | Assessment Impr. Per Room | Total Per Room |
|-----|----------|-------------|-----------------|---------------|----------------------------|----------------|
| 1 | Plaza Hotel 1721 E, Central Texas Expy. Killeen, TX | 5.32 | 148 1986 | $1,506,305 $283,140 | $2,384,873 $16,114 | $3,891,178 $26,292 |
| 2 | Fairfield Inn & Suites 200 E, Central Texas Expy. Killeen, TX | 2.49 | 86 2002 | $271,052 $108,900 | $1,384,010 $16,093 | $1,655,062 $19,245 |
| 3 | Holiday Inn Express 1602 E, Central Texas Expy. Killeen, TX | 1.54 | 68 1994 | $468,965 $304,919 | $632,683 $9,304 | $1,101,648 $16,201 |
| 4 | Hawthorne Suites Ltd. 1502 E, Central Texas Expy. Killeen, TX | N/A | 63 1998 | $204,754 N/A | $919,963 $14,603 | $1,124,717 $17,853 |
| 5 | Hampton Inn 2702 Ow Curry Drive Killeen, TX | 0.77 | 62 1999 | $228,690 $296,110 | $886,022 $14,291 | $1,114,712 $17,979 |
| 6 | Howard Johnson Express 803 E, Central Texas Expy. Killeen, TX | 2.77 | 130 1986 | $422,467 $152,460 | $1,280,442 $9,850 | $1,702,909 $13,099 |
| Subject | Shilo Inn & Suites NWC S. WS Young Dr. & Elms Rd., Killeen, TX | 5.69 | 160 2007 | $371,981 $65,340 | $9,868,137 $61,676 | $10,240,118 $64,001 |
| | Killeen Tax Rate, 2007 | | | | | 2.3237% |
| | Estimated Real Estate Taxes (Rounded) | | | | | $238,000 |
| | Estimated Personal Property Taxes (Rounded) | | | | $2,000,000 $12,500 | $46,500 |
| | Estimated Total Taxes | | | | | $284,500 |

## MARKET FOR TRANSIENT ACCOMMODATIONS

Transient Accommodations

The market for transient accommodations is an all-encompassing term referring to the many types of travelers who use lodging facilities in a given area. These travelers represent the market's accommodated room night demand. In addition, the market may be characterized by latent demand, which consists of unaccommodated demand and/or induced demand. Unaccommodated demand refers to individuals who are unable to secure accommodations in the market because all of the local hotels are filled. These travelers must defer their trips, settle for less desirable accommodations, or stay in properties located outside the market area. Induced demand represents the additional room nights that are expected to be attracted to the market following the introduction of a new demand generator. Situations that can induce demand include the opening of a new manufacturing plant, the expansion of a convention center, or the addition of a new hotel with a distinct chain affiliation or unique facilities.

This section will begin with an analysis of historical lodging demand trends to determine what changes have occurred; the historical number of competitive hotel rooms will then be estimated to evaluate local supply trends. Area wide occupancy levels can be calculated based on the number of hotel rooms available in the market and the demand for lodging accommodations. The total room night demand will be divided into individual market segments to allow us to forecast growth rates based on the economic and demographic data set forth earlier in this report. I will also identify unaccommodated and induced demand that may have an impact on the future performance of local lodging facilities.

Historical Supply And Demand Data

Smith Travel Research (STR) is an independent research firm which compiles data on the lodging industry; its published data is routinely used by typical hotel buyers. STR has compiled historical supply and demand data for the subject property and its competitors. This information is presented in the following table, along with the market wide occupancy, average rate, and rooms revenue per available room (RevPAR). RevPAR is calculated by multiplying occupancy by average rate, and provides an indication of how well rooms revenue is being maximized. The hotels included in the trend report through 2006 comprises the Howard Johnson Express, Hawthorn Suites Limited, Hampton Inn, Fairfield Inn & Suites, the Plaza Hotel, TownePlace Suites, Candlewood Suites, and Comfort Suites.

Four new properties, the subject, the Residence Inn, Holiday Inn and Hilton Garden Inn opened or are opening in the 1st quarter of 2007 and 1st quarter of 2008. The impact of these additions to supply will be discussed later in this analysis.

### STR Competitive Set
#### STR Competitive Set - Shilo Inn & Suites

| Year | Supply | %chg | Demand | %chg | Occ | %chg | ADR | %chg | RevPAR | %chg |
|------|--------|------|--------|------|------|------|--------|------|--------|------|
| 2003 | 177,755 | - | 117,864 | - | 66.3% | - | $66.47 | - | $44.07 | - |
| 2004 | 177,755 | 0.0% | 128,081 | 8.7% | 72.1% | 8.7% | $69.05 | 3.9% | $49.75 | 12.9% |
| 2005 | 192,291 | 8.2% | 129,729 | 1.3% | 67.5% | -6.4% | $77.62 | 12.4% | $52.37 | 5.3% |
| 2006 | 237,461 | 23.5% | 151,322 | 6.0% | 63.7% | -5.6% | $75.40 | -2.9% | $48.05 | -8.2% |

It is important to note some limitations of the STR data. Hotels are occasionally added to or removed from the sample and not every property reports data in a consistent and timely manner; these factors can influence the overall quality of the information by skewing the results. These inconsistencies may also

cause the STR data to differ from the results of my competitive survey, along with the fact that the subject property and one of its competitors do not participate with the STR trend report. Nonetheless, STR data provides the best indication of aggregate growth or decline in existing supply and demand, and thus it has been considered in my analysis.

Demand Analysis

For the purpose of demand analysis, the overall market is divided into individual segments based on the nature of travel. Although a market may have various segments, the primary classifications occurring in most areas are commercial, group and meeting, and leisure.

Based on my fieldwork, area analysis, and knowledge of the local lodging market, I estimate that demand for the existing competitive hotels consists primarily of a mix of commercial and leisure demand with a smaller meetings component. This will change somewhat with the introduction of the subject property to the market; by virtue of its location adjacent to the Killeen Conference Center it is expected that the Shilo Inn & Suites will enjoy a much larger meetings component than its competitors, the balance of Shilo's demand will comprise the commercial and leisure segments. Each of the primary demand segments is explained in the following paragraphs.

Commercial Segment

The commercial segment consists of individual businesspeople, most often relating to the military and the agriculture industry, who are visiting the subject property's market. According to area representatives, this demand is strongest Monday through Thursday nights, declines significantly on Friday and Saturday, and increases somewhat on Sunday. In markets where the weekday occupancy often exceeds 70% the typical length of stay for commercial guests ranges from one to three days, and the rate of double occupancy is a low 1.2 to 1.3 people per room. Commercial demand is relatively constant throughout the year, although some declines are noticeable in late December and during other holiday periods.

The commercial segment includes numerous smaller classifications; however, the primary categories considered in this analysis are individual business travelers. Most individual business travelers are visiting firms or agricultural entities in the immediate area or passing through en route to other destinations. Their lodging choices are influenced by brand loyalty (and frequent traveler programs in particular), as well as location and convenience with respect to businesses and amenities. Corporate accounts are generated by local companies; demand in this sub-segment may include employees of the firm or its affiliates, and often consists of training groups. These companies typically designate hotels as "preferred" accommodations; in return, the selected lodging facilities generally offer a significant discount from their published rates. Typically, these rates are negotiated on an annual basis, and the size of the discount is tied to the number of room nights produced.

Meeting & Group Segment

The meeting and group market includes meetings, seminars, conventions, trade association shows, and similar gatherings of ten or more people. Peak group event demand typically occurs in the spring and fall. Because of vacations, the summer months represent the slowest period for this market segment; winter demand varies. Although there are numerous classifications within the meeting and group segment, the primary categories considered in this analysis are corporate groups, associations, and SMERF (social, military, educational, religious, and fraternal) groups. This is recognized as being the smallest segment in the subject property's market due to its predominantly limited-service orientation.

Corporate groups are one of the most profitable components of this segment, because they exhibit relatively limited price sensitivity and they often sponsor banquets and other events that generate revenue for the host hotel. In the subject property's market, most corporate group activity is generated by the same major employers that contribute corporate accounts discussed above. This demand may take the form of training programs, sales meetings, division conferences, and similar events with a business purpose. Corporate groups generally meet during the work week, thus generating lodging demand on Monday through Thursday nights. The average length of stay is two to four days, although training groups may stay six nights or more. Double-occupancy rates in this category typically range from 1.0 to 1.5.

Association demand is generally divided on a geographical basis: the most common categories are national, regional, and state associations. Depending on their nature, these associations may be more rate sensitive than commercial groups. This is particularly true when members are not reimbursed by their employers, but must pay to attend (i.e., guestroom and conference fees). The scheduling pattern of associations also depends on the nature of the group. Professional associations and/or those supported by members' employers often meet on weekdays, while other associations prefer to hold events on weekends.

The SMERF market consists of groups that are social, military, educational, religious, or fraternal in nature. Examples include family or military reunions, youth groups, and fraternal organizations such as the Knights of Columbus. These groups are extremely budget conscious, and have a strong preference for weekend and summer meeting times, when rates are generally lowest. Typically, groups such as this have a high double-occupancy rate of 2.0 to 2.5, and the length of stay is relatively short (one to three nights). Most hotel operators use this type of demand to bolster occupancy during off-peak times of the month and year, when other demand sources are limited.

Future meeting and group demand is closely related to growth in the commercial segment. Because most meetings have either a direct or an indirect business purpose, the economic considerations that have an impact on commercial travel also affect meeting and group demand. The exception is non-commercial meetings, which are tied to the economic factors that influence leisure travel. It should be noted that meetings and similar events are booked in advance, and thus growth in this segment tends to lag slightly behind increases in commercial demand.

Leisure Segment

The leisure market segment consists of individuals and families who are spending time in the area or passing through en route to other destinations. Free independent or "FIT" travelers are categorized in the leisure segment. Their travel purposes may include sightseeing, recreation, visiting friends and relatives, or numerous other non-business activities. Leisure demand is strongest Friday and Saturday nights and all week during holiday periods and the summer months. These peak periods are negatively correlated with commercial visitation, underscoring the stabilizing effect of capturing weekend and summer tourist travel. The typical length of stay ranges from one to four days, depending on the destination and travel purpose, and the rate of double occupancy typically ranges from 1.8 to 2.5 people per room.

Leisure travelers tend to be the most price-sensitive segment of the lodging market. They may prefer low-rise accommodations where parking is convenient to the rooms, and they often select accommodations that include complimentary amenities such as continental breakfast. Ease of highway access and proximity to tourist attractions and retail centers are important locational considerations. While many leisure travelers enjoy deeply discounted average room rates, many guests (particularly FIT) averted from using advanced reservation opportunities and are obligated to pay full "rack" rates.

Accordingly, the leisure segment is recognized as the highest-yielding segment, and is the most important market driving Killeen hotel revenue.

Conclusion

The purpose of segmenting the lodging market is to define each major type of demand, identify customer characteristics, and estimate future growth trends. Starting with an analysis of the local area, three segments were defined as representing the subject property's lodging market. Various types of economic and demographic data were then evaluated to determine their propensity to reflect changes in hotel demand. Based on this procedure, I forecast the following average annual compounded market segment growth rates.

The following chart illustrates historical performance for the subject's competitive set and summarizes anticipated future demand until stabilization is achieved. As previously noted, additions to supply reflected comprise the subject's 160 rooms in February, 2007, the Residence Inn's 120 rooms and the 99 Room Holiday Inn in October, 2007 and 80 room Hilton Garden Inn in early 2008. As indicated, market demand has been strong, and room rates are increasing due to the introduction of the higher rated Shilo Inn and Residence Inn to the market. Occupancy is projected to decline through the end of 2008 due to the introduction of the new hotels into the Killeen market. RevPAR is expected to decline in 2008 due to the new hotel supply and increase thereafter as the new supply is absorbed. The competitive set is expected to stabilize in 2010 at 71.2% occupancy and an ADR of $98.67.

| STR Competitive Set | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STR Competitive Set - Shilo Inn & Suites | | | | | | | | | |
| Year | Supply | %chg | Demand | %chg | Occ | %chg | ADR | %chg | RevPAR | %chg |
| 2003 | 177,755 | - | 117,864 | - | 66.3% | - | $66.47 | - | $44.07 | - |
| 2004 | 177,755 | 0.0% | 128,081 | 8.7% | 72.1% | 8.7% | $69.05 | 3.9% | $49.75 | 12.9% |
| 2005 | 192,291 | 8.2% | 129,729 | 1.3% | 67.5% | -6.4% | $77.62 | 12.4% | $52.37 | 5.3% |
| 2006 | 237,461 | 23.5% | 151,322 | 6.0% | 63.7% | -5.6% | $75.40 | -2.9% | $48.05 | -8.2% |
| 2007 | 301,944 | 27.2% | 181,586 | 20.0% | 60.1% | -5.6% | $82.94 | 10.0% | $49.88 | 3.8% |
| 2008 | 403,779 | 33.7% | 217,904 | 20.0% | 54.0% | -10.3% | $91.23 | 10.0% | $49.24 | -1.3% |
| 2009 | 403,779 | - | 261,484 | 20.0% | 64.8% | 20.0% | $95.80 | 5.0% | $62.04 | 26.0% |
| Stabilized | 403,779 | - | 287,633 | 10.0% | 71.2% | 10.0% | $98.67 | 3.0% | $70.29 | 13.3% |

Killeen Civic & Conference Center

The Killeen Civic & Conference Center (the Center) is located adjacent to the subject site. It is expected that the subject hotel will operate cooperatively with the Center and will become the headquarters hotel for most regional and national events being held there. Consequently, it is important to understand the potential of this important demand generator.

The Killeen Civic & Conference Center is now in its third full year of operation. As expected, the facility initially experienced a slow start, when it was primarily utilized for local events. It is now hosting a number of regional events which have been generating a substantial number of room nights for the subject's competitive set. Prior to the construction of the Shilo Inn & Suites, the Center currently had no headquarters hotel so attendees arranged for their own transportation to various local hotels within a five mile radius. The Center has also been handicapped by its very small kitchen; as such it is unable to cater larger events. It is anticipated that the Center, in cooperation with the Shilo Inn & Suites' management, will work cooperatively to provide expanded catering services. Due to the necessity of booking at least a

year in advance, the subject property has yet to benefit substantially from its proximity to the convention center.

Based on the Center's performance through mid 2007 and advance bookings for the remainder of this year and 2008, it is expected that utilization will increase substantially over the next four years. An expansion of the convention center is planned, this combined with the proximity of the Shilo Inn & Suites to serve as a headquarters hotel will further serve to increase the Center's utilization. Future demand is estimated to increase at an annual rate of 15% in 2008, 10% in 2009, and 5% thereafter through 2011. Based on the center's performance to date and the presence of the Shilo Inn & Suites as a headquarters hotel, these estimates should readily be achieved. As the Center's utilization increases, it is expected that this activity will continue to generate an increase in hotel room nights which will largely be absorbed by the Shilo Inn & Suites and their direct competitors.

### Shilo Inn & Suites Estimated Demand

Anticipated demand for the subject property will come from the Commercial, Leisure and Group segments. Currently the competitive set's demand is primarily comprised of the Commercial and Leisure Segments at approximately 40% each and Group demand at an estimated 20%. The subject property will share in the Commercial and Leisure demand generated by the competitive set; however its Group demand will largely result in its proximity to the Conference Center.

In order to allow for the Group demand included in the competitive set calculations, the subject's estimated penetration has been reduced. It is expected that the Shilo Inn & Suites will experience approximately 80% of their fair share; this will comprise their Commercial and Leisure demand. Additionally, it is expected that the subject will penetrate the convention center's generated room nights at around 55% of that total. Considering the Shilo Inn & Suite's location adjacent to the Conference Center, its full service operation, superior design and marketing capabilities, it is logical that this property will outperform its competitive set which consists of either older or limited service properties.

The demand calculations for the Shilo Inn & Suites are summarized in the following chart:

| | Direct Competitive Set | | | | | Conference Center | | | | Combined |
| | | | | | | | | | | Total |
| Year | Rm. Nights Available | % Compet. Supply | Estimated Penetration | Estimated Rm Nights | Occupancy | Rm Nights | Estimated Penetration | Estimated Rm Nights | Occupancy | Occupancy (Rounded) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 58,400 | 14.5% | 80.0% | 25,213 | 43.2% | 17,825 | 55.0% | 9,804 | 16.8% | 60.0% |
| 2009 | 58,400 | 14.5% | 80.0% | 30,256 | 51.8% | 19,608 | 55.0% | 10,784 | 18.5% | 70.0% |
| 2010 | 58,400 | 14.5% | 80.0% | 33,281 | 57.0% | 20,588 | 55.0% | 11,323 | 19.4% | 76.0% |
| Stabilized | 58,400 | 14.5% | 80.0% | 33,281 | 57.0% | 21,617 | 55.0% | 11,889 | 20.4% | 77.0% |

**Shilo Inn & Suites Demand Calculations**

## COMPETITION

An integral component of the supply and demand relationship that has a direct impact on the availability of lodging demand is the current and anticipated supply of competitive lodging facilities. To evaluate an area's competitive environment, the following steps should be taken:

1. Identify the area's lodging facilities and determine which are directly and indirectly competitive with the subject property.

2. Determine whether additional hotel rooms will enter the market in the foreseeable future (net of attrition).

3. Quantify the number of existing and proposed hotel rooms available in the market.

4. Review the rate structure, occupancy levels, market orientation, facilities, and amenities of each competitor.

Based on an evaluation of the occupancy, rate structure, market orientation, chain affiliation, location, facilities, amenities, reputation, and quality of the area's hotels, as well as the comments of management representatives, I have identified five properties that are considered to be primarily competitive with the subject property. The aggregate room count of the primary competitive set currently comprises 488 rooms. In the base year, including the subject property and other additions to supply, the competitive set increases to 659 rooms. The primary competitors including the subject property are generally limited-service or moderate full-service hotels. These hotels cater predominantly to the commercial and leisure market segments, with moderate representation from the meeting and group segment.

### Primary Competitors

The following pages summarize the important operating characteristics of the primary competitors. This information was compiled from personal interviews, inspections, lodging directories, and my in-house library of operating data.



Competitive Hotel No. 1:

| | |
|---|---|
| Property: | Plaza Hotel |
| Location: | 1721 East Central Expressway |
| | Killeen, TX |
| | |
| Estimated Avg. Room Rate: | $60 - $65 |
| Estimated Occupancy: | 55% - 60% |
| | |
| Year Opened: | 1986 |
| Number of Rooms: | 148 |

Competitive
Advantages:        The Shilo Inn & Suites and the Plaza are Killeen's only full service hotels. The Plaza was formerly a Sheraton. Convenient frontage road location.

Competitive
Disadvantages:     While the exterior is of above average quality, the interior of the public space appears dated and the rooms require refreshing.

Comments:          The Plaza Hotel competes with the subject directly; it has been adversely impacted by the opening of the Shilo and other new hotels. If not renovated, the Plaza will not remain a significant competitor.



**Competitive Hotel No. 2:**

| | |
|---|---|
| Property: | Fairfield Inn & Suites |
| Location: | 200 East Central Expressway |
| | Killeen, TX |

| | |
|---|---|
| Estimated Avg. Room Rate: | $95 - $100 |
| Estimated Occupancy: | 80% - 85% |

| | |
|---|---|
| Year Opened: | 2002 |
| Number of Rooms: | 86 |

Competitive
Advantages:            Newer limited service hotel with Marriott's popular Fairfield Inn Brand. Convenient frontage road location. Current rate leader in this market.

Competitive
Disadvantages:        None.

Comments:            The Fairfield Inn competes directly with the subject in the commercial and leisure segments. The property is attractive and good excellent condition. A free breakfast is included.



Competitive Hotel No. 3:

| | |
|---|---|
| Property: | Holiday Inn Express |
| Location: | 1602 East Central Expressway |
| | Killeen, TX |

| | |
|---|---|
| Estimated Avg. Room Rate: | $80 - $85 |
| Estimated Occupancy: | 70% - 75% |

| | |
|---|---|
| Year Opened: | 1994 |
| Number of Rooms: | 68 |

Competitive
Advantages:                Modern limited service hotel with Holiday Inn Express Brand.
Convenient frontage road location.

Competitive
Disadvantages:             None.

Comments:                  The Holiday Inn Express directly competes with the subject in the
commercial and leisure segments. The property is attractive and in good
condition. A free breakfast is included.



**Competitive Hotel No. 4:**

| | |
|---|---|
| Property: | Hawthorne Suites Limited |
| Location: | 1502 East Central Expressway |
| | Killeen, TX |
| | |
| Estimated Avg. Room Rate: | $75 - $80 |
| Estimated Occupancy: | 75% - 80% |
| | |
| Year Opened: | 1998 |
| Number of Rooms: | 63 |

Competitive
Advantages:            Newer limited service hotel with Hawthorne Suites Ltd. brand.
                       Convenient frontage road location.

Competitive
Disadvantages:         None.

Comments:              The Hawthorne Suites Limited directly competes with the subject in the
                       commercial and leisure segments. The property is attractive and in good
                       condition. A free breakfast is included.



Competitive Hotel No. 5:

| | |
|---|---|
| Property: | Hampton Inn |
| Location: | 2702 Ow Curry Dr. |
| | Killeen, TX |

| | |
|---|---|
| Estimated Avg. Room Rate: | $75- $80 |
| Estimated Occupancy: | 80% - 85% |

| | |
|---|---|
| Year Opened: | 1999 |
| Number of Rooms: | 62 |

Competitive
Advantages:                    Newer limited service hotel with Hampton Inn brand.    Convenient
                               location adjacent to frontage road.

Competitive
Disadvantages:                 None.

Comments:                      The Hampton Inn directly competes with the subject in the commercial
                               and leisure segments. The property is attractive and in good condition. A
                               free breakfast is included.



Competitive Hotel No. 6:

| | |
|---|---|
| Property: | Howard Johnson Express |
| Location: | 803 East Central Expressway |
| | Killeen, TX |

| | |
|---|---|
| Estimated Avg. Room Rate: | $45 - $50 |
| Estimated Occupancy: | 60% - 65% |

| | |
|---|---|
| Year Opened: | 1986 |
| Number of Rooms: | 130 |

Competitive
Advantages:                 Limited service hotel with Howard Johnson Express brand.  Convenient
                            frontage road location.

Competitive
Disadvantages:              Physical plant is less attractive than its competitors. Needs interior
                            renovation.

Comments:                   The Howard Johnson Express competes directly with the subject in the
                            commercial and leisure segments. The property is drab and in fair
                            condition. A free breakfast is included.



Competitive Hotel No. 7:

| | |
|---|---|
| Property: | Holiday Inn |
| Location: | 300 East Central Expressway |
| | Killeen, TX |

| | |
|---|---|
| Estimated Avg. Room Rate: | $80 - $85 * |
| Estimated Occupancy: | 70% - 75% * |

| | |
|---|---|
| Year Opened: | 2007 |
| Number of Rooms: | 99 |

Competitive
Advantages:                 Newly opened limited service hotel with Holiday Inn brand.  Convenient
                            frontage road location.

Competitive
Disadvantages:              None

Comments:                   The Holiday Inn will directly compete with the subject in the
                            commercial and leisure segments. The property is new condition.

  •   When stabilized



Competitive Hotel No. 8:

| | |
|---|---|
| Property: | Residence Inn |
| Location: | 400 East Central Expressway |
| | Killeen, TX |
| | |
| Estimated Avg. Room Rate: | $95 - $100 * |
| Estimated Occupancy: | 80% - 85% * |
| | |
| Year Opened: | 2007 |
| Number of Rooms: | 120 |

Competitive
Advantages:                    New extended stay hotel with Residence Inn brand.  Convenient frontage
                               road location.

Competitive
Disadvantages:                 None

Comments:                      The Residence Inn will directly compete with the subject suites for
                               extended stay business, primarily in the commercial segment. A free
                               breakfast is included.
                               * When stabilized



Competitive Hotel No. 9:

| | |
|---|---|
| Property: | Hilton Garden Inn |
| Location: | Ow Curry Drive (Adjacent to Hampton Inn) |
| | Killeen, TX |
| | |
| Estimated Avg. Room Rate: | $80 - $85 |
| Estimated Occupancy: | 70% - 75% |
| | |
| Year Opened: | 2008 |
| Number of Rooms: | 90 |

Competitive
Advantages:            New limited service hotel with Hilton Garden Inn brand.  Convenient
frontage road location.

Competitive
Disadvantages:         None.

Comments:              The Hilton Garden Inn will directly compete with the subject in the
commercial and leisure segments.
* When stabilized

Shilo Inn & Suites, Killeen, Texas

Copyright © 2005 Microsoft Corp. and/or its suppliers. All rights reserved.

Additions to Supply

It is important to consider any new hotels that may have an impact on the subject property's operating performance. Based on my fieldwork in the market and discussions with local hotel operators, developers, and government officials, in addition to the subject I have included Competitive Hotels $7-9$.

Conclusion – Competitive Set

My survey of the primarily competitive hotels in the market shows a mixture of hotels affiliated with nationally recognized lodging chains. Inclusive of the Shilo Inn & Suites, these properties range in size from 62 to 160 rooms. In the 2003 base year, the primary competitors achieved an overall occupancy of 66.3% at an average rate of $66.47, yielding RevPAR of $44.07. Occupancy, ADR and RevPAR increased substantially in 2004, the last year prior to the introduction of new supply to the competitive set. In 2005 Occupancy declined due to new additions to supply, while ADR and RevPAR increased, Additional supply introduced in 2006 and 2007 in decreased occupancy; for 2006 ADR and RevPAR declined while in 2007 ADR is expected to increase over 2006 levels.

The phenomenon illustrated by the recent history of the competitive set is that the market is experiencing upgrading of both the chain affiliations and actual hotel facilities. The result of this trend is an increase in ADR for the upper tier properties, plus increased Killeen market presence by Marriott, Hilton and Shilo. The ability of these new facilities to induce demand through marketing is already visible in the 2007 ADR and RevPAR increases and three of the new hotels are not yet operative. Given the evolving nature of the competitive set, two of the hotels, the Howard Johnson Express and Plaza Inn are now only marginally competitive due to their dilapidated rooms. These two hotels comprise 25% of the competitive set's supply of rooms. Without significant immediate renovations, it is unlikely that these two properties will remain even marginally significant competitors.

Despite increases in supply, the subject by virtue of its location adjacent to the Killeen Conference Center and superior facilities is expected to enjoy a significant advantage over the competitive set for the foreseeable future. At stabilization, it is anticipated the Shilo Inn & Suites will outperform the competitive set in terms of occupancy, ADR and RevPAR.

**Average Rate Analysis**

One of the most important considerations in estimating the value of a lodging facility is a supportable forecast of its attainable average rate, which is more formally defined as the average rate per occupied room. Average rate can be calculated by dividing the total rooms revenue achieved during a specified period by the number of rooms sold during the same period. The projected average rate and the anticipated occupancy percentage are used to forecast rooms revenue, which in turn provides the basis for estimating most other income and expense categories.

A hotel's average room rate is the weighted average of the various amounts charged to different market segments, such as rack rates, published rates, commercial rates, and contract rates. The average rate also takes into account differentials during peak and off-peak periods, including various seasons of the year, holidays, and weekends. Different types of rooms may also command varying rates, and thus have an impact on the overall average rate. The following is a description of several typical rate categories.

- Rack Rate - An undiscounted room rate generally given to anyone who does not qualify for or request a discounted rate. The term is derived from the room rack (now a computer terminal) at the front desk, which contains information about each room's rate, including the highest amount that can be charged for that type of unit. When a hotel is expected to be full during a certain

period or when a guest arrives without a reservation, the rack rate is usually the only rate available. The average rate is almost always lower than the rack rate.

- Published Rate - The rate listed in directories and other publications. This rate is usually quoted as a range (i.e., single: $90-$150), and represents the various rack rates for specific types of accommodations. Published rates usually set the upper limit of average rate, and average rates tend to be closest to published rates in the case of single (rather than double) rooms.

- Commercial Rate - A discounted rate available to certain commercial travelers. Some hotels charge all commercial travelers a commercial rate upon request, while others offer it only to established accounts based on their projected use of the hotel. Commercial rates vary because they can be negotiated between the business and the hotel. These rates are always below the rack and published rates and, depending on the market mix, may approximate the property's average rate.

- Contract Rate - A discounted rate available to specific high-volume users, such as airlines, convention groups, and bus tours. Contract rates are negotiated and often apply to a block of rooms that are reserved on an ongoing basis and paid for regardless of use. Depending on the amount of use and the time it occurs, a contract rate may be heavily discounted and thus significantly lower than both the average rate and the commercial rate.

- Complimentary Rooms - It is customary for hotels to provide rooms to very important guests on a complimentary basis. When performing a room night analysis, complimentary rooms should be included in the occupancy projection, because these occupied rooms represent actual demand (although they generate no revenue). However, the inclusion of complimentary rooms in the occupancy lowers the calculated average rate, and thus the treatment of complimentary rooms in the average rates obtained from competitive properties must be consistent in order to draw an accurate rate comparison.

*Competitive Positioning Method:* Competitive positioning starts with the analysis of the average room rates currently achieved by the local competitive hotels. These rates establish a range within which the room rate for the subject property should fall. The likely average rate for the subject property is then compared to the average rate of the hotel in the sample that is most similar in quality, size, facilities, amenities, market orientation, location, management, image and affiliation. Upward and/or downward adjustments are made to the subject's average rate to reflect any differences between the comparable and the subject that might be realized by affiliation or positioning. The competitive positioning method works well if the subject property is an existing hotel and a comparable is present in the market.

*Market Segmentation Method:* In applying the market segmentation method, an average room rate is developed by individual market segments. This method starts with the previously developed demand forecast for the subject property, which includes a projection of the number of room nights captured for each market segment. Using the room rates charged on a segmented basis by the subject and competitive properties as a base, a room rate estimate is developed for each market segment. The estimated room rate for each market segment is then multiplied by the projected number of room nights captured and the results are totaled to yield the total rooms revenue. An average rate can be calculated by dividing the total rooms revenue by the number of rooms occupied. The advantage of the market segmentation method is its ability to adjust the projected average room rate for changes in market mix. The disadvantage is that detailed rate data for each competitor in the market is not usually public knowledge and is difficult, if not impossible, to obtain.

Competitive Positioning

Although the average rate analysis presented here follows the occupancy projections, these two statistics are highly correlated; in reality, one cannot project occupancy without making specific assumptions regarding average rate. This relationship is best illustrated by rooms revenue per available room (RevPAR). The following table presents 2007 average rate, occupancy and RevPAR levels of the primary existing competitors.

| **Competitors' Financial Performance** | | | | | | |
|---|---|---|---|---|---|---|
| **Property** | **2007 ADR Range** | | **2007 OCC Range** | | **2007 RevPAR Range** | |
| Plaza Hotel | $60 | $65 | 55% | 60% | $33.00 | $39.00 |
| Fairfield Inn & Suites | $95 | $100 | 80% | 85% | $76.00 | $85.00 |
| Holiday Inn Express | $80 | $85 | 70% | 75% | $56.00 | $63.75 |
| Hawthorne Suites Ltd. | $75 | $80 | 75% | 80% | $56.25 | $64.00 |
| Hampton Inn | $75 | $80 | 80% | 85% | $60.00 | $68.00 |
| Howard Johnson Express | $45 | $50 | 60% | 65% | $27.00 | $32.50 |
| Shilo Inn & Suites | $89 | | 57% | | $50.91 | |

As noted above, estimated average room rates for the competitors ranged from approximately $45.00 to $100.00 in 2007, with the higher rates at the Fairfield Inn and Shilo Inn & Suites. The lowest rates are found at the Plaza Hotel and Howard Johnson Express. The Shilo Inn & Suites offers the largest room size in the competitive market, along with the highest quality array of amenities.

Average Rate Increases

It is important to note that hotel room rate increases do not necessarily conform to the underlying monetary inflation rate, because lodging facilities are influenced by market conditions such as the relationship between supply and demand. A hotel's ability to raise room rates is affected by a number of factors, including the following.

- Supply and Demand Relationships - The relationship between supply and demand is one of the factors that determine hotel occupancies and average rates. Strong markets where lodging demand is increasing faster than supply are often characterized by rate growth that exceeds inflation. Markets that are overbuilt or suffering from declining demand are unlikely to exhibit any significant increases in average rates.

- Inflationary Pressures - Price increases caused by inflation affect hotel room rates by eroding profit margins and encouraging operators to raise prices. This strategy is effective only in markets that are characterized by a healthy supply and demand relationship.

- Improving the Competitive Standard - When a new lodging facility enters a mature market, its rates may be set higher than the market wide average in an effort to justify the development costs. This may allow other competitors to achieve corresponding gains by effectively raising the amount the market will bear. However, if the addition to supply has a severe impact on the occupancy levels of other hotels, price competition may ensue.

- Property-Specific Improvements - Changes that make a hotel more or less attractive to guests can have an impact on average rate. An expansion, renovation, upgrading, or the introduction of additional facilities and amenities may enable greater-than-inflationary room rate increases.

Likewise, deferred maintenance may make a property less competitive, engendering a decline in room rates.

In determining average rate projections, changes that occur prior to occupancy stabilization are generally attributable to factors that are specific to the property and the market. After a hotel achieves a stabilized occupancy, room rates are generally expected to continue to increase at the underlying inflation rate throughout the remainder of the projection period. The room rates presented in the following table are based on a constant dollar estimate as of September 19, 2007. For subsequent years, these rates are inflated 3% annually.

| Projected Constant Dollar Room Rate Increase | | | |
|---|---|---|---|
| | **2008** | **2009** | **2010** | **Stable** |
| Forecast of Average Rate (2007 Constant Dollars) | $95.00 | $102.00 | $109.00 | $115.00 |

### HIGHEST AND BEST USE ANALYSIS

The concept of highest and best use is a fundamental element in the determination of value of real property, either as if vacant or as improved. Highest and best use is defined as follows:

*The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.*[3]

The concept of highest and best use is the premise upon which value is based and is a product of competitive forces in the marketplace.

*The principle of balance holds that real property value is created and sustained when contrasting, opposing, or interacting elements are in a state of equilibrium. This principle applies to relationships among various property components as well as the relationship between the costs of production and the property's productivity. The point of economic balance is achieved when the combination of land and building is optimal (i.e., when no marginal benefit or utility is achieved by adding another unit of capital). The law of increasing returns holds that larger amounts of the agents of production produce greater net income up to a certain point, after which the law of diminishing returns is applied.*[4]

#### As if Vacant

Land value is derived from potential use rather than actual use. The highest and best use is that which generates the greatest return to the land. An analysis as to the highest and best use of the land should be made first and may be influenced by many factors. In estimating highest and best use, there are four stages of analysis:

1. *Physically possible use*: What uses of the site are physically possible?
2. *Legally permissible use*: What uses are permitted by zoning, deed restrictions, lease encumbrances, or any other legally binding codes, restrictions, or interests?
3. *Financially feasible use*: Which possible and permissible uses will produce a net return to the owner of the site?
4. *Maximally productive use*: Among the feasible uses, which use will produce the highest net return or the highest present worth?

In consideration of the foregoing factors influencing development and lodging demand in the subject's immediate area, it is the appraiser's opinion that the highest and best use of the subject site, as vacant, is to utilize the site for commercial development. Given the site's location adjacent to the Killeen Conference Center, ideally the use of this site would be complementary to the Center. The two most likely uses appear to be either retail or hotel development. Given the strength of Killeen's hotel market, it appears that hotel development is the better use.

#### As Improved

After determining the highest and best use of the land, an analysis and opinion should be made regarding the highest and best use of the property, as improved. The highest and best use of an improved property

---

[3] The Dictionary of Real Estate Appraisal, Fourth Edition, Appraisal Institute, Chicago, IL, 2002

[4] Ibid

is the most profitable likely use to which it can be put. The opinion of this use may be based on the highest and most profitable continuous use to which a property is adapted and needed, or for which it is likely to be in demand in the reasonably near future.

Events affecting value that are within the realm of possibility but are not reasonably probable should be excluded from consideration, and the intended use cannot be considered if it is dependent upon an uncertain act of another person.

An analysis of the highest and best use as improved differs from an evaluation of the highest and best use as vacant, because it recognizes that the improvements must have sufficient utility and value to justify their continued use and to provide an adequate return to land.

The financially feasible uses of the subject property as improved have been analyzed to determine which will provide the greatest net return. The principle of balance and the related concept of conformity indicate that the optimal mix of property components is realized when a property conforms to the demands of its market, such that no marginal benefit or utility can be achieved by making any significant changes.

Various alternative uses of the subject property have been considered. Based on my analysis of the site's location, characteristics, zoning, surrounding land uses, the market influences of supply and demand, quality and scope of the improvements appear to provide the greatest return possible for this location.

Conclusion

I have analyzed economic considerations and a number of potential alternative uses of the subject property. My review of various national investor surveys conducted by the American Council of Life Insurance, CB Commercial and the Korpacz Investor Survey indicates that hotels typically generate the highest rates of return among potential commercial uses. It is my opinion that the subject property's highest and best use, as improved, is as a full-service lodging facility.

## APPROACHES TO VALUE

In appraising real estate for market value, the professional appraiser has three approaches from which to select: income capitalization, cost, and sales comparison. Although all three valuation procedures are considered, the inherent strengths of each approach and the nature of the subject property must be evaluated to determine which will provide supportable estimates of market value. The appraiser then selects one or more of the appropriate approaches in arriving at a final value estimate.

### Income Capitalization Approach

The income capitalization approach analyzes a property's ability to generate financial returns as an investment. The appraisal estimates a property's operating cash flow, projecting revenue and expenses. Inherent to the income approach is the capitalization of the resulting net operating income. Through an income capitalization procedure, the value of the subject property is calculated. The income approach is often selected as the preferred valuation method for operating properties because it most closely reflects the investment rationale of knowledgeable buyers.

### Cost Approach

The cost approach estimates market value by computing the current cost of replacing the property and subtracting any depreciation resulting from physical deterioration, functional obsolescence, and external (or economic) obsolescence. The value of the land, as if vacant and available, is then added to the depreciated value of the improvements to produce a total value estimate.

The cost approach is most reliable for estimating the value of new properties; however, as the improvements deteriorate and market conditions change, the resultant loss in value becomes increasingly difficult to quantify accurately. Based on my experience with hotel investors, the cost approach is most applicable for new and proposed properties.

### Sales Comparison Approach

The sales comparison approach estimates the value of a property by comparing it to similar properties sold on the open market. To obtain a supportable estimate of value, the sales price of a comparable property must be adjusted to reflect any dissimilarities between it and the property being appraised.

The sales comparison approach is most useful in the case of simple forms of real estate such as vacant land and single-family homes, where the properties are homogeneous and the adjustments are few and relatively simple to compute. In the case of complex investments such as shopping centers, office buildings, restaurants, and lodging facilities, where the adjustments are numerous and more difficult to quantify, the sales comparison approach loses much of its reliability.

Hotel investors typically do not employ the sales comparison approach in reaching their final purchase decisions. Although the sales comparison approach may provide a range of values that supports the final estimate, reliance on this approach beyond the establishment of broad parameters is rarely justified by the quality of the sales data.

### Reconciliation

The final step in the valuation process is the reconciliation and correlation of the value indications. Factors that are considered in assessing the reliability of each approach include the purpose of the appraisal, the nature of the subject property, and the reliability of the data used. In the reconciliation, the

applicability and supportability of each approach are considered and the range of value indications is examined. The most significant weight is given to the approach that produces the most reliable solution and most closely reflects the criteria used by typical investors.

My nationwide experience with numerous hostelry buyers and sellers indicates that the procedures used in estimating market value by the income capitalization approach are comparable to those employed by the hotel and motel investors who constitute the marketplace. For this reason, the income capitalization approach produces the most supportable value estimate, and it is generally given the greatest weight in the hotel valuation process.

### INCOME CAPITALIZATION APPROACH

The income capitalization approach is based on the principle that the value of a property is indicated by its net return, or what is known as the present worth of future benefits. The future benefits of income-producing properties, such as hotels, are net income before debt service and depreciation (as estimated by a forecast of income and expense) and any anticipated reversionary proceeds from a sale. These future benefits can be converted into an indication of market value through a capitalization process and discounted cash flow analysis. Using the income capitalization approach, the subject property has been valued by analyzing the local market for transient accommodations, examining existing and proposed competition, and developing a forecast of income and expense that reflects current and anticipated income trends and cost components through a stabilized year of operation.

The forecast of income and expense is expressed in current dollars for each year. The stabilized year is intended to reflect the anticipated operating results of the property over its remaining economic life, given any or all applicable stages of build-up, plateau, and decline in the life cycle of the hotel. Thus, income and expense estimates from the stabilized year forward exclude from consideration any abnormal relationship between supply and demand, as well as any nonrecurring conditions that may result in unusual revenues or expenses. The stabilized year's net income is then extended into an 11-year forecast of income and expense by applying the assumed underlying inflation rate to each revenue and expense item from the stabilized year forward, unless otherwise noted. The 11-year forecast of net income then forms the basis of a 10-year discounted cash flow analysis where 10 years of net income and a reversion derived from the capitalized eleventh year's net income are discounted back to the date of value and summed to derive an estimate of market value. The 10-year period reflects the typical holding period of large real estate assets such as hotels. In addition, the 10-year time frame provides for the stabilization of income streams and comparison of yields with alternate types of real estate. The forecasted income streams reflect the future benefits of owning specific rights in income-producing real estate.

Review of Comparable Operating Statements

Shilo Inn, operating statements are available only for the first four months of operation. As such, they are not reliable indicators of the subject's financial performance and have not been utilized as a primary data source for this appraisal. I have reviewed a composite of comparable income and expense statements derived from the a Benchmarker Income Statement prepared by PKF Hospitality Research. For the purposes of this assignment, I selected five Upscale and Limited Service properties, all located in Texas, which best reflect the characteristics of the subject property in a general way. The Benchmarker results are summarized in the following table.

## Comparable Operating Data – PKF Benchmarker

**BENCHMARKER INCOME STATEMENT**

| REVENUES AND EXPENSES | Average of 5 Properties | | | |
|---|---|---|---|---|
| | Year End 2006 ($) | Ratio To Revenue (%) | Per Available Room/Year ($) | Per Occupied Room/Day ($) |
| **Revenues** | | | | |
| Rooms | 3,891,522 | 85.1 | 27,856 | 100.26 |
| Food | 307,963 | 6.7 | 2,204 | 7.93 |
| Beverage | 289,392 | 6.3 | 2,071 | 7.46 |
| Telecommunications | 15,097 | 0.3 | 108 | 0.39 |
| Other Operated Departments | 47,864 | 1.0 | 343 | 1.23 |
| Rentals and Other Income | 22,558 | 0.5 | 161 | 0.58 |
| Total Revenues | 4,574,396 | 100.0 | 32,744 | 117.85 |
| **Departmental Costs and Expenses*** | | | | |
| Rooms | 799,794 | 20.6 | 5,725 | 20.61 |
| Food | 249,278 | 80.9 | 1,784 | 6.42 |
| Beverage | 134,323 | 46.4 | 961 | 3.46 |
| Telecommunications | 42,652 | 282.5 | 305 | 1.10 |
| Other Operated Departments | 26,598 | 55.6 | 190 | 0.69 |
| Total Costs and Expenses | 1,252,645 | 27.4 | 8,967 | 32.27 |
| Total Operated Departmental Income | 3,321,751 | 72.6 | 23,777 | 85.58 |
| **Undistributed Operating Expenses** | | | | |
| Administrative and General | 386,326 | 8.4 | 2,765 | 9.95 |
| Marketing (Includes Franchise Fees) | 397,094 | 8.7 | 2,842 | 10.23 |
| Property Operation and Maintenance | 215,950 | 4.7 | 1,546 | 5.56 |
| Utility Costs | 209,541 | 4.6 | 1,500 | 5.40 |
| Other Unallocated Operated Departments | 0 | 0.0 | 0 | 0.00 |
| Total Undistributed Expenses | 1,208,911 | 26.4 | 8,654 | 31.15 |
| Income Before Fixed Charges | 2,112,839 | 46.2 | 15,124 | 54.43 |
| **Mgmt. Fees, Property Taxes, & Insurance** | | | | |
| Management Fees | 162,131 | 3.5 | 1,161 | 4.18 |
| Property Taxes and Other Municipal Charges | 186,136 | 4.1 | 1,332 | 4.80 |
| Insurance | 45,647 | 1.0 | 327 | 1.18 |
| Total Management Fees, Taxes and Insurance | 393,915 | 8.6 | 2,820 | 10.15 |
| **Income Before Other Fixed Charges** | 1,718,925 | 37.6 | 12,304 | 44.29 |

| | | |
|---|---|---|
| Average Daily Rooms Available | | 140 |
| Percentage of Occupancy | | 76.1% |
| Average Daily Rate per Occupied Room (excluding complimentary rooms) | $ | 100.26 |
| Rooms RevPAR | | $76.32 |

*Expressed as a percent of Departmental Revenue

Following are actual income and expense statements for two similar hotels. The Best Western is full service while the Shilo Inn has on site leased food & beverage and offers equivalent amenities to a full service hotel.

## Comparable Operating Data

| Property | Best Western | | | Shilo Inn | | |
|---|---|---|---|---|---|---|
| Location | Western US | | | Portland | | |
| No. Rooms | 100 | | | 200 | | |
| Room Nights Available | 36,500 | | | 73,000 | | |
| Room Nights Demanded | 29,930 | | | 45,448 | | |
| Occupancy | 82.0% | | | 62.3% | | |
| Average Daily Rate | $122.01 | | | $78.52 | | |
| RevPAR | $100.05 | | | $48.88 | | |
| | Amount | Ratio | Per Room | Amount | Ratio | Per Room |
| **Revenues** | | | | | | |
| Rooms | 3,515,652 | 55.4% | 35,157 | 3,568,675 | 93.1% | 17,843 |
| Food & Beverage | 2,786,991 | 43.9% | 27,870 | | 0.0% | 0 |
| Telecommunications | 5,217 | 0.1% | 52 | 11,586 | 0.3% | 58 |
| Rentals & Other Income (Net) | 37,371 | 0.6% | 374 | 253,371 | 6.6% | 1,267 |
| **Total Revenues** | $6,345,231 | 100.0% | $63,452 | $3,833,632 | 100.0% | $19,168 |
| | | | | | | |
| **Departmental Expense** | | | | | | |
| Rooms | 1,019,280 | 29.0% | 10,193 | 1,068,442 | 29.9% | 5,342 |
| Food & Beverage | 2,388,923 | 85.7% | 23,889 | | 0.0% | 0 |
| Telecommunications | 19,493 | 373.6% | 195 | 23,862 | 206.0% | 119 |
| **Total Departmental Expense** | $3,427,696 | 54.0% | $34,277 | $1,092,304 | 28.5% | $5,462 |
| | | | | | | |
| **Departmental Profit** | $2,917,535 | 46.0% | $29,175 | $2,741,328 | 71.5% | 13,707 |
| | | | | | | |
| **Undistributed Expenses** | | | | | | |
| Administrative & General | 441,236 | 7.0% | 4,412 | 309,095 | 8.1% | 1,545 |
| Marketing | 341,585 | 5.4% | 3,416 | 500,452 | 13.1% | 2,502 |
| Franchise Fees | 83,312 | 1.3% | 833 | 0 | 0.0% | 0 |
| Property Operation & Maintenance | 135,448 | 2.1% | 1,354 | 254,483 | 6.6% | 1,272 |
| Utilities | 280,495 | 4.4% | 2,805 | 217,393 | 5.7% | 1,087 |
| **Total Undistributed Expenses** | $1,282,076 | 20.2% | $12,821 | $1,281,423 | 33.4% | $6,407 |
| | | | | | | |
| **Gross Operating Profit** | $1,635,459 | 25.8% | $16,355 | $1,459,905 | 38.1% | $14,599 |

## Premise of Forecast

The forecast of income and expense is intended to reflect the appraiser's subjective estimate of how a typical buyer would project the subject property's future operating results. Depending on the dynamics of the local market, a typical buyer's projection may be adjusted upward or downward. I have attempted to consider these factors in formulating this forecast.

## Inflation Assumption

A general rate of inflation must be established that will be applied to most revenue and expense categories. In consideration of historical trends, published economic forecasts, and my assessment of probable property appreciation levels, I have applied an underlying inflation rate of 3.0% throughout the

projection period. This stabilized inflation rate takes into account normal, recurring inflation cycles. Inflation is likely to fluctuate above and below this level during the projection period. Any exceptions to the application of the assumed underlying inflation rate are discussed in my discussion of individual income and expense items.

Forecast of Income and Expense

The following description sets forth the basis for the forecast of income and expense. I anticipate that it will take two years for the subject property to reach a stabilized level of operation. Each revenue and expense item has been forecast based upon my review of the subject's operating history and operating budget, and comparable income and expense statements. The following forecast is based upon fiscal years beginning September, 2007 and is expressed in inflated dollars for each year.

Rooms Revenue

Rooms revenue is determined by two variables: occupancy and average rate. My projection of the subject property's occupancy and average rate was presented earlier in this report.

Food & Beverage Revenue

Food & beverage revenue will be produced by guest meals, in-hotel events, and events at the adjacent conference center. My projection is based upon 30% of rooms revenues initially, increasing to 40% of rooms revenue at stabilization. The stabilized revenue equates to $14,127 annually per available room which is towards the upper end of the full service comparables' range. The revenue estimates for the subject recognize the relationship between the Shilo Inn & Suites and the Killeen Convention Center which is expected to result in atypically high usage for on-site banquets and meetings as well as catering for events held at the Convention Center.

Telephone Revenue

Telephone revenue is generated by hotel guests who charge local and long-distance calls to their rooms, and by individuals who use the property's public telephones. Telephone revenue is projected to achieve moderate gains, equal to $177 per available room by the stabilized year.

Other Income

Other income is derived from sources other than guestrooms, food and beverage, and telephone services. Depending on the type of hotel and the facilities and amenities offered, other income may include income generated by the gift shop, laundry and valet commissions, vending machines, in-room movies, front desk faxing charges, and short-term interest income. In this instance, the meeting rooms are expected to provide $100,000 in net annual income, increasing 3% annually.

Rooms Expense

Rooms expense consists of items related to the sale and upkeep of guestrooms and public space. Salaries, wages, and employee benefits account for a substantial portion of this category. Although payroll varies somewhat with occupancy (because managers can schedule maids, bell personnel, and house cleaners to work when demand requires), much of a hotel's payroll is fixed. Front desk personnel, public area cleaners, the housekeeper, and other supervisors must be maintained at all times. As a result, salaries, wages, and employee benefits are only moderately sensitive to changes in occupancy.

Commissions and reservation expenses are usually based on room sales, and thus are highly sensitive to changes in occupancy and average rate. Linen, operating supplies and other operating expenses are only slightly affected by volume. The Benchmarker Survey shown earlier indicates that comparable hotel properties operate with rooms expense ratios averaging 20.6% while the two expense comparables are 29.0% and 29.9% respectively. According to my interviews, atypically low rooms expense levels exist in this market given that the Killeen area offers a less expensive work force compared to other competitive markets. I am of the opinion that this expense ratio will be sustainable in the future. Greatest weight is placed on the Benchmarker Survey which consists of Texas properties. I have projected rooms expense at 20% of rooms revenue throughout the projection period.

## Food & Beverage Expense

Food & beverage expense consists of the cost of goods sold plus labor. The full service comparable indicates 85.7% of departmental revenues for this expense while the Benchmark survey indicates 80.9%. Given the comparatively low labor cost prevalent in Killeen, I have projected this expense at 80% of revenue.

## Telephone Expense

Telephone expense consists of all costs associated with this department. In the case of small hotels with automated systems, the operation of telephones may be an additional responsibility of front desk personnel; however, most large properties employ full-time operators. The bulk of the telephone expense consists of the cost of local and long-distance calls billed by the telephone companies that provide these services. Because most calls are made by in-house guests, these costs are moderately correlated to occupancy. I forecast telephone expense ratios at the subject property to be 200% of telephone revenue throughout the projection period.

## Other Income Expense

Other income expense consists of costs associated with other income, and is dependent on the nature of the revenue. In this instance, the meeting room revenue is projected on a net basis.

## Administrative and General Expense

Administrative and general expense includes the salaries and wages of all administrative personnel who are not directly associated with a particular department. Expense items related to the management and operation of the property are also allocated to this category.

Most administrative and general expenses are relatively fixed. The exceptions are cash overages and shortages; commissions on credit card charges; provision for doubtful accounts, which are moderately affected by the number of transactions or total revenue; and salaries, wages, and benefits, which are very slightly influenced by volume. Based on my review of the Benchmarker Survey and expense comparables and considering Killeen's favorable labor cost, administrative and general expense is forecast to be 8.0% of revenues throughout the projection period.

## Advertising & Promotion Expense

Advertising & promotion expense consists of all costs associated with advertising, sales, and promotion; these activities are intended to attract and retain customers. Marketing can be used to create an image, develop customer awareness, and stimulate patronage of a property's various facilities.

This category is unique in that all expense items, with the exception of fees and commissions, are totally controlled by management. Most hotel operators establish an annual marketing budget that sets forth all planned expenditures. If the budget is followed, total marketing expenses can be projected accurately. In this instance, costs normally associated with a Franchise Fee are included in this category as the Shilo Inn is owner operated. The Benchmarker Survey indicates 8.7% while the expense comparables indicate 6.7% to 13.1% fir this combined category.

These expenditures are unusual because although there is a lag period before results are realized, the benefits are often extended over a long period. Depending on the type and scope of the advertising and promotion program implemented, the lag time can be as short as a few weeks or as long as several years. However, the favorable results of an effective marketing campaign tend to linger, and a property often enjoys the benefits of concentrated sales efforts for many months. I forecast the subject property's marketing expense to be approximately 8.5% of total revenues throughout the projection period.

Property Operations and Maintenance

Property operations and maintenance expense is another expense category that is largely controlled by management. Except for repairs that are necessary to keep the facility open and prevent damage (e.g., plumbing, heating, and electrical items), most maintenance can be deferred for varying lengths of time.

Maintenance is an accumulating expense. If management elects to postpone performing a required repair, they have not eliminated or saved the expenditure; they have only deferred payment until a later date. A lodging facility that operates with a lower-than-normal maintenance budget is likely to accumulate a considerable amount of deferred maintenance.

The age of a lodging facility has a strong influence on the required level of maintenance. A new or thoroughly renovated property is protected for several years by modern equipment and manufacturers' warranties. However, as a hostelry grows older, maintenance expenses escalate. A well-organized preventive maintenance system often helps delay deterioration, but most facilities face higher property operations and maintenance costs each year, regardless of the occupancy trend. The quality of initial construction can also have a direct impact on future maintenance requirements. The use of high-quality building materials and construction methods generally reduces the need for maintenance expenditures over the long term. The Benchmarker Survey indicates 4.7% and the expense comparables a range of 2.1% to 6.6%. I project property operations and maintenance to maintain a level of approximately 4% of total revenue throughout the projection period.

Energy Expense

The energy consumption of a lodging facility takes several forms, including water and space heating, air conditioning, lighting, cooking fuel, and other miscellaneous power requirements. The most common sources of hotel energy are electricity, natural gas, fuel oil, and steam. This category also includes the cost of water service.

Total energy cost depends on the source and quantity of fuel used. Electricity tends to be the most expensive source, followed by oil and gas. Although all hotels consume a sizable amount of electricity, many properties supplement their energy requirements with less expensive sources, such as gas and oil, for heating and cooking. The Benchmarker Survey indicates 4.6% while the expense comparables indicate a range of 4.4% to 5.7%. Base on these indices and actual utilization at the property through July, 2007, the subject property's energy expense is estimated at approximately $200,000 at stabilization expressed in current 2007 dollars. Approximately 25% of this expense is estimated to be occupancy sensitive, while 75% is fixed.

Management Fee

Management expense consists of the basic fee paid to the type of company that is anticipated to operate the subject property. Some companies provide management services alone, while others also provide a brand name affiliation. When a management company has no brand identification, the property owner often acquires a franchise that provides the necessary image and recognition. Although most hotel management companies employ a fee schedule that includes a basic fee (usually a percentage of total revenue) and an incentive fee (usually a percentage of defined profit), the incentive portion is often subordinated to debt service and may not appear in a forecast of net income before debt service. Basic hotel management fees are almost always based on a percentage of total revenue, which means they have no fixed component.

Management fees today are typically structured as some combination of a base fee calculated as a percentage of total revenues and an incentive fee calculated as a percentage gross operating income or net operating income. While base fees typically range from 1% to 4% of total revenue, incentive fees are deal specific and often are calculated as a percentage of income available after debt service and, in some cases, after a preferred return on equity. Due to the deal specificity of the incentive portion of the management fee total management fees are difficult to hypothesize without a specific management agreement. Even then, the ownership structure and debt level of a deal may impact the ultimate fees paid. I am finding that in today's market total management fees for a first-tier management company which provides both a brand name and management expertise are ranging from 3% to 5% of total revenue. Fees paid to second tier management companies which provide management expertise but no brand identity are ranging from 2% to 3% of total revenue.

My forecast assumes management of the subject property by a competent management company. For the purposes of this appraisal, I have chosen to use a management fee of 3.0% of total revenues, which I believe to be appropriate for a hotel property of this type.

Property Taxes

The estimate of property taxes was detailed in a previous section of this report.

Insurance Expense

The insurance expense category consists of the cost of insuring the hotel and its contents against damage or destruction by fire, weather, sprinkler leakage, boiler explosion, plate glass breakage, and so forth. It does not include liability coverage, which is a component of administrative and general expense.

Insurance rates are based on many factors, including building design and construction, fire detection and extinguishing equipment, fire district, distance from the firehouse, and the area's fire experience. Insurance expenses do not vary with occupancy. The Benchmarker Survey estimates insurance expense at $327 per available room. Insurance expense at the subject property is estimated at $50,000 or $312 per available room in the first projection year and $341 per available room at stabilization.

Reserve for Replacement

Furniture, fixtures, and equipment are essential to the operation of a lodging facility, and their quality often influences a property's class. This category includes all non-real estate items that are capitalized, rather than expensed. The furniture, fixtures, and equipment of a hotel are exposed to heavy use and must be replaced at regular intervals. The useful life of these items is determined by their quality, durability, and the amount of guest traffic and use.

Periodic replacement of furniture, fixtures, and equipment is essential to maintain the quality, image, and income-producing potential of a lodging facility. Because capitalized expenditures are not included in the operating statement but nevertheless affect an owner's cash flow, an appraisal should reflect these expenses in the form of an appropriate reserve for replacement.

My industry experience indicates that a reserve for replacement of 3.0% to 5.0% of total revenue is generally sufficient to provide for the timely replacement of furniture, fixtures, and equipment. Based on an analysis of comparable lodging facilities and taking into consideration the age of the subject property, I believe that a reserve for replacement of 4.0% of total revenue is sufficient to provide for the periodic replacement of the subject property's furniture, fixtures, and equipment. Due to the property being new, the reserves are reduced in the first three years of operations to 1%, 2%, and 3% respectively.

Summary of Projections

Based on the preceding analysis, I have formulated a forecast of income and expense. The following forecast of income and expense reflects the subject property's anticipated performance during fiscal years beginning September, 2007. The fourth projection year (2011) represents the subject property's stabilized level of operation. Following the forecast through the stabilized year is the 10-year forecast of income and expense, presented in a lesser degree of detail.

*Shilo Inn & Suites, Killeen, Texas*

Page 53

Software: ARGUS Ver. 13.0.0 (Build: 13000-A)
File: Shilo Inn - September, 2007
Property Type: Hotel/Motel
Portfolio:

Date: 10/7/07
Time: 10:24 am
Ref#: ACT
Page: 1

## Schedule Of Prospective Cash Flow
### In Inflated Dollars for the Fiscal Year Beginning 10/1/2007

|  | Sep-2008 | Sep-2009 | Sep-2010 | Sep-2011 | Sep-2012 | Sep-2013 | Sep-2014 | Sep-2015 | Sep-2016 | Sep-2017 | Sep-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Guestrooms | 160 | | | | | | | | | | |
| Occupied Room Nights | 35,040 | 40,880 | 44,384 | 44,968 | 44,968 | 44,968 | 44,968 | 44,968 | 44,968 | 44,968 | 44,968 |
| Occupancy | 60.0% | 70.0% | 76.0% | 77.0% | 77.0% | 77.0% | 77.0% | 77.0% | 77.0% | 77.0% | 77.0% |
| Average Rate | $95.00 | $105.06 | $115.64 | $125.56 | $129.43 | $133.32 | $137.32 | $141.44 | $145.68 | $150.05 | $154.55 |
| For the Years Ending | Sep-2008 | Sep-2009 | Sep-2010 | Sep-2011 | Sep-2012 | Sep-2013 | Sep-2014 | Sep-2015 | Sep-2016 | Sep-2017 | Sep-2018 |
| **Gross Revenue** | | | | | | | | | | | |
| Room Revenue | $3,328,800 | $4,294,853 | $5,132,481 | $5,650,841 | $5,820,366 | $5,994,977 | $6,174,827 | $6,360,071 | $6,550,873 | $6,747,400 | $6,949,822 |
| Food & Beverage | 998,640 | 1,503,199 | 2,052,992 | 2,260,336 | 2,328,146 | 2,397,991 | 2,469,931 | 2,544,028 | 2,620,349 | 2,698,960 | 2,779,929 |
| Telephone | 8,322 | 10,737 | 12,831 | 14,127 | 14,551 | 14,987 | 15,437 | 15,900 | 16,377 | 16,869 | 17,375 |
| Meeting Room (Net) | 100,000 | 103,000 | 106,090 | 109,273 | 112,551 | 115,927 | 119,405 | 122,987 | 126,677 | 130,477 | 134,392 |
| **Total Gross Revenue** | 4,435,762 | 5,911,789 | 7,304,394 | 8,034,577 | 8,275,614 | 8,523,882 | 8,779,600 | 9,042,986 | 9,314,276 | 9,593,706 | 9,881,518 |
| **Departmental Expenses** | | | | | | | | | | | |
| Room Expense | 665,760 | 838,971 | 1,026,496 | 1,130,168 | 1,164,073 | 1,198,995 | 1,234,965 | 1,272,014 | 1,310,175 | 1,349,480 | 1,389,964 |
| Food & Beverage | 798,912 | 1,202,559 | 1,642,394 | 1,808,269 | 1,862,517 | 1,918,393 | 1,975,945 | 2,035,222 | 2,096,279 | 2,159,168 | 2,223,943 |
| Telephone | 16,644 | 21,474 | 25,662 | 28,254 | 29,102 | 29,974 | 30,874 | 31,800 | 32,754 | 33,738 | 34,750 |
| **Total Departmental Expenses** | 1,481,316 | 2,083,004 | 2,694,552 | 2,966,691 | 3,055,692 | 3,147,362 | 3,241,784 | 3,339,036 | 3,439,208 | 3,542,386 | 3,648,657 |
| **Departmental Profit** | 2,954,446 | 3,828,785 | 4,609,842 | 5,067,886 | 5,219,922 | 5,376,520 | 5,537,816 | 5,703,950 | 5,875,068 | 6,051,320 | 6,232,861 |
| **Undistributed Expenses** | | | | | | | | | | | |
| Administrative & General | 354,861 | 472,943 | 584,352 | 642,766 | 662,049 | 681,911 | 702,368 | 723,439 | 745,142 | 767,496 | 790,521 |
| Management Fee | 133,073 | 177,354 | 219,132 | 241,037 | 248,268 | 255,716 | 263,388 | 271,290 | 279,428 | 287,811 | 296,446 |
| Advertising & Promotion | 377,040 | 502,502 | 620,873 | 682,939 | 703,427 | 724,530 | 746,266 | 768,654 | 791,713 | 815,465 | 839,929 |
| Operations & Maintenance | 177,430 | 236,472 | 292,176 | 321,393 | 331,025 | 340,955 | 351,184 | 361,719 | 372,571 | 383,748 | 395,261 |
| Utilities | 180,000 | 190,550 | 199,449 | 205,979 | 212,158 | 218,523 | 225,079 | 231,831 | 238,786 | 245,950 | 253,328 |
| **Total Undistributed Expenses** | 1,222,404 | 1,579,821 | 1,915,982 | 2,094,104 | 2,156,927 | 2,221,635 | 2,288,285 | 2,356,933 | 2,427,640 | 2,500,470 | 2,575,485 |
| **Gross Operating Profit** | 1,732,042 | 2,248,964 | 2,693,860 | 2,973,782 | 3,062,995 | 3,154,885 | 3,249,531 | 3,347,017 | 3,447,428 | 3,550,850 | 3,657,376 |
| **Fixed Expenses & Costs** | | | | | | | | | | | |
| Real Estate Taxes | 238,000 | 245,140 | 252,494 | 260,069 | 267,871 | 275,907 | 284,184 | 292,710 | 301,491 | 310,536 | 319,852 |
| Personal Property Taxes | 46,500 | 47,895 | 49,332 | 50,812 | 52,336 | 53,906 | 55,523 | 57,189 | 58,905 | 60,672 | 62,492 |
| Property Insurance | 50,000 | 51,500 | 53,045 | 54,636 | 56,275 | 57,964 | 59,703 | 61,494 | 63,339 | 65,239 | 67,196 |
| Replacement Reserves | 44,358 | 118,236 | 219,132 | 321,383 | 331,025 | 340,955 | 351,184 | 361,719 | 372,571 | 383,748 | 395,261 |
| **Total Fixed Expenses & Costs** | 378,858 | 462,771 | 574,003 | 686,900 | 707,507 | 728,732 | 750,594 | 773,112 | 796,306 | 820,195 | 844,801 |
| **Net Operating Income** | 1,353,184 | 1,786,193 | 2,119,857 | 2,286,882 | 2,355,488 | 2,426,153 | 2,498,937 | 2,573,905 | 2,651,122 | 2,730,655 | 2,812,575 |
| **Cash Flow Before Debt Service & INCOME TAX** | $1,353,184 | $1,786,193 | $2,119,857 | $2,286,882 | $2,355,488 | $2,426,153 | $2,498,937 | $2,573,905 | $2,651,122 | $2,730,655 | $2,812,575 |

Income Capitalization

The subject property has been valued via a 10-year discounted cash flow analysis. The discounted cash flow analysis is the most accurate capitalization method when the income stream varies as a function of property operations or forecasted future conditions.

Investment parameters used by the appraisers in the income capitalization approach include an overall capitalization rate and total property yield, or "free and clear" discount rate. A terminal capitalization rate is utilized to calculate the property's reversionary sales proceeds at the end of the assumed 10-year holding period in the discounted cash flow analysis. Once the value of the property is estimated, the appraisers perform analyses to cross-check the appropriateness of the value estimate based upon other market derived parameters. The overall capitalization rate equating the subject's historical and first year's net income to the estimated market value is compared with overall rates derived from comparable hotel sales. The discount rate, which is the total property yield equating the hotel's forecasted net income before debt service to the estimated market value, is also compared with discount rates derived from comparable hotel sales.

Inherent in this valuation process is the assumption of a sale at the end of the ten-year holding period. The estimated reversionary sales price as of that date is calculated by capitalizing the projected 11th-year net income by an overall terminal capitalization rate. An allocation for the selling expenses is deducted from this sales price.

Capitalization and Yield Rate Analysis

As a point of reference, the terminal capitalization rate can be compared to the going-in (overall or direct) rate implied by the subject property's estimated value. The going-in rate reflects the capitalization rate that would be applicable if the hotel were operating at a stabilized level as of the date of value. This rate is calculated by dividing the stabilized net income (expressed in current dollars as of the date of value) by the value indicated by the income capitalization approach. Generally, the terminal capitalization rate is approximately 50 to 100 basis points above the going-in rate.

I was able to extract capitalization rates, one from a Killeen transaction and two from the regional market. The following table illustrates overall capitalization rates of comparable sales based on reported annual net operating income and final sale price.

| Overall Capitalization Rates Extracted from Comparable Hotel Sales | | | | |
|---|---|---|---|---|
| Property | Sale Date | Estimated NOI | Unadjusted Sale Price | Calculated Overall Rate |
| *Holiday Inn Express* Gatesville, Texas | January, 2005 | $407,340 | $4,100,000 | 9.9% |
| *Sleep Inn* Killeen, Texas [1] | September, 2007 | $516,772 | $5,950,000 | 8.7% |
| *Holiday Inn Express* Seabrook, Texas | August, 2004 | $480,924 | $4,750,000 | 10.1% |
| [1] Income is estimated based on July, 2007 reports. | | | | |

Discount, or yield rates vary according with investor requirements, investor motivations, property characteristics and market conditions. They are frequently responsive to long-term interest rates and inflation or deflation expectations. The yield rate used in any analysis is a function of the characteristics of the income stream being analyzed and investor expectations regarding the risk and/or stability of that income stream.

In selecting a discount rate, I have relied upon published information contained in the 2005 Third Quarter Korpacz Survey. I have also cross-checked my capitalization rate assumptions with the overall and terminal capitalization rates published in this survey, as illustrated below.

| Rates of Return Survey Results | | | |
|---|---|---|---|
| **Korpacz Investment Survey** | | | |
| **Source** | **Discount Rate** | **Terminal Rate** | **Overall Rate** |
| Full-Service (3rd Qtr 2007) | 9.00% - 14.00% | 6.00% - 11.00% | 6.00% - 10.50% |
| Average | 11.02% | 8.98% | 8.30% |

As illustrated, discount rates for full service properties in the Korpacz survey averaged 11.02%. Terminal capitalization rates averaged 8.98%, and overall (direct) capitalization rates averaged slightly lower, at 8.30%. Please note that survey results are based on net operating income figures that include a discount for capital reserves.

For purposes of this analysis, I have applied a terminal capitalization rate of 9.5% and a discount rate of 11.00%. My selection of these rates took into consideration the data extracted from the market and the Korpacz Investment published rates discussed earlier. The following table illustrates my discounted cash flow analysis which incorporates these assumptions.

## Discounted Cash Flow Analysis

| Software: ARGUS Ver. 13.0.0 (Build: 13000-A) | Date: 10/7/07 |
|---|---|
| File: Shilo Inn - September, 2007 | Time: 10:24 am |
| Property Type: Hotel/Motel | Ref#: ACT |
| Portfolio: | Page: 2 |

Prospective Present Value
Cash Flow Before Debt Service plus Property Resale
Discounted Annually (Endpoint on Cash Flow & Resale) over a 10-Year Period
Present Value as of 10/1/2007

| Analysis Period | For the Year Ending | Annual Cash Flow | P.V. of Cash Flow @ 11.00% |
|---|---|---|---|
| Year 1 | Sep-2008 | $1,353,184 | $1,219,085 |
| Year 2 | Sep-2009 | 1,786,193 | 1,449,714 |
| Year 3 | Sep-2010 | 2,119,857 | 1,550,021 |
| Year 4 | Sep-2011 | 2,286,882 | 1,506,440 |
| Year 5 | Sep-2012 | 2,355,488 | 1,397,867 |
| Year 6 | Sep-2013 | 2,426,153 | 1,297,120 |
| Year 7 | Sep-2014 | 2,498,937 | 1,203,634 |
| Year 8 | Sep-2015 | 2,573,905 | 1,116,886 |
| Year 9 | Sep-2016 | 2,651,122 | 1,036,389 |
| Year 10 | Sep-2017 | 2,730,655 | 961,694 |
| Total Cash Flow | | 22,782,376 | 12,738,850 |
| Property Resale @ 9.50% | | 29,309,992 | 10,322,524 |
| Total Property Present Value | | | $23,061,374 |
| Rounded to: | | | $23,060,000 |
| Per Room | | | $144,134 |

## Direct Capitalization

The subject property is expected to attain stabilization beginning in September, 2010, the beginning of the 4th year of operation. The value of the property at stabilization is estimated by capitalizing projected 4th year income at a direct capitalization rate. Referring again to the capitalization rates obtained from sales and the Korpacz survey, I have concluded that the appropriate capitalization rate for the subject property when stabilized is 9.0%. The stabilized value is calculated as follows:

$$\$2,286,882/.090 = \$25,409,800$$
$$\text{Rounded:} \qquad \$25,400,000$$

## SALES COMPARISON APPROACH

The sales comparison approach is based on the assumption that an informed purchaser will pay no more for a property than the cost to acquire an existing property with equal utility. This approach estimates market value by considering the sales prices indicated by recent transactions involving properties that are similar to the property being appraised. Dissimilarities are resolved with appropriate adjustments; these differences may pertain to the date of sale, the age of the property, location, construction, condition, layout, equipment, size, or external economic factors. The reliability of the sales comparison approach depends on three factors:

- The availability of timely, comparable sales data.

- An understanding of the true terms of the sales and the motivation of the buyer and seller.

- The degree of comparability or the extent of the adjustments needed to reflect differences between the subject property and the comparable property.

In appraising lodging facilities, it is often difficult to find an adequate number of recent sales involving hotels that are truly comparable to the subject property. Consequently, it may be necessary to consider transactions involving properties in different market areas, and the required adjustments greatly diminish the reliability of the conclusions. Moreover, it is difficult for an observer to determine the true motivations of the buyers and sellers involved in transactions. Hotel acquisition often represents a highly ego-driven process in which a number of external, non-market factors influence the purchase price. Unless the appraiser can quantify these influences, there is no clear way of knowing whether the purchase price paid actually reflects market value. A final consideration is the degree of similarity between the subject property and the comparable; in most cases, the differences are significant enough to require numerous subjective and unsubstantiated adjustments. Each adjustment represents a potential for error, and thus diminishes the reliability of this approach. As a result of these shortcomings, the use of the sales comparison approach in valuing hotels is primarily as a check against the value indicated by the income capitalization approach.

Comparable Sales

Five hotel comparable sales were found in the subject property's market area. These transactions are described on the following pages. Two of the sales, Nos. 4 and 5, are new properties which sold prior to opening. The other three properties were operational at sale. All five properties are generally inferior to the subject property.



Sale No. 1:

| | |
|---|---|
| Property: | Heights Inn |
| Location: | 410 W. Business US Highway 190 |
| | Harker Heights, TX |

| | |
|---|---|
| Date of Sale: | January 3, 2005 |
| Sales Price: | $1,375,000 |
| Grantor: | Heights Inn LLC |
| Grantee: | Prakash & Leena Patel |
| Year Opened: | 2000 |
| Number of Rooms: | 20 |
| Price per Room: | $34,375 |
| ADR: | $45 - $50 |
| Occupancy: | 70% - 75% |
| RevPAR: | $35.61 |
| Comments: | Heights Inn is a newer two story motel property. It is well located on a major commercial thoroughfare. The property was reportedly in good condition at purchase. |



Sale No. 2:

| | |
|---|---|
| Property: | Royal Inn |
| Location: | 606 East Central Texas Expressway |
| | Killeen, TX |

| | |
|---|---|
| Date of Sale: | June 28, 2005 |
| Sales Price: | $2,080,000 |
| Grantor: | Keshna, LP |
| Grantee: | Duck Hyong & Dong Rae Lee |
| Year Opened: | 2004 |
| Number of Rooms: | 41 |
| Price per Room: | $50,372 |
| ADR: | $55 - $60 |
| Occupancy: | 60% - 65% |
| RevPAR: | $36.00 (Estimated) |
| Comments: | Royal Inn is a new two story limited service property. It is well located on the Central Texas Expressway frontage road. The property was in new condition at purchase. |



Sale No. 3:

| | |
|---|---|
| Property: | Sleep Inn |
| Location: | 700 Central Texas Expressway |
| | Killeen, TX |

| | |
|---|---|
| Date of Sale: | September 17, 2007 |
| Sales Price: | $5,950,000 |
| Grantor: | Kenny Bhakta etal |
| Grantee: | Shazad Ibrahim |
| Year Opened: | 2006 |
| Number of Rooms: | 80 |
| Price per Room: | $74,375 |
| ADR: | $65 - $70 |
| Occupancy: | 65% - 70% |
| RevPAR: | $46.58 (Estimated) |
| Comments: | The Sleep Inn is a new two story limited service property. It is well located on the Central Texas Expressway frontage road. The property was in new condition at purchase. |



**Primary Sale #4:**

| | |
|---|---|
| Property: | Holiday Inn |
| Location: | 300 Central Texas Expressway |
| | Killeen, TX |

| | |
|---|---|
| Date of Sale: | September 17, 2007 |
| Sales Price: | $10,300,000 |
| Grantor: | Kenny Bhakta, etal |
| Grantee: | Undisclosed |
| Year Opened: | 2007 |
| Number of Rooms: | 99 |
| Price per Room: | $104,040 |
| ADR: | N/A |
| Occupancy: | N/A |
| RevPAR: | N/A |
| Comments: | The Holiday Inn is a new four story limited service property. It is well located on the Central Texas Expressway frontage road. The property was in new condition at purchase. |



**Primary Sale #5:**

Property:            Candlewood Suites
Location:            2300 Florence Road
                     Killeen, TX

Date of Sale:        May 15, 2006
Sales Price:         $5,600,000
Grantor:             Kenny Bhakta, etal
Grantee:             Undisclosed
Year Opened:         2007
Number of Rooms:     71
Price per Room:      $78,873
ADR:                 N/A
Occupancy:           N/A
RevPAR:              N/A
Comments:            Candlewood Suites is a new three story limited service property. It is well located on the Central
                     Texas Expressway frontage road. The property was in new condition at purchase.



Adjustments

Next, the primary comparable sales were compared to determine adjustments for market conditions, physical characteristics, and economic characteristics. The unit of comparison used is the price per room, chosen because it is the industry standard for hotel properties. An improved sales summary table and adjustment grid and a location map are located on the following pages.

The following paragraphs summarize my rationale for the major adjustments made to the price per room of each comparable hotel sale.

Property Rights Conveyed

All of the sales were reportedly fee simple transactions and required no adjustments.

Financing Terms

All sales were reportedly cash transactions or were financed at terms equivalent to cash. Adjustments to the sale prices were not required.

Conditions of Sale

Conditions of sale refer to seller/buyer motivation and/or abnormal circumstances surrounding the transaction that influenced the sale price, such as funds allocated for deferred maintenance. Examples of such conditions might include a forced sale or a sale between related parties. All sales were considered to be arm's-length transactions and representative of market conditions at the time they occurred.

Market Conditions

The improved sales utilized occurred between January, 2005 and September, 2007. In making market condition adjustments, I considered changes in the demand for real estate, average daily rate ("ADR") levels, the supply of vacant rooms and improved hotel rooms, the availability of financing, and economic conditions at the national, regional, and local levels. All of these factors are continually changing, and their changes influence real estate values. The national market for hospitality properties has experienced improving conditions since 2002. Taking this into account, all sales required upward adjustments for improving market conditions.

Location and Market Dominance

Location adjustments are necessary when the location characteristics of the comparable properties are different from those of the subject. Factors to consider include visibility, access, and the quality and nature of surrounding improvements. These characteristics often have a considerable play on the property's operating dominance in the market.

The subject property is located in the prime area of Killeen, adjacent to the Killeen Conference Center. The subject's location is generally superior to comparable sale 1 and equivalent to sales 2 through 5.

Physical Characteristics

This element of comparison encompasses differences in the properties' overall quality and condition. Adjustments may be required if the comparable sale is in need of renovations, or upgrades to the guestroom or public area amenities. The subject is in new condition were the sale properties. The subject is superior in quality to all of the sale properties which consist of motels and lower priced limited service hotels.

Service Orientation and Amenities

The service and amenities that a property offers its guests can influence rental rates and the demand for the property. These factors can dramatically influence the performance of the property and, subsequently, the sale price. Typically, the older the property, the fewer the number of amenities offered. The sale properties are all either motels or limited service properties and are adjusted upward accordingly.

Non Realty Value Components

Non-realty components of value include business value, or other items that do not constitute real property but are included in the sale price of either the comparable or the subject property. The non-realty value component of hotel real estate is elusive to quantify, but is generally assumed to exist.

Business value in a hotel is inherent on the ongoing operation. It is created and maintained by three factors: franchise affiliation, management expertise, and service (labor). All components are labor intensive and require time and reputation to cultivate. Hotel chains created value by consistency, market perception, product support, reservation systems, traveler programs, advertising, etc. Once a critical mass is reached and a chain has an excellent reputation in these areas, positive business value is achieved. Two of the sale properties, Nos. 3 and 5, were both sold prior to opening and the buyer was responsible for providing equipment, licenses, and all associated start up costs.

Although service and management expertise have already been accounted for in the previous element of comparison, it is important to account for the superiority, or inferiority of the comparables' franchise affiliation. Based on my understanding of Shilo Inn, Sleep Inn, Candlewood and Holiday Inn brands, I have assumed that upward is required for all sale properties.

Conclusion

Although the sales comparison approach may be useful in providing a value range and reflecting certain market characteristics, its applicability is limited by the numerous possible points of difference between the subject property and other hotels that have sold in recent years. Circumstances surrounding a sale, such as financing terms, tax considerations, income guarantees, sales of partial interests, duress on the part of the buyer or seller, or a particular deal structure can also cause a disparity between the sales price and pure market value. Moreover, it is very difficult to determine the marketing periods that were necessary to consummate the transactions. As an expert in the valuation of hotels, I find that typical buyers purchase properties based on a thorough analysis of the anticipated economic benefits of property ownership, rather than on historical sales data.

In this instance, the sale properties range are generally inferior to the subject property and all sales required considerable adjustment. Greatest weight is placed on Sale No. 4, and somewhat less on Sales 3 and 6 which are less similar to the subject. Least weight is placed on Sales 1 and 2 which occurred in 2005. In light of these factors, it is my opinion that the sales comparison approach is unsuitable for indicating an accurate estimate of the subject property's market value; however, this approach can be used to test the reasonableness of the value indicated by the income capitalization approach. The adjusted sales prices indicate a value range of $125,000 to $145,000 per room, or $20,000,000 to

$23,200,000 for the 160-unit subject property. For comparison purposes, the income capitalization approach indicates a value of $23,060,000 or $144,125 per room for the subject property.

**SHILO INN & SUITES**
**KILLEEN, TEXAS**

Comparable Sale Adjustment Chart

Value Date:    9/19/2007    Appreciation Rate:    5%

| Sale No. | Location | Sale Date | Property Type Guestroom | Overall Rate | Sale Price $/PX/guestroom | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TIME | AFTER TIME | LOCATION | SERVICE ORIENTATION | NON-REALTY COMPONENTS | PHYSICAL CHAR. | INDIC. VALUE |
| 1 | Heights Inn 410 W. Business Hwy 190 Harker Heights, TX | Jan-05 | Motel 20 | N/A | $1,375,000 $68,750 | 13.5% | 78,031 | ++ | +++ | +++ | +++ | $113,000 |
| 2 | Royal Inn 606 Central Texas Expwy Killeen, TX | Jun-05 | Motel 41 | N/A | $2,090,000 $50,732 | 11.1% | 56,363 | -0- | +++ | +++ | +++ | $62,000 |
| 3 | Sleep Inn 700 Central Texas Expwy Killeen, TX | Sep-07 | Ltd. Service 80 | N/A | $5,950,000 $74,375 | 0.0% | 74,375 | -0- | +++ | +++ | +++ | $107,000 |
| 4 | Holiday Inn 300 E. Central Texas Expwy Killeen, TX | Sep-07 | Ltd. Service 99 | N/A | $10,300,000 $104,040 | 0.1% | 104,144 | -0- | +++ | ++ | +++ | $148,000 |
| 5 | Candlewood Suites 2300 Florence Road Killeen, TX | May-06 | Full Service 71 | 4.30% | $5,600,000 $78,873 | 8.7% | 84,158 | -0- | +++ | +++ | +++ | $122,000 |

Weighted Value Indicator per Room $123,700
WVI -1 Std. Dev.  $100,451
WVI -.5 Std Dev.  $112,076
WVI +.5 Std Dev.  $135,324
WVI +1 Std. Dev.  $146,949

A supplementary analysis has also been performed as a cross-check for the tentative conclusion via the Sales Comparison Approach illustrated above. Specifically, I have performed a statistical analysis of the RevPAR that is generated by three of the comparable properties. The other two had not yet opened at sale and no REVPAR estimates were available. Ultimately, a lodging facility's ability to capture demand and revenue is influenced by all of the aforementioned factors. RevPAR levels reported by each of the comparable properties represent a discount, or premium, of the revenue the hotel is able to generate compared to the subject property. The disparity between the RevPAR levels indicates that certain adjustments are necessary to render the transactions truly comparable to a hypothetical transaction on the subject site. The following chart illustrates the RevPAR disparities between the subject property (based on its estimated stabilized RevPAR level expressed in terms of 2007 constant dollars).

## RevPAR Adjustment Analysis

| SHILO INN SUITES KILLEEN, TEXAS REVPAR ADJUSTMENT CHART | | | |
|---|---|---|---|
| **COMPARABLE SALE NUMBER** | **1** | **2** | **3** |
| **REVPAR OF COMPARABLE SALE** | $34.00 | $36.00 | $46.58 |
| **REVPAR OF THE SUBJECT** | $88.55 | $88.55 | $88.55 |
| **REVPAR VARIANCE** | 160.4% | 146.0% | 90.1% |
| **FULL SERVICE ADJUSTMENT** | 15.0% | 15.0% | 15.0% |
| **COMPARABLE SALE PRICE PER ROOM** | $68,750 | $50,372 | $74,375 |
| **INDICATED ADJUSTMENT** | $120,616 | $81,085 | $78,170 |
| **ADJUSTED SALE PRICE PER ROOM** | $189,366 | $131,457 | $152,545 |

**MINIMUM PRICE PER ROOM:**  $131,457
**MAXIMUM PRICE PER ROOM:**  $189,366
**AVERAGE PRICE PER ROOM:**  $157,789

The RevPAR indicators logically indicate a higher value range since they are based upon the subject at stabilized occupancy. After consideration of the subject's current RevPAR and the necessity to stabilize the property, it is concluded that the RevPAR analysis lends support to the adjusted comparable sales. Therefore, the value conclusion of $125,000 to $145,000 per room indicated by analysis of the comparison sales is confirmed within the limits of this approach as previously discussed.

## COST APPROACH

The cost approach reflects a set of procedures through which a value indication is derived for the fee simple interest in a property by estimating the current cost to construct a reproduction of, or replacement for, the existing structure; deducting accrued depreciation from the reproduction or replacement cost; and adding the estimated land value plus an entrepreneurial profit. Adjustments may then be made to the indicated fee simple value of the subject property to reflect the value of the property interest being appraised.

In this report section I will estimate the replacement cost as new of the improvements, plus the market value of the site, plus an entrepreneurial profit incentive to arrive at the total cost new to "rebuild" the subject property. The total cost new to replace the facility is often used by hotel buyers as a benchmark against the existing as-is market value of the property. In perfect markets, as the gap between market value and total cost new diminishes, there is an equal incentive to build new hotels as there is to buy existing facilities.

Replacement Cost

Replacement cost is the current construction cost of a building with the same utility as the subject property, but built with modern materials and according to current construction and design standards. As a basis for estimating the developmental costs, I have used the Swift Estimator service provided by Marshall & Swift and the developer's actual reported costs as the basis for this estimate estimate. The input pages for cost model and the developer's costs are included in the following pages of this report.

## Cost Approach Summary

### Direct Costs

| | | | | |
|---|---|---|---|---|
| Gross Building Area | 131,302 | SF | @ | $86.34 | $11,336,615 |
| Furniture, Fixtures & Equipment | 131,302 | SF | @ | $20.00 | $2,626,040 |
| Site Improvements | 199,508 | SF | @ | $6.00 | 1,197,048 |

**Total Direct Costs**                                                                 $15,159,703

### Indirect Costs

| | |
|---|---|
| Loan Fees | 703,000 |
| Carrying Cost on Land | |
| During Construction | 99,000 |
| Legal, Title & Appraisal Fees | 28,500 |
| Start Up & Contingency | 650,000 |
| Developer's Overhead & Profit | 2,484,000 |

**Total Indirect Costs**                                                                 $3,964,500

**Total Improvement Costs**                                                           19,124,203

**Less Depreciation**                          0.0%                                            0

**Plus Land Value**                                                                   1,400,000

**Total**                                                                             $20,524,203

**Rounded To**                                                                        **$20,520,000**

*Shilo Inn & Suites, Killeen, Texas*                                              *Page 72*

| Cost Approach Assumptions | |
|---|---|
| Cost Input | (I = Input) |

| | |
|---|---|
| Computed Bldg. Loan | 11,370,000 |
| Land Value (I) | 1,400,000 |
| Computed Land Loan | 1,050,000 |
| Computed Total Const. Loan | 12,420,000 |
| Interest Rate (I) | 8.00% |
| Const. Period, in months (I) | 12 |
| Points (I) | 2.00% |
| Land Taxes(I) | 15,400 |
| Appraisal Fees (I) | 8,500 |
| Legal and Title Costs (I) | 20,000 |
| % of Overhead & Profit (I) | 15.00% |
| Depreciation Percentage (I) | 0.00%  Life = 60    Eff. Age= 0 |
| Land Area in Sq. Ft. (I) | 248,292 |

Marshall Valuation Service Information:

| | | |
|---|---|---|
| Class: | D | (I) |
| Quality: | Very Good | (I) |
| Section: | SwiftEstimator | (I) |
| Page: | SwiftEstimator | (I) |
| Base Calculator Cost | $86.34 | (I) |
| Story Height Multiplier | SwiftEstimator | (I) |
| Perimeter Multiplier | SwiftEstimator | (I) |
| Current Cost Multiplier | SwiftEstimator | (I) |
| Locality Multiplier | SwiftEstimator | (I) |

| | |
|---|---|
| Refined Cost | $86.34 |

| Cost Component | Area | Unit Price |
|---|---|---|
| Gross Building Area | 131,302  (I) | $86.34 |
| Furniture, Fixtures & Equipment | 131,302  (I) | $20.00  (I) |
| Site Impr. Area | 200,000  (I) | $6.00  (I) |

## Developer's Reported Costs

|                                   | Total        | Per Sq. Ft. |
|-----------------------------------|--------------|-------------|
| Direct Costs                      |              |             |
| Building & Land Improvements      | 12,408,665   | $94.50      |
| Furniture, Fixtures & Equipment   | 4,328,210    | $32.96      |
|                                   |              |             |
| Indirect Costs                    |              |             |
| Working Capital                   | 776,247      | $5.91       |
| Deposits & Start Up Costs         | 156,280      | $1.19       |
|                                   |              |             |
| Total Costs (Rounded)             | $17,670,000  | $134.58     |
|                                   |              |             |
| Add: Land at Market Value         | 1,400,000    |             |
|                                   |              |             |
| Total                             | $19,070,000  |             |

The developer's costs are reported in a format wherein indirect costs are aggregated with direct costs with the exception of the items listed separately. No allowance for developer's profit is included in these costs.

Land Valuation

Land value may be estimated in a variety of ways including the sales comparison approach and the allocation, extraction, or ground rent capitalization methods. For the majority of hostelry properties, the two primary methods used are the sales comparison approach and the ground lease capitalization approach.

The sales comparison approach estimates the value of a property by comparing it to similar properties sold on the open market. To obtain a supportable estimate of value, the sales price of a comparable property must be adjusted to reflect any dissimilarities between it and the property being appraised. The adjusted prices per unit (typically per square foot or per room) are then reconciled to estimate a land value for the site.

I have researched land sales and listings in the Killeen market area. My findings are as follows.

Land Sale #1:

| | |
|---|---|
| Location: | SE corner of WS Young Drive & Elms Road |
| City, State | Killeen, Texas |
| Date of Sale: | Current Listing |
| Sales Price: | $1,566,853 |
| Grantor: | N/A |
| Grantee: | N/A |
| Size: | 261,142 square feet |
| Price per Square Foot: | $6.00 |
| Zoning: | B-5 |
| Comments: | Currently listed at $6.00 per square foot, located on an opposite corner from the subject site. |

Land Sale #2:

| | |
|---|---|
| Location: | NEC S. Trimmier Rd S. of Central Texas Expwy |
| City, State | Killeen, Texas |
| Date of Sale: | November, 2006 |
| Sales Price: | $900,000 |
| Grantor: | Big Chief Distributing Co. |
| Grantee: | Walgreen Co. |
| Size: | 99,221 square feet |
| Price per Square Foot: | $9.07 |
| Zoning: | B-5 |
| Comments: | Proposed for Walgreen's retail store. |

Land Sale #3:

| | |
|---|---|
| Location: | NEC Stan Schlueter Loop & Clear Creek Road |
| City, State | Killeen, Texas |
| Date of Sale: | February, 2006 |
| Sales Price: | $1,375,494 |
| Grantor: | Bentina Ltd. etal |
| Grantee: | Davis Schlueter LP |
| Size: | 196,517 square feet |
| Price per Square Foot: | $7.00 |
| Zoning: | B-5 |
| Comments: | 3 lots proposed for retail use. |

Land Sale #4:

| | |
|---|---|
| Location: | WS Cunningham Road, S. of Central Texas Expwy. |
| City, State | Killeen, Texas |
| Date of Sale: | January, 2006 |
| Sales Price: | $685,255 |
| Grantor: | Colonial Equities, Inc. Trustee |
| Grantee: | BCS Hospitality Development, LP |
| Size: | 108,964 square feet |
| Price per Square Foot: | $6.29 |
| Zoning: | B-5 |
| Comments: | Proposed for motel use |

Land Sale #5:

| | |
|---|---|
| Location: | SS Central Texas Expwy. Frontage Rd. & Florence Rd. |
| City, State | Killeen, Texas |
| Date of Sale: | December, 2005 |
| Sales Price: | $608,751 |
| Grantor: | Unlimited Exchange (Intermediary) |
| Grantee: | Chiasmus, Inc. |
| Size: | 131,508 square feet |
| Price per Square Foot: | $4.63 |
| Zoning: | B-5 |
| Comments: | Holiday Inn site |

## Land Sales Adjustments

**SHILO INN & SUITES
KILLEEN, TEXAS**

Land Sale Adjustment Chart

Value Date: 9/19/2007   Approc. Rate:   5%

| Sale No. | Location | Sale Date | Zoning Sq. Ft. Acreage | Sale Price SP/Square Foot | TIME | AFTER TIME | ADJUSTMENTS | | | | INDIC. VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | LOCATION | SIZE | ZONING | UTILITIES | |
| 1 | SEC Elms Rd. & W.S. Young Dr. Killeen, TX | Listing | B-5 281,142 5.995 | $1,566,853 $6.00 | -20.0% | $4.80 | -0- | -0- | -0- | -0- | $4.80 |
| 2 | NEC Trimmier Rd & Cen Tex Expwy Killeen, TX | Nov-06 | B-5 99,221 2.278 | $900,000 $9.07 | 4.1% | $9.44 | - | - | -0- | -0- | $7.55 |
| 3 | NEC Stan Schlueter Loop & Clear Creek Road Killeen, TX | Feb-06 | B-5 196,517 4.511 | $1,375,494 $7.00 | 7.9% | $7.55 | - | - | -0- | -0- | $8.40 |
| 4 | WS Cunningham Road S. of Cen Tex Expwy Killeen, TX | Jan-06 | B-5 108,964 2.501 | $685,255 $6.29 | 8.2% | $6.80 | - | - | -0- | -0- | $5.45 |
| 5 | SS Cen Tex Expwy at Florence Road Killeen, TX | Dec-05 | B-5 131,508 3.019 | $608,751 $4.63 | 8.8% | $5.04 | - | - | -0- | -0- | $4.05 |

The following paragraphs is a summary of my rationale for the major adjustments made to the price per square foot of each comparable land sale.

Property Rights Conveyed

All of the sales were reportedly fee simple transactions and required no adjustments.

Financing Terms

All sales were reportedly cash transactions or were financed at terms equivalent to cash. Adjustments to the sale prices were not required.

Conditions of Sale

Conditions of sale refer to seller/buyer motivation and/or abnormal circumstances surrounding the transaction that influenced the sale price, such as funds allocated for deferred maintenance. Examples of such conditions might include a forced sale or a sale between related parties. All sales were considered to be arm's-length transactions and representative of market conditions at the time they occurred.

Market Conditions

The improved sales utilized occurred between December 2005 and November 2006 plus a current listing. In making market condition adjustments, I considered changes in the demand for real estate, the supply of vacant sites, the availability of financing, and economic conditions at the national, regional, and local levels. All of these factors are continually changing, and their changes influence real estate values. Taking this into account, all sales required upward adjustments for improving market conditions and the listing is adjusted downward to account for its listing status.

Location

Location adjustments are necessary when the location characteristics of the comparable properties are different from those of the subject. Factors to consider include visibility, access, and the quality and nature of surrounding improvements.

The subject property is located in the primary growth area of the City of Killeen, adjacent to the Killeen Conference Center, along one of the city's primary commercial thoroughfares. The subject site is in reasonable proximity to various retail and dining establishments. With respect to the Primary Sales, the subject's location is generally equal to No. 1 and is superior to Nos. 2 through 5.

Access

Access adjustments are required for differences in road frontage and vehicular access. Generally corner locations on high visibility streets are more desirable for retail uses.

The subject site and Sale Nos. 1 and 2 have corner locations and major road frontage, consequently no adjustments are required. Sale Nos. 3 through 5 all require upward adjustment for inferior access due to their interior locations or configuration that fronts two streets but does not include a corner.

Zoning

Zoning adjustments are required where differences in allowable developments impact the sale price of land. None of the sales require an adjustment for zoning.

Utilities

The availability of utilities facilitates development of land. A buyer who does not have available utilities will incur significant costs paying for their acquisition. Consequently, sites with available utilities typically sell for a premium over otherwise similar locations that are not serviced.

All of the sale sites have available utilities and no adjustment is required.

Land Value Conclusion

The adjusted unit values set forth earlier range from $4.63 to $9.07 per square foot. Approximately equal weight is placed on the five sales. Based on these transactions as discussed, a value of $5.65 per square foot or $1,400,000 (rounded) for the 248, 292 square foot site is indicated.

Cost Approach Reconciliation and Conclusion

In order to compare the two cost estimates, following are the two estimates without either land value or an estimate of developer's profit so that the two can be viewed on the same basis:

| | |
|---|---|
| M+S Estimate: | $16,640,203 |
| Developer's Estimate: | $17,670,000 |

The difference of $ 1,029,797 or 6.2% is primarily due to the developer's higher cost estimate for the restaurant and for the upgraded exterior of the project which has been revised to match the exterior of the adjacent Killeen Conference Center. Neither of these disparities is adequately addressed in the Marshall & Swift estimate. Greatest weight is placed on the developer's estimate since it is specific to the exact design of the project. The estimate of replacement cost is:

| | |
|---|---|
| Buildings, Site Improvements & Indirect Costs: | $ 17,500,000 |
| Add Land Value: | $ 1,400,000 |
| Add Developer's Overhead & Profit (10%) | $ 1,890,000 |
| Total Replacement Cost Estimate: | $ 20,790,000 |
| Rounded: | $ 20,800,000 |

In the estimation of the value according to the cost approach, the values of several components of the total property were quantified. The land value was estimated by the sales comparison approach. The replacement cost of the building improvements was estimated based on Marshall Valuation Service cost factors. Since the improvements are new, no deduction from replacement cost is indicated for accrued depreciation. I have estimated the value of the subject property via the cost approach to be $20,800,000 as of September 19, 2007.

### RECONCILIATION OF VALUE

The reconciliation, which is the last step in the appraisal process, involves summarizing and correlating the data and procedures employed throughout the analysis. The final value conclusion is arrived at after reviewing the estimates indicated by the income capitalization and sales comparison approaches. The relative significance, applicability, and defensibility of each indicated value are considered, and the greatest weight is given to that approach deemed most appropriate for the property being appraised.

The purpose of this report is to estimate the market value of the fee simple interest in the subject property; my appraisal involves a careful analysis of the property itself and the economic, demographic, political, physical, and environmental factors that influence real estate values. Based on the data set forth in this report, the following value indications were developed.

| Approach | Value Indication |
|---|---|
| Income Capitalization Approach | $23,060,000 |
| Sales Comparison Approach | $20,000,000 TO $23,200,000 |
| Cost Approach | $20,800,000 |

Income Capitalization Approach

To estimate the subject property's value via the income capitalization approach, I have analyzed the local market for transient accommodations, examined the competitive environment, projected occupancy and average rate levels, and developed a forecast of income and expense that reflects anticipated income trends and cost components through a stabilized year of operation. Through a discounted cash flow and income capitalization procedure, the unleveraged value of the subject property was calculated.

My nationwide experience indicates that the procedures used in estimating market value by the income capitalization approach are comparable to those employed by the hotel investors who constitute the marketplace. For this reason, I believe that the income capitalization approach produces the most supportable value estimate, and it is given the greatest weight in my final estimate of the subject property's market value.

Sales Comparison Approach

The sales comparison approach uses actual sales of similar properties to provide an indication of the subject property's value. I have investigated a number of sales in an attempt to develop a value indication, and several adjustments were necessary to render these sales prices applicable to the subject property. Given the limited transaction activity in the subject market area, I have placed limited emphasis on the sales comparison approach to value.

Cost Approach

To estimate the subject property's value via the cost approach, I estimated the depreciated replacement cost of the improvements and FF&E, as well as the current market value of the land. Since the hotel is new construction, no depreciation was applied to the replacement cost estimate.

Because the cost approach does not reflect the economic factors that motivate knowledgeable hotel investors (i.e., projected net income and return on investment), the cost approach is given limited weight in the valuation of existing income-producing properties. Lodging facilities are rarely sold or purchased

on the basis of replacement cost. Considering the property's age and condition, I have estimated the value via the cost approach, but have given limited weight to this method.

Value Conclusion

Careful consideration has been given to the strengths and weaknesses of the three approaches to value discussed above. In recognition of the purpose of this appraisal, I have given primary weight to the value indicated by the income capitalization approach, and the cost and sales comparison approaches are considered supportive.

Based on my analysis, it is my opinion that the "as is" market value of the fee simple interest in the Shilo Inn, as of September 19, 2007, is:

**$23,060,000**

**TWENTY THREE MILLION SIXTY THOUSAND DOLLARS**

This value estimate equates to $144,125 per room. The estimate of market value includes the land, the improvements, and the furniture, fixtures, and equipment. The appraisal assumes that the hotel is open and operational.

The stabilized value of the subject property as of October 1, 2010 is estimated to be:

**$25,400,000**

**TWENTY FIVE MILLION FOUR HUNDRED THOUSAND DOLLARS**

*Shilo Inn & Suites, Killeen, Texas*

## ADDENDA

*Shilo Inn & Suites, Killeen, Texas*

## SUBJECT PROPERTY PHOTOGRAPHS

*Shilo Inn & Suites, Killeen, Texas*



Killeen Conference Center



Killeen Conference Center – Main Exhibit Hall

*Shilo Inn & Suites, Killeen, Texas*



Shilo Restaurant & Lounge



Shilo Inn & Suites Hotel

*Shilo Inn & Suites, Killeen, Texas*



Lobby Area



Shilo Restaurant

*Shilo Inn & Suites, Killeen, Texas*



Pre Function Area



Typical Meeting Room

*Shilo Inn & Suites, Killeen, Texas*



Double queen Standard Room



King Room Suite Configuration

*Shilo Inn & Suites, Killeen, Texas*

## SITE AND BUILDING PLANS









Suites Hotel

SHILO INN
164 SUITES HOTEL
& CONVENTION CENTER

SECOND
FLOOR
PLAN

A2-2
2505

27,506 SF

SECOND FLOOR PLAN



WEDGEWOOD

Suites Hotel

SHILO INN
160-SUITES HOTEL
& CONVENTION CENTER

A2-3

27,506 SF

THIRD FLOOR PLAN





*Shilo Inn & Suites, Killeen, Texas*

## QUALIFICATIONS

*Shilo Inn & Suites, Killeen, Texas*

# Rodney A. Wycoff, CRE, MAI

**Rodney A. Wycoff**

**Wycoff & Company PC**
23872 Pinafore Circle
Laguna Niguel, CA 92677

(714) 714-7326 Tel
(949) 388-3522 Fax

**Education and Professional**

- BA, Calif. State University,
  San Francisco
- Member, Appraisal Institute
  (MAI)
- Counselor of Real Estate
  (CRE)

**Employment**

- Wycoff & Company PC
- Navigant Consulting, Inc
- Deloitte & Touche, LLP
- Landauer Real Estate
  Counselors
- Equitable Real Estate
  Investment Management

**Professional Associations**

- Counselors of Real Estate
- Appraisal Institute
- Orange County Board of
  Realtors

Rodney Wycoff has over 30 years of real estate consulting, valuation and management experience working with the legal community, institutional investors, pension advisors and developers.

While a *Director* with Navigant Capital Advisors, the dedicated corporate finance business unit of Naviant Consulting, Inc., he led the Real Estate Consulting and Valuation Services practice.

Rod was *Director of Valuation Services* with Deloitte & Touche for four years where he ran their real estate valuation and consulting practice in the western states.

Rod was *Managing Director* for Landauer Real Estate Counselors from 1995 - 2001 where he had led their west coast valuation, consulting and brokerage practice.

He also served as the *Regional Asset Manager* for Equitable Real Estate Investment Management where he had responsibility for their $100 billion dollar real estate portfolio.

Rod provides senior real estate industry experience to his clients. He assists them with their valuation requirements and related strategic advisory services. He has personally completed or supervised thousands of complex real estate valuation and consulting assignments involving properties located throughout the United States and the Pacific Rim.

Rod has testified on valuation issues in real estate litigation matters and has served as an advisor to clients involved in complex real estate litigation.

In addition to multiple dispute assignments where testimony was not required, Rod has testified or submitted expert testimony in California, Washington and Colorado Superior Courts as well as Bankruptcy Court in Colorado. Rod's testimony primarily relates to valuation, damages and related professional liability issues. The following comprises a representative sample:

*Shilo Inn & Suites, Killeen, Texas*

## Testimony, Affidavits and Expert Reports

- **ATA Bankruptcy**

  Provided real estate valuation services to Counsel for the DIP. Expert testimony may be required, case in progress.

- **Souper Salad Bankruptcy**

  Provided valuation consulting services regarding retail leaseholds to accept or reject. Further valuation consulting may be required, case in progress.

- **Rancho Mission Viejo**

  Rod is providing valuation consulting regarding possible eminent domain proceedings involving two proposed takings. Expert testimony will probably be required.

- **Buena Park Kmart**

  Provided valuation consulting in a partnership dissolution matter to reconcile the difference between expert opinions and recommended a settlement. The case was resolved accordingly.

- **Confidential**

  Provided real estate valuation services relative to the donation of several large development sites to a conservation trust. Expert testimony will be required.

- **Ameri-Suites Land**

  Provided real estate valuation services and expert testimony regarding a site zoned for hotel development that was being condemned by the San Diego Redevelopment Agency. The case was settled after my testimony.

- **Professional Malpractice**

  Provided valuation consulting, litigation support and expert testimony regarding appraisals prepared by a third party for their law firm client. I assisted the law firm with their defense, the case was ultimately settled.

- **Carson Development Site**

  Provided valuation consulting, a highest and best use study and expert testimony regarding this 153 acre highly contaminated urban infill site.

### Papers, Publications and Presentations
Over the past 20 years, Rod has been a frequent speaker on real estate valuation issues.

*Shilo Inn & Suites, Killeen, Texas*

## ALLOCATION OF VALUE CONCLUSION

*Shilo Inn & Suites, Killeen, Texas*

## ALLOCATION OF VALUE CONCLUSION

The value conclusion as of September 19, 2007 has been allocated as to two major components as explained below. Please be advised that the results of this allocation are not intended to reflect the independent value of these components but rather to estimate their contributory value to the property.

The allocated value for the business enterprise or going concern is best reflected by a comparison of the value conclusion as of the date of value which includes all components versus the cost approach value conclusion as of the same date which includes the same components with the exception of the business enterprise. These indicators and the resulting allocation to the business enterprise are summarized as follows:

| | |
|---|---|
| Value Conclusion | $23,060,000 |
| Less Cost Approach Conclusion | ($20,815,000) |
| Allocated Value of the Business Enterprise | $ 2,245,000 |

The allocated value of the furniture, fixtures and equipment is based on an estimate of their replacement cost adjusted to include appropriate indirect costs as reflected in the respective cost estimates. Greatest weight has been placed on the developer's estimate of $4,570,000 (rounded) versus the Marshall Valuation Service estimate of $3,314,000 (rounded) to equip and furnish both the restaurant and the hotel. The estimated cost for these items was concluded to be $4,000,000,

| | |
|---|---|
| Allocated Value - Furniture, Fixtures & Equipment | $ 4,000,000 |

*Shilo Inn & Suites, Killeen, Texas*

## ENGAGEMENT LETTER

**CATHAY BANK**

A Subsidiary of Cathay General Bancorp

# APPRAISAL ENGAGEMENT LETTER

A-T Log # **07-08-385-215**                    via Facsimile (949) 388-3522

September 6, 2007

Rodney A. Wycoff, MAI
Wycoff & Company PC
23872 Pinafore Circle
Laguna Niguel, CA 92677
(714) 745-7326

Dear Rodney A. Wycoff,

  Subject to your acceptance, this letter is your authorization to perform an appraisal of the following referenced property. Your appraisal is to fully conform to USPAP and FDIC Appraisal requirements as well as Cathay Bank's supplemental standards as set forth below.

  The intent of this letter is to form a contract for services between yourself and Cathay Bank. Any questions, modifications, or clarifications regarding this assignment are to be addressed and approved by the Appraisal Operations Department of Cathay Bank, represented by the person signing this letter. No other persons (including the "Bank Contact person" listed below) or employees of other departments of Cathay Bank are authorized to modify this agreement.

  We recognize that other appraisers may either prepare the report, or provide significant assistance in the preparation of this report. However, Cathay Bank requires that you sign both the report and the Certification as a co-preparer of the report, indicating your acceptance of full responsibility for the appraisal and the report.

## Property Information:

| Address: | 3601 W.S. Young Drive South (NWC W.S. Young Dr./Elm Road) Killeen, TX (Known as Shilo Inn Suites Hotel) |
|---|---|
| Existing Use / Intended Use: | 160-room hotel & 16,002 sq ft restaurant |
| Borrower: | Shilo Inn Killeen Inc. |
| Owner Contact: | Jeff Katzer ( 818 ) 574-3535 |
| Bank Contact: | Grace Lin (713) 278-9599 ext 7025 or 7031 |

## Specific requirements relative to this appraisal assignment:

| Scope of Work: | See Pages 2-6; Income Approach must be included |
|---|---|
| Report Format: | Self Contained Narrative |
| Interest(s) to Appraise: | Fee Simple |
| Values Requested: | (1) "As Is" Market Value of the Real Property; |

Page 1 of 8 Pages

Revised Jan. 05, 2007

# CATHAY BANK

A Subsidiary of Cathay General Bancorp

| | |
|---|---|
| | (2) Market Value of FF&E; and the |
| | (3) Business Value (chattels and Goodwill) |
| | (4) Prospective Market Value at stabilized |
| | occupancy |
| | (5) Market Value of Land (only if in a Flood |
| | Hazard Area) |
| Copies Required: | • Three Hard Copies and One electronic copy |
| | • One Additional Hard Copy (if in a Flood |
| | Hazard Area) |
| Due Date: | **October 4, 2007** |
| Fee: | **$8,500 + Travel Expenses (Not to Exceed** |
| | **$9,500 total)** |

The following shall apply to the appraisal report of the above referenced property.

The intended use of this appraisal report is to assist Cathay Bank in the evaluation of the property being appraised for real estate lending purposes. The intended users of this report are Cathay Bank, its officers, administrators, employees, lending co-participants (if any), assignees, and appropriate regulatory agencies. Please include this language or equivalent verbiage within the appraisal report (to comply with USPAP Standards Rule 1-2). The purpose of this engagement is to comply with the FDIC documentation requirements for analyzing the value of collateral for which Cathay Bank will secure a Federally Related Transaction.

Please provide the requested number of copies, each including original signatures or authorized digital signatures and color pictures of the subject (interior, exterior and street scenes) and of all comparables (rent and sales). Subject to your timely performance, as set forth above, your compliance with the terms of this engagement letter, and your compliance with any and all requests that may result from a technical, Standard-3 (USPAP) appraisal review, your fee will be paid within 30-days of our receipt of your invoice and the completed appraisal report. Your firm shall make no effort to collect the appraisal fee or any other consideration from Cathay Bank's client, the seller (if any) of the real estate, or anyone other than Cathay Bank.

It is the responsibility of the Appraiser to obtain and review all customary supporting information from either the "Bank Contact" person or the borrower. The Appraiser must inform the Cathay Bank Appraisal Operations Department of the unavailability of such information prior to the completion of the assignment. The required supporting information may include, but is not limited to the following items, as applicable: (a) Preliminary Title Report/Title Survey (b) Escrow/Sale Instructions (c) Copies of Leases (d) Rent Roll (e) Operating Statements for three (3) years (f) Building Plans (g) Cost Breakdown.

# CATHAY BANK

A Subsidiary of Cathay General Bancorp

**Appraisal Requirements:**

The appraisal report shall conform to all current USPAP and FDIC Appraisal guidelines and a statement as such should be included in your report. Your attention is particularly directed to USPAP Statement 10 relating to assignments for use by a Federally Insured Depository Institution. We also request the current standard certification set forth in accordance with Standards Rule 2-1 of USPAP, which includes, among other things, your representation and warranty to Cathay Bank that you and your firm have no present or prospective financial interest or ownership interest in this or any other property that may directly benefit you if the Bank was to make the loan on subject property.

Regardless of the format being used, the report shall conform to the FDIC Appraisal Guidelines, and the minimum reporting requirements of USPAP. Narrative reports should follow the general form outlined in The Appraisal of Real Estate, latest edition, published by the Appraisal Institute. Appraisals completed on the UCIAR form should be completed in accordance with the guidelines published by the Appraisal Foundation.

Please incorporate a complete copy of this Engagement Letter into the Appraisal Report to insure that there will be no misunderstandings (by any third party reader) as to the original client, intended use, and scope of this assignment.

**Scope of Work**

The appraisal report must:

1. state that Cathay Bank is the client, and that Cathay Bank's officers, administrators, employees, lending co-participants (if any), assignees, and appropriate regulatory agencies are the intended users of the report;
2. state that the intended use of the appraisal report is for loan analysis and underwriting purposes;
3. include the complete definition of Market Value (as set forth in 12 C.F.R. 225.62(g)) in the body of the appraisal;
4. describe information sufficient to identify the real estate involved in the appraisal, including the physical and economic property characteristics relevant to the assignment;
5. state the real property interest appraised;
6. state the purpose of the appraisal, including the type and definition of value and its source;
7. state the effective date of the appraisal and the date of the report;
8. describe sufficient information to disclose to Cathay Bank and any intended users of the appraisal the scope of work used to develop the appraisal;
9. state all assumptions, hypothetical conditions, and limiting conditions that affected the analyses, opinions, and conclusions;
10. describe the information analyzed, the appraisal procedures followed, and the reasoning that supports the analyses, opinions, and conclusions;
11. state the use of the real estate existing as of the date of value, and the use of the real estate reflected in the appraisal; and, when the purpose of the assignment is market value, describe the support and rationale for the appraiser's opinion of highest and best use of the real estate;
12. state and explain the reason(s) for excluding any of the usual valuation approaches;

Page 3 of 8 Pages

**CATHAY BANK**
A Subsidiary of Cathay General Bancorp

13. Include a signed certification in accordance with USPAP Standards Rule 2-3;
14. Determine whether any portion of the subject property site is located within a Special Flood Hazard Area (zones containing the letters "A" or "V"); and
15. If any portion of the subject property site is located within a Special Flood Hazard Area (zones containing the letters "A" or "V"), then the appraiser must provide a conclusion of the market value of the land that comprises the subject real estate. This "Land" value will be utilized by the Bank in determining the amount of National Flood Insurance to require.

In determining the appropriate scope of work for the assignment, the appraiser shall include all approaches to value (i.e., the Cost Approach, Income Approach and Direct Sales Comparison Approach) applicable to the complexity of the property type, market conditions and the intended use and function of the appraisal. Should the appraiser determine that either the Cost Approach or the Income Approach to Value are not applicable, please address specific reasons for not utilizing that specific approach in the appraisal. All appraisals must contain a Direct Sales Comparison Approach to value.

This report must be sufficiently descriptive so that we are able to ascertain the estimated market value and are able to follow your rationale in estimating the market value, and be adequately detailed to reflect the complexity of the real estate appraised.

**"As-Is Value":** In accordance with FDIC Appraisal guidelines, and USPAP Statement 10, all reports shall contain an estimate of the "As-Is" value of the subject property as of the date of inspection. Market Value "As-Is" means an estimate of the market value of a property in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date of inspection.

**Table of Contents:** All narrative reports shall contain a Table of Contents.

**Interest(s) Appraised:** The report shall identify the property interest appraised, as well as each appropriate date(s) of value.

**Property Description:** A legal description of the real estate being appraised shall be included in addition to the property identification required by USPAP. The report shall describe the existing and proposed improvements, provide construction costs, timing, and a construction budget for all proposed improvements, address the quality and condition of the subject, identify and describe any items of deferred maintenance, economic or functional obsolescence, and state the actual (chronological) age, estimated effective age, and estimated remaining economic life of the improvements.

**Improvement Sketch:** An improvement sketch or plan reductions must be included with the appraisal report. The sketch must include legible measurements such that calculation of the building area may be independently verified.

Page 4 of 8 Pages

**CATHAY BANK**
A Subsidiary of Cathay General Bancorp

document number and economic aspects of the comparable (actual or proforma). For all data, source and specific verification information including the name of the party contacted and their relationship to the transaction shall be reported. If a Self-Contained report, detail sheets shall be included for all data. If a Summary report, data may be provided in tabular or summary narrative format.

**Data Analysis:** All appraisals must contain sufficient information so that the appraiser's logic, reasoning, judgment and analysis in arriving at a conclusion are clear to the reader. All datum sets shall include a minimum of five "Comparables," of which three shall be specific closed transactions. All comparable data should be summarized in tabular format and adjustment grids should be used whenever adjustments are made in land valuation, rental analysis, and improved property valuations. Adjustments should be made in accordance with accepted professional practice. Each adjustment should be supported in the narrative. If possible, support should be quantitative and market derived. However in all cases, the appraiser must present the basis for the adjustment that she/he believes to be reasonable based upon her/his judgment.

**Financial Analysis:** All projections of income and vacancy factors should be well supported by market data. The report must contain and reconcile the subject's historical (past 3-years) and current income and operating expenses, and reconcile them with the appraiser's forecast of income and expenses. Forecasts of operating expenses should be also be supported by market comparables and industry standards (BOMA, IREM, broker and investor surveys, etc.). Projections of overall capitalization and/or yield (discount) rates should be appropriately supported by specific market comparable data and other appropriate methodologies. **All appraisals of income properties that are either not currently at "stabilized" occupancy or that are not currently achieving the appraiser's forecasted net operating income must contain a discounted cash flow analysis in addition to valuation by direct capitalization.**

**Deductions and Discounts:** If applicable, the appraisal shall report and analyze appropriate deductions and discounts (as of the date of the appraisal) for any proposed construction or any completed properties that are partially leased or leased at other than market rents or any tract developments with unsold units. Discount rates applied to cash flows and estimates of reversion should be derived from specific market data. Information in the real estate and capital markets, surveys of investor opinion and yield indices are also helpful in the rate selection process.

**Other Assets:** All appraisals must identify and separately value any personal property, trade fixtures, going-concern value, or other intangible items that are not considered real property but are included in the appraisal. Also the appraisal should discuss the impact of their inclusion or exclusion on the estimate of market value.

**Confidentiality:** You must not use or disclose any nonpublic personal customer information that you receive from Cathay Bank or on our behalf other than to carry out the purposes for which such information is received. You must comply in all respects with all applicable requirements of Title V of the Gramm-Leach-Bliley Act of 1999 and its implementing regulations. You agree to maintain absolute client confidentiality and privacy at all times with regard to this assignment without conflict

T-11 07-08-385-215.doc

Revised Jan. 05, 2007

**CATHAY BANK**
A Subsidiary of Cathay General Bancorp

of interest.

**Delivery:** You are to deliver or ship the hard-copy originals of the report only as follows **(with no exceptions)**; Two (2) hard-copies of the report **(and the invoice for services)** are to be delivered to:

Attn Grace Lin
Cathay Bank
9440 Bellaire Blvd., Suite 118
Houston, Texas 77036

**One (1)** hard-copy **(Two Copies if in Flood Hazard Area)** of the report is to be delivered to:

Attn: Appraisal Operations Department
Cathay Bank
777 N. Broadway, Mail-Code HS-09
Los Angeles, CA 90012

The **electronic copy** of the report is to only be sent to:

**appraisaloperations@cathaybank.com**
**(WITH NO EXCEPTIONS)**:

      Your appraisal may undergo review per USPAP Standards Rule 3.1. Thus, you may be contacted by either the undersigned or an internal or external Review Appraiser regarding the appraisal. Cathay Bank requires you to promptly address and respond to any issues raised in the review process, and your prompt cooperation with the Review Appraiser and Review Process is considered an integral part of this appraisal assignment. Our primary concern is that the report complies with FDIC Appraisal regulations as well as USPAP standards, and that the final value is reasonable and well supported.

      If this engagement is acceptable, please complete and sign the acknowledgment at the end of this letter and return the acknowledgement to this office within two working days of the date of this request or the assignment may be canceled automatically and this authorization will be unenforceable on Cathay Bank. Please contact the undersigned immediately, if you have any difficulty completing this assignment by the deadline set forth.

T-11 07-08-385-215.doc

Revised Jan. 05, 2007

**CATHAY BANK**

A Subsidiary of Cathay General Bancorp

Thank you very much for your assistance and timely response.

Sincerely,

T. Robert Jackson Jr.
Vice President, Chief Appraiser
Appraisal Operations Department
Address: 777 N Broadway, Mail Code HS-09, Los Angeles, CA 90012-2376
Telephone: (213) 625-4746    Facsimile: (213) 346.3739

rc

---

## ACKNOWLEDGEMENT

**Appraisal Transaction # 07-08-385-215**

The undersigned real estate appraiser has read the above Appraisal Engagement offer from Cathay
Bank, and hereby agrees to accept the offer.

Executed this 7th day of September , 2007

Firm: Wycoff & Company PC          by: Rodney A. Wycoff
                                        Print Name

_R. A. Wycoff_
Signature

*Please FAX a signed copy of this acceptance to Appraisal Operations at (213) 346.3739. Please
send the electronic copy of the appraisal report to: appraisaloperations@cathaybank.com*

Page 8 of 8 Pages

T-11 07-08-385-215.doc

Revised Jan. 05, 2007

Addendum to Appraisal Engagement Letter
September 6, 2007
Shilo Inn & Suites
3601 W.S. Young Drive South
Killeen, TX

The appraiser will attempt to meet the requested October 4, 2007 due date. Due to the
appraiser's prior commitments, it is agreed that the due date may be extended to October
12, 2007 if necessary.

Rodney A. Wycoff

**EXHIBIT "2"**

B6B (Official Form 6B) (12/07)

In re   **Shilo Inn, Killeen, LLC**                                      Case No. _____

                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | **1,500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating bank account** | - | **14,226.24** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with Atmos Energy** | - | **955.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >        **16,681.24**
                                                                   (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Shilo Inn, Killeen, LLC**                                                    Case No. _____

                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >          **0.00**
                                                                  (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Shilo Inn, Killeen, LLC**                                          Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Franchise agreement with Shilo Franchise International, LLC** | - | **Unknown** |
| | | **Management agreement with Shilo Management Corporation** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings and supplies (book value)** | - | **713,704.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **FF&E related to business operations (book value)** | - | **1,484,473.00** |
| 30. Inventory. | | **Linens and guest supplies (book value)** | - | **39,287.12** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **2,237,464.12** |
| (Total of this page) | |
| Total > | **2,254,145.36** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# EXHIBIT "3"

```
JOB  HKI BSDET                              SHILO INN, KILLEEN, LLC
ROUNDING-        1                     BALANCE SHEET--INCOME TAX-BASIS
COMPANY- KI  SHILO INN, KILLEEN, LLC    PERIOD ENDING  9/30/10 ¹ (UNAUDITED)
DEPT  -  0       SHILO INNS B/S
```

ASSETS

| | BOOK VALUE | | MARKET VALUE |
|---|---|---|---|
| CURRENT ASSETS | | | |
| CASH | | | |
| 101002 CASH ON HAND | 1,500 | | 1,500 |
| 101003 CASH - BANK GENERAL | 57,575 | | 57,575 |
| 103000 CASH-A/P DISBURSEMENTS | (3,965) | | (3,965) |
| TOTAL CASH | 55,110 | | 55,110 |
| | | | |
| ACCOUNTS RECEIVABLE | | | |
| 108001 A/R - TRADE | 151,759 | | 151,759 |
| 108003 ACCOUNTS RECEIVABLE - OTHER | 128,648 | | 128,648 |
| 110000 RESTAURANT INTER-COMPANY | 54,351 | | 54,351 |
| TOTAL ACCOUNTS RECEIVABLE | 334,758 | | 334,758 |
| | | | |
| TOTAL CURRENT ASSETS | 389,867 | | 389,868 |
| | | | |
| FIXED ASSETS | | | |
| 150050 WORK IN PROCESS | 2,000 | | |
| 151001 LAND | 973,875 | | |
| 151501 LAND IMPROVEMENTS | 1,125,554 | | |
| 152000 BUILDING FEES | 280,166 | | |
| 152001 BUILDING | 8,192,508 | | |
| 153001 FURNITURE | 1,715,559 | | |
| 153002 FIXTURES & EQUIPMENT | 3,572,153 | | |
| 153003 RESTAURANT EQUIPMENT | 615,078 | | |
| 154001 SIGNS | 12,972 | | - |
| TOTAL GROSS FIXED ASSETS | 16,489,866 | | 23,850,000 |
| 160001 ACCUMULATED DEPR & AMORT | (5,424,111) | | |
| 160002 ACCUMULATED AMORTIZATION | (144,550) | | - |
| TOTAL FIXED ASSETS ² | 10,921,205 | | 23,850,000 |
| | | | |
| OTHER ASSETS | | | |
| 140001 PREPAID INSURANCE | 37,388 | | 37,388 |
| 140004 PREPAID PROPERTY TAXES | 53,444 | | 53,444 |
| 140050 PREPAID - OTHER | 13,738 | | 13,738 |
| 190002 LOAN FEES | 420,454 | | 420,454 |
| 190501 LINENS | 162,810 | | 162,810 |
| 190602 UTILITY DEPOSITS | 955 | | 955 |
| 190901 START-UP EXPENSE | 812,320 | | 812,320 |
| 191001 SUSPENSE | (6,488) | | (6,488) |
| TOTAL OTHER ASSETS | 1,494,620 | | 1,494,621 |
| | | | |
| TOTAL ASSETS | 12,805,692 | | 25,734,489 |

```
JOB HKIBSDET                                SHILO INN, KILLEEN, LLC
ROUNDING-        1                      BALANCE SHEET--INCOME TAX-BASIS
COMPANY- KI  SHILO INN, KILLEEN, LLC       PERIOD ENDING  9/30/10 ¹ (UNAUDITED)
DEPT  -  0        SHILO INNS B/S
```

|  | BOOK VALUE |  | MARKET VALUE |
|---|---|---|---|
| **LIABILITIES AND EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| 200101 CURRENT MATURITY L-T DEBT | 290,612 | | 290,612 |
| **ACCOUNTS PAYABLE** | | | |
| 2100TA A/P - T/A REIMBURSEMENTS | 2,372 | | 2,372 |
| 210001 ACCOUNTS PAYABLE - TRADE | 1,095,872 | | 1,095,872 |
| 210003 A/P-SFI (GIFT CARDS) | 2,819 | | 2,819 |
| 210005 A/P - TRAVEL AGENT | 30,327 | | 30,327 |
| 210009 ACCOUNTS PAYABLE - OTHER | 22,441 | | 22,441 |
| 210017 A/P - SHILO MANAGEMENT | 2,249 | | 2,249 |
| 210020 A/P - LENDING POOL | 11,500 | | 11,500 |
| TOTAL ACCOUNTS PAYABLE | 1,167,580 | | 1,167,580 |
| **ACCRUED EXPENSES** | | | |
| 220000 SALARIES & WAGES PAYABLE | 36,602 | | 36,602 |
| 240002 INSURANCE PAYABLE | 33,829 | | 33,829 |
| 240003 INTEREST PAYABLE | 73,093 | | 73,093 |
| 240004 PROPERTY TAXES PAYABLE | 213,817 | | 213,817 |
| 240008 SALES TAXES PAYABLE | 23,885 | | 23,885 |
| TOTAL ACCRUED EXPENSES | 381,226 | | 381,226 |
| TOTAL CURRENT LIABILITIES | 1,839,418 | | 1,839,418 |
| **L-T LIABILITIES** | | | |
| 250001 L-T DEBT LESS CURRENT MATURITY | (290,612) | | (290,612) |
| 260001 N/P-PRIMARY MORTGAGE | 14,671,716 | | 14,671,716 |
| 260075 LONG TERM NOTES PAYABLE | 200,000 | | 200,000 |
| TOTAL L-T LIABILITIES | 14,581,104 | | 14,581,104 |
| **EQUITY** | | | |
| 300101 MSH CAPITAL | (2,289,045) | | 10,639,751 |
| 300102 MSH ADVANCES | 1,529,682 | | 1,529,682 |
| 300103 MSH DRAWS | (2,110,567) | | (2,110,567) |
| 305500 CURRENT YEAR PROFIT & LOSS | (744,899) | | (744,899) |
| TOTAL EQUITY | (3,614,830) | | 9,313,967 |
| TOTAL LIABILITIES AND EQUITY | 12,805,692 | | 25,734,489 |

☐
NOTES:
INTERNALLY PREPARED ON INCOME TAX-BASIS
1) 2009 YEAREND ENTIRES ARE NOT YET COMPLETE AND ARE NOT EXPECTED TO BE MATERIAL.
2) MARKET VALUE OF HOTEL REFLECTS THE FAIR MARKET VALUE AS OF BALANCE SHEET DATE.

**EXHIBIT "4"**

### *Shilo Inn Killeen,* LLC
**PROFORMA OPERATING STATEMENT PREPARED ON CASH FLOW BASIS**
**First Four Weeks December 6, 2010 to December 31, 2010**

| | Cash Flow Work Sheet -- First 28 Days | | | | |
|---|---|---|---|---|---|
| | Week 1 Dec 6-Dec 12 Payroll [1] | Week 2 Dec 13-19 | Week 3 Dec 20-26 Payroll [1] | Week 4 Dec 27-31 | Total First 4 Weeks |
| **AVAILABLE ROOMS** | 1,120 | 1,120 | 1,120 | 1,120 | 4,480 |
| **ROOMS SOLD** | 550 | 705 | 470 | 425 | 2,150 |
| **COMP ROOM NIGHTS** | 5 | 5 | 5 | 5 | 20 |
| **TOTAL ROOMS OCCUPIED** | 555 | 710 | 475 | 430 | 2,170 |
| **AVERAGE DAILY RATE** | $87.13 | $88.19 | $85.65 | $85.29 | $86.83 |
| **AVERAGE DAILY RATE (incl comps)** | $86.35 | $87.57 | $84.95 | $84.30 | $86.03 |
| **OCCUPANCY % (rooms sold)** | 49.1% | 62.9% | 42.0% | 37.9% | 48.0% |
| **OCCUPANCY % (incl comps)** | 49.6% | 63.4% | 42.4% | 38.4% | 48.4% |
| **REVENUE PER AVAILABLE ROOM** | $42.79 | $55.51 | $36.03 | $32.36 | $41.67 |
| **DEPARTMENTAL REVENUE** | | | | | |
| ROOMS | 47,922 | 62,174 | 40,350 | 36,248 | 186,693 |
| MISCELLANEOUS [2] | 925 | 1,200 | 800 | 725 | 3,650 |
| OCCUPANCY/SALES TAX COLLECTIONS [3] | 3,419 | 4,436 | 2,880 | 2,588 | 13,324 |
| **GROSS REVENUE AND CASH INCOME** | 52,266 | 67,810 | 44,030 | 39,561 | 203,667 |
| **COST OF GOODS / SERVICES SOLD** | | | | | |
| ROOMS [4] | 27,529 | 22,030 | 25,202 | 7,000 | 81,761 |
| MISCELLANEOUS | 0 | 25 | 2,353 | 0 | 2,378 |
| **TOTAL COST OF GOODS / SERVICES SOLD** | 27,529 | 22,055 | 27,555 | 7,000 | 84,138 |
| **DEPARTMENTAL PROFIT** | | | | | |
| ROOMS | 20,392 | 40,144 | 15,148 | 29,248 | 104,932 |
| MISCELLANEOUS | 3,419 | 4,436 | 2,880 | 2,588 | 13,324 |
| **GROSS PROFIT** | 24,737 | 45,755 | 16,475 | 32,561 | 119,528 |
| **GEN & ADMIN EXPENSE AND OTHER CASH OUTFLOWS** | | | | | |
| ADVERTISING & PROMOTION | 2,514 | 0 | 2,514 | 0 | 5,029 |
| PROPERTY MAINTENANCE | 3,596 | 2,022 | 6,834 | 1,576 | 14,030 |
| GENERAL & ADMINISTRATIVE | 4,963 | 0 | 4,963 | 1,335 | 11,300 |
| UTILITIES | 0 | 17,000 | 5,234 | 0 | 22,234 |
| INSURANCES | 3,418 | 4,984 | 0 | 0 | 8,402 |
| SECURED PROPERTY TAX | 0 | 0 | 0 | 0 | 0 |
| FRANCHISE FEES [5] | 0 | 0 | 8,650 | 0 | 8,650 |
| SMC MANAGEMENT FEE [5] | 0 | 0 | 0 | 2,300 | 2,300 |
| RESTAURANT SHORT-FALL | 0 | 0 | 0 | 0 | |
| OCCUPANCY TAX (postmark before month-end) [3] | 0 | 0 | 0 | 19,250 | 19,250 |
| **TOTAL GENERAL & ADMINISTRATIVE EXPENSES AND OTHER CASH OUTFLOWS** | 14,513 | 24,006 | 28,215 | 24,460 | 91,194 |
| **NET CASH FLOW FROM OPERATIONS [6]** | 10,223 | 21,749 | (11,740) | 8,101 | 28,334 |
| | 19.6% | 32.1% | -26.7% | 20.5% | 13.9% |
| **Cash Beginning of Period** | - | 10,223 | 31,972 | 20,233 | |
| Change in period [7] | 10,223 | 21,749 | (11,740) | 8,101 | |
| **Cash End of Period** | 10,223 | 31,972 | 20,233 | 28,334 | |
| **Trade Accounts Receivable Beginning of Period [8]** | 82,656 | 82,656 | 82,656 | 82,656 | |
| Change in period [8] | - | - | - | - | |
| **Trade Accounts Receivable End of Period** | 82,656 | 82,656 | 82,656 | 82,656 | |
| **Inventory Beginning of Period** | 39,287 | 39,287 | 39,287 | 39,287 | |
| Change in period [8] | - | - | - | - | |
| **Inventory End of Period** | 39,287 | 39,287 | 39,287 | 39,287 | |
| **FF&E (Book Value) Beginning of Period** | 2,198,177 | 2,198,177 | 2,198,177 | 2,198,177 | |
| Change in period [9] | - | - | - | - | |
| **FF&E End of Period** | 2,198,177 | 2,198,177 | 2,198,177 | 2,198,177 | |
| **Real Property (FMV) Beginning of Period** | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | |
| Change in period [9] | - | - | - | - | |
| **Real Property (FMV) End of Period** | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | |
| **TOTAL ALL ASSETS - END OF PERIOD** | 22,330,344 | 22,352,093 | 22,340,353 | 22,348,454 | |

**Notes:**

1) Pay dates are December 8 and 22. Payroll expense is included in Rooms, A&G, Sales, & Maintenance departments as appropriate.

2) Miscellaneous does not include restaurant rent for the four week period presented.

3) City of Killeen occupancy tax payments are estimated at 7% of revenue and payments are from the prior month's receipts. Payment on December 30, 2010 is for November receipts and is estimated at $19,250

4) Rooms Department includes additional $5,000/week of expenses for unplanned but necessary expenditures

5) Franchise fee is 4% of prior month's total revenue. $3,200 shown under Management Fee is for payroll pass-through expense

6) Shilo Franchise International, LLC has agreed to extend up to $100,000 in short-term DIP financing, if needed

7) Any cash short-falls would be made up by loans from SFI, if needed

8) Balances as of 11/30/10. Net change of paid A/R & new billings, and consumption & purchases of inventory is assumed to be zero in each period.

9) No changes are planned for FF&E or Real Property in the short term.

**EXHIBIT "5"**

1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   dbg@lnbyb.com
2  J.P. FRITZ (State Bar No. 245240)
   jpf@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
4  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
5  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
6
7  Proposed Attorneys for Debtor and Debtor in Possession

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11  In re:                                 ) **Case No.:** 2:10-bk-62057-VZ
                                           )
12  **SHILO INN, KILLEEN, LLC,**           ) **Chapter 11 Case**
                                           )
13                                         )
        Debtor and Debtor in Possession,   )
14                                         )
                                           ) **TERM SHEET FOR POST-**
15                                         ) **PETITION FINANCING**
                                           )
16                                         )
17                                         )
18                                         )
19                                         )
20  _____)
21
22
23       This Term Sheet for Post-Petition Financing ("Term Sheet") is entered into by and

24  between Shilo Inn, Killeen, LLC, debtor and debtor in possession in the above-referenced

25  Chapter 11 bankruptcy case ("Debtor"), and Shilo Franchise International, LLC ("Lender"),

26  with respect to the following:

27

28

**RECITALS**

1.      The Debtor commenced its Chapter 11 bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on December 6, 2010. The Debtor is operating its business and managing its financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2.      The Debtor has advised Lender that, notwithstanding its use of cash collateral, the Debtor requires post-petition financing to allow the Debtor to meet certain expenses relating to the operation of its business.

3.      Lender has agreed to provide post-petition financing to the Debtor on a secured basis in accordance with the terms and conditions set forth below.

**AGREEMENT**

A.      Lender shall provide a working line of credit to the Debtor in the amount of $100,000 (the "Line of Credit");

B.      The outstanding amount due and owing pursuant to the Line of Credit shall accrue interest at the rate of 5% per annum;

C.      The Line of Credit shall be used solely for the post-petition obligations of the Debtor.

D.      The outstanding amount under the Line of Credit shall be due and payable in full on the earlier of (the "Payment Due Date"): (i) the effective date of any confirmed plan of reorganization; (ii) appointment of Chapter 11 Trustee; (iii) conversion of this case to one under Chapter 7 of the Bankruptcy Code; or (iv) dismissal of the case. Notwithstanding the Payment Due Date, the parties may extend the term of the Line of Credit by in writing executed by all parties hereto without further order of the Court or a hearing.

1    E.    The Line of Credit shall be secured by perfected liens on all assets of the

2    Debtor (except any avoidance actions arising under Bankruptcy Code Sections 544, 545, 546,

3    547, 548, 549, 550 or any similar provisions of the Bankruptcy Code), but junior to valid and

4    perfected security interests in existence on the Petition Date, pursuant to 11 U.S.C. §

5    364(c)(3), and junior to the administrative expense claims of Debtor's professionals employed

6    pursuant to order of the Bankruptcy Court.

7

8    F.    Nothing contained in this Term Sheet and the order approving the proposed

9    financing shall be deemed or construed to waive, reduce, or otherwise diminish the rights and

10   claims of Lender against the Debtor or other third party.

11   G.    This Term Sheet is subject to approval of the Bankruptcy Court. The Debtor

12   shall promptly submit this Term Sheet and use best efforts to obtain approval thereof.

13

14   Dated: December 6, 2010                SHILO INN, KILLEEN, LLC, Debtor and
                                            Debtor in Possession

15

16                                          By: _____
                                                Shilo Management Corporation, Manager
17                                                  By:  Mark S. Hemstreet
                                                        Its:  President
18

19   Dated: December 6, 2010                SHILO FRANCHISE INTERNATIONAL, LLC,
                                            Lender
20

21                                          By: _____
22
                                                By:  Mark S. Hemstreet
23                                                  Its:  President

24

25

26

27

28

3

**EXHIBIT "A"**

## Killeen Utility Invoices

| Vendor Name | Account No. | Property | August | September | October | November | Average |
|---|---|---|---|---|---|---|---|
| Atmos Energy | 2328142 | Killeen | | $ 1,837.82 | $ 2,883.66 | $ 2,281.18 | $ 2,334.22 |
| City of Killeen | 172755130590 | Killeen | $ 1,338.88 | $ 1,338.88 | $ 1,343.88 | | $ 1,340.55 |
| City of Killeen | 129619120984 | Killeen | $ 5,364.69 | $ 4,600.30 | $ 3,640.47 | | $ 4,535.15 |
| City of Killeen | 129619128706 | Killeen | $ 871.59 | $ 302.11 | $ 350.45 | | $ 508.05 |
| CenturyLink (was Embarq) (MODEM) | 254-200-4510-359 | Killeen | | $ 151.77 | $ 196.62 | $ 152.65 | $ 167.01 |
| Qwest Business Svc | 73928761 | Killeen | | $ 1,046.71 | $ 1,573.31 | $ 1,110.76 | $ 1,243.59 |
| TXU Electric | 900042198660 | Killeen | | $ 14,223.67 | $ 12,184.84 | $ 5,371.56 | $ 10,593.36 |
| Time Warner Cable* | 310764401 | Killeen | | | $ 1,056.71 | $ 979.64 | $ 1,018.18 |

*The Time Warner Cable contract went into effect on September 20, 2010. Accordingly, the Debtor has invoices for the past two months only.

# EXHIBIT "B"


**energy.**

Emergency Telephone      1-866-322-8667
Customer Service          1-888-286-6700
atmosenergy.com

SEP 2 4 2010


USAGE COMPARISON

| DATE OF SERVICE | | METER READING | |
|---|---|---|---|
| FROM | TO | PREVIOUS | PRESENT |
| 08/23/10 | 09/17/10 | 2246.2 | 2455.8 |

RATE CODE                    C020
USAGE IN MCF:               209.6

**Customer Number:** 002328142 | 09/0
**Customer Name:** SHILO INN KILLEEN LLC
**SRVC Address:** 3701 S W S YOUNG DR
KILLEEN TX
**Account Number:** 80-002328142-1733353-0
**Meter Serial #:** 000637210
**Billing Date:** 09/20/10
**PAST DUE AFTER** 10/05/10

## BILLING INFORMATION:

| | |
|---|---:|
| **PREVIOUS BALANCE** | 2458.38 |
| | |
| **CURRENT GAS CHARGE TOTAL** | 1564.89 |
| CUSTOMER CHARGE | 13.50 |
| CONSUMP CHRG 209.6 @ 0.98770 | 207.02 |
| RIDER GCR 209.6 @ 6.41400 | 1344.37 |
| | |
| **TAX/FEE CHARGE TOTAL** | 272.93 |
| COUNTY SALES TAX @ 0.00500 | 8.49 |
| STATE SALES TAX @ 0.06250 | 106.11 |
| RIDER FF @ 0.06324 | 98.96 |
| CITY SALES TAX @ 0.01500 | 25.47 |
| RIDER TAX @ 0.02037 | 33.90 |
| | |
| **CURRENT CHARGES** | 1837.82 |
| | |
| **TOTAL AMOUNT DUE** | 4296.20 |

### IMPORTANT MESSAGES:
HELP FOR MANAGING YOUR ENERGY USE
Atmos Energy has online tools and information to help you
manage your energy use and to control your energy costs.
Now is also the best time to make improvements around the
house that can lower your energy consumption year-round.
For information about saving money on your energy bills, go
to www.atmosenergy.com/energytips.

CALL US IMMEDIATELY IF YOU SMELL GAS
If you suspect a natural gas leak, take these precautions:
SMELL for a 'rotten egg' odor. LISTEN for an unusual hissing
or blowing sound. LOOK for blowing dirt, a bubbling creek or
dry spots in moist areas. LEAVE the area immediately. DO
NOT smoke, use any telephone, turn on or off appliances or
operate vehicles or equipment that could cause sparks. If you
suspect a gas leak, don't wait! Call us at 1-866-322-8667.

For information about your bill, go to www.atmosenergy.com/bill.

K 1
Vendor # 31582

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5410 | 1837.82 | | |
| 08/23-09/17/10 | | | |
| | | TOTAL | 1837.82 |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

IF BILL IS NOT PAID BY DUE DATE A PENALTY
(IF APPLICABLE) WILL APPEAR ON YOUR NEXT BILL

# atmosenergy.com



**ATMOS**
energy.

OCT 2 2 2010

Emergency Telephone        1-866-322-8667
Customer Service          1-888-286-6700
atmosenergy.com

| **Customer Number:** | 002328142 |
|---|---|
| Customer Name: | SHILO INN KILLEEN LLC |
| SRVC Address: | 3701 S W S YOUNG DR |
| | KILLEEN TX |
| Account Number: | 80-002328142-1733353-0 |
| Meter Serial #: | 000637210 |
| Billing Date: | 10/19/10 |
| PAST DUE AFTER | 11/03/10 |

### USAGE COMPARISON

| DATE OF SERVICE | | METER READING | |
|---|---|---|---|
| FROM | TO | PREVIOUS | PRESENT |
| 09/17/10 | 10/18/10 | 2455.8 | 2800.5 |

RATE CODE          C020
USAGE IN MCF:        344.7

**BILLING INFORMATION:**

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 4296.20 |
| PAYMENT RECEIVED 24-SEP-2010 | 2458.38 | |
| | | |
| CURRENT GAS CHARGE TOTAL | | 2455.43 |
| CUSTOMER CHARGE | 13.50 | |
| CONSUMP CHRG 344.7 @ 0.98770 | 340.46 | |
| RIDER GCR 344.7 @ 6.09650 | 2101.47 | |
| | | |
| TAX/FEE CHARGE TOTAL | | 428.23 |
| COUNTY SALES TAX @ 0.00500 | 13.32 | |
| STATE SALES TAX @ 0.06250 | 166.50 | |
| RIDER FF @ 0.06324 | 155.27 | |
| CITY SALES TAX @ 0.01500 | 39.96 | |
| RIDER TAX @ 0.02037 | 53.18 | |
| | | |
| CURRENT CHARGES | | 2883.66 |
| | | |
| TOTAL AMOUNT DUE | | 4721.48 |

**IMPORTANT MESSAGES:**

IN HARD TIMES, YOU CAN MAKE A DIFFERENCE
   Each winter, there are people in your community who need a helping hand to stay warm. And each winter, Atmos Energy's Sharing the Warmth program is there to offer help. See the enclosed insert to find out how easy it is for you to make a big difference in your community.

IMMEDIATE ASSISTANCE AVAILABLE
   Right now, additional funds are available to help people on limited incomes to pay their utility bills and to weatherize their homes. To learn if you qualify, call toll-free 211 for utility bill assistance or weatherization assistance or visit www.atmosenergy.com to find a local energy assistance agency near you.

For information about your bill, go to www.atmosenergy.com/bill

Vendor # 3157 2

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5410 | 2883.66 | | |
| 09/17 -10/18/10 | | | |
| | | TOTAL | 2883.66 |

IF BILL IS NOT PAID BY DUE DATE A PENALTY
(IF APPLICABLE) WILL APPEAR ON YOUR NEXT BILL

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

# atmosenergy.com



**ATMOS**
energy.

Emergency Telephone     1-866-322-8667
Customer Service          1-888-286-6700
atmosenergy.com

| Customer Number: | 002328142/ |
|---|---|
| Customer Name: | SHILO INN KILLEEN LLC |
| SRVC Address: | 3701 S W S YOUNG DR |
| | KILLEEN TX |
| Account Number: | 80-002328142-1733353-0 |
| Meter Serial #: | 000637210 |
| Billing Date: | 11/17/10 |
| PAST DUE AFTER | 12/02/10 |

## BILLING INFORMATION:



| DATE OF SERVICE | | METER READING | |
|---|---|---|---|
| FROM | TO | PREVIOUS | PRESENT |
| 10/18/10 | 11/16/10 | 2800.5 | 3077.3 |

RATE CODE                    C020
USAGE IN MCF:                276.8

| | |
|---|---|
| PREVIOUS BALANCE | 4721.48 |
| PAYMENT RECEIVED 29-OCT-2010 | 1837.82 ✓ |
| | |
| CURRENT GAS CHARGE TOTAL | 1942.40 |
| CUSTOMER CHARGE | 13.91 |
| RIDER WNA | -15.58 |
| CONSUMP CHRG 276.8 @ 1.07960 | 298.83 |
| RIDER GCR 276.8 @ 5.94380 | 1645.24 |
| | |
| TAX/FEE CHARGE TOTAL | 338.78 |
| COUNTY SALES TAX @ 0.00500 | 10.54 |
| STATE SALES TAX @ 0.06250 | 131.71 |
| RIDER FF @ 0.06324 | 122.84 |
| CITY SALES TAX @ 0.01500 | 31.62 |
| RIDER TAX @ 0.02037 | 42.07 |
| | |
| CURRENT CHARGES | 2281.18 |
| | |
| TOTAL AMOUNT DUE | 5164.84 |

## IMPORTANT MESSAGES:
CUSTOMER CHARGE EXPLANATION
  Under settlements approved by regulators, your bill this
month reflects a customer charge of $7.15 for residential or
$13.91 for commercial, and a commodity charge per Mcf of $2.5246
for residential or $1.0796 for commercial.

For information about your bill, go to www.atmosenergy.com/bill.

IMMEDIATE ASSISTANCE AVAILABLE
  Right now, additional funds are available to help people on
limited incomes to pay their utility bills and to weatherize
their homes. To learn if you qualify, call toll-free 211
for utility bill assistance or weatherization assistance or
visit www.atmosenergy.com to find a local energy assistance
agency near you.

---

IF BILL IS NOT PAID BY DUE DATE A PENALTY
(IF APPLICABLE) WILL APPEAR ON YOUR NEXT BILL

Vendor # 31582

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 541.) | 2281.18 | | |
| 10/18 - 11/16(w) | | | |
| | | TOTAL | 2281.18 |

Manager Approval: _____  Date: ____
Corporate: _____  Date: ____

## atmosenergy.com

**ATMOS**
energy.

| PRIOR AMOUNT DUE | TOTAL AMOUNT DUE | PAST DUE AFTER |
|---|---|---|
| $2883.66 ✓ | $5164.84 | 12/02/10 |

Bill is due upon receipt.  If current bill is not paid by the due date after date, a penalty (if applicable)
will appear on your next bill.  Prior amounts already past due may result in disconnection.

Account Number:       80-002328142-1733353-0

Amount Enclosed: $    2281.18



To update your address or donate to energy assistance,
check here and complete the form on the back.

68571 1 MB 0.382  ***AUTO**MIXED AADC 760
SHILO INN KILLEEN LLC
11600 SW SHILO LN
PORTLAND OR  97225-5919

ATMOS ENERGY
PO Box 790311
St. Louis, MO 63179-0311

Please return this portion with your payment. Include your customer
number on your check or money order   If paying in person, please
bring this bill. Thank you.

76              X
* 12      290   1

0000028836600080002328142173335300005164848

# EXHIBIT "C"

RETAIN BOTTOM PORTION FOR YOUR RECORDS · MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES · OUR OFFICE IS LOCATED AT 210 WEST AVENUE C. DOWNTOWN KILLEEN

407C   P

| SERVICE ADDRESS | 3701 S WS YOUNG DR GARB2 | | | SEP 01 2010 |
|---|---|---|---|---|

| Customer ID | Location ID | CYCLE | BILL DATE | DUE DATE |
|---|---|---|---|---|
| 172755 | 130590 | 08-98 | 8/30/10 | 9/17/10 |

Last Bill Amount   1,338.88
Payments           1,338.88-
Adjustments            5.00
Balance Forward        5.00

Rate Class    : COMMERCIAL
Last payment amount/date:          1,338.88   8/20/10

| Service | Consumption | | Charge | Total |
|---|---|---|---|---|
| 3W  8 YARD 5 PICKUP | 7/30/10   8/31/10 | | 1,232.22 | 1,232.22 |
| SALES TAX | | | 101.66 | 101.66 |

Total Current Charges          1,333.88
Balance Forward                   5.00
Total Amount Due               1,338.88

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH··LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******
Friends of the Killeen Library Yard Sale
Saturday, September 11, 2010
8:00 a.m. - 2:00 p.m.
Killeen Community Center
2201 E. Veterans Memorial Blvd
Call 254-501-8994 for more information

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS · SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI********

KI          Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5420 | 1333.88 | | |
| 5868 | 5.00 | | |
| 07 30-08 31 10 | | | |
| | TOTAL 1338.88 | | |

Manager Approval: _____  Date: _____
Corporate: _____  Date: _____

RETAIN BOTTOM PORTION FOR YOUR RECORDS * MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C, DOWNTOWN KILLEEN

4046    P

SERVICE ADDRESS    3701 S WS YOUNG DR GARB2    OCT 05 2010

| Customer ID: | Location ID | CYCLE | BILL DATE | DUE DATE |
|---|---|---|---|---|
| 172755 | 130590/09 10 | 08-98 | 9/30/10 | 10/19/10 |

| Last Bill Amount | 1,338.88 |
|---|---|
| Payments | 1,338.88- |
| Adjustments | 5.00 |
| Balance Forward | 5.00 |

Rate Class    : COMMERCIAL
Last payment amount/date:    1,338.88    9/23/10

| Service | Consumption | Charge | Total |
|---|---|---|---|
| SW 8 YARD 5 PICKUP | 8/31/10  9/30/10 | 1,232.22 | 1,232.22 |
| SALES TAX | | 101.66 | 101.66 |

Total Current Charges    1,333.88
Balance Forward    5.00
Total Amount Due    1,338.88

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH·-LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE · LEAKS IN
METER BOX · YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS · SEWER PROBLEMS · MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI********

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5430 | 1333.88 | | |
| 5868 | 5.00 | | |
| 0813?-09130110 | | | |
| | | TOTAL | 1333.88 |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

**DUE DATE APPLIES TO CURRENT CHARGES ONLY**
**PAY ONLINE AT WWW.CI.KILLEEN.TX.US**
ONLINE PAYMENTS MUST BE RECEIVED BY 4:00 PM FOR SAME DAY CREDIT
OFFICE AND DRIVE-THRU PAYMENTS MUST BE RECEIVED BY 5:00 PM FOR SAME DAY CREDIT

City of Killeen/Utility Collections.

4066   P

| SERVICE ADDRESS | | 3701 S WS YOUNG DR GARB2 | | |
|---|---|---|---|---|
| Customer ID | Location ID | CYCLE | BILL DATE | DUE DATE |
| 172755 | 130590 | 08-98 | 10/29/10 | 11/19/10 |

Last Bill Amount   1,338.88
Payments           1,338.88-
Adjustments            10.00
Balance Forward        10.00

Rate Class    : COMMERCIAL
Last payment amount/date:        1,338.88   10/25/10

| Service | | Consumption | | Charge | Total |
|---|---|---|---|---|---|
| SW  SOLID WASTE | | 9/30/10  10/29/10 | | 1,232.22 | 1,232.22 |
|     SALES TAX | | | | 101.66 | 101.66 |

NOV 0 4 2010

Total Current Charges          1,333.88
Balance Forward                   10.00
Total Amount Due               1,343.88

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
   ******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
   ********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI********

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5430 | 1333.88 | | |
| 5868 | 10.00 | | |
| 09130- | 10/29/10 | | |
| | | TOTAL | 1343.88 |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

DUE DATE APPLIES TO CURRENT CHARGES ONLY
PAY ONLINE AT WWW.CI.KILLEEN.TX.US
ONLINE PAYMENTS MUST BE RECEIVED BY 4:00 PM FOR SAME DAY CREDIT
OFFICE AND DRIVE-THRU PAYMENTS MUST BE RECEIVED BY 5:00 PM FOR SAME DAY CREDIT

City of Killeen/utility collections

**EXHIBIT "D"**

RETAIN BOTTOM PORTION FOR YOUR RECORDS * MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C. DOWNTOWN KILLEEN

4294    P

| SERVICE ADDRESS | | 3701 S WS YOUNG DR | | |
|---|---|---|---|---|
| Customer ID:    Location ID | CYCLE | BILL DATE | DUE DATE | |
| 175923-120984    0810 | 08-06 | 8/27/10 | 9/16/10 | |
| Rate Class    : COMMERCIAL | | | | |
| Last payment amount/date: | | 5,517.58 | 8/20/10 | |

AUG 30 2010

| Last Bill Amount | 5,517.58 |
|---|---|
| Payments | 5,517.58- |
| Adjustments | 5.00 |
| Balance Forward | 5.00 |

| | Service Period | | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|---|---|
| W | 7/22/10 | 8/20/10 | 29 | 1553008 | 1.000 | HGAL | 60244 | 58670 | 1574 |
| | | | | | | | USAGE FOR | 8/09 | 7506 |
| W | 7/22/10 | 8/20/10 | 29 | 1550605 | 1.000 | HGAL | 203371 | 195990 | 7381 |
| | | | | | | | USAGE FOR | 8/09 | 7506 |

| Service | Consumption | Charge | Total |
|---|---|---|---|
| W    WATER | 1,574.00 | 471.07 | |
| W    WATER | 7,381.00 | 2,182.25 | |
| TOTAL WATER | | | 2,653.32 |
| WW    WASTEWATER | 8,062.50 | 2,626.07 | 2,626.07 |
| CD    DFEE-200001-350000SF    7/22/10    8/20/10 | | 80.30 | 80.30 |

| Total Current Charges | 5,359.69 |
|---|---|
| Balance Forward | 5.00 |
| Total Amount Due | 5,364.69 |

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******
Friends of the Killeen Library Yard Sale
Saturday, September 11, 2010
8:00 a.m. - 2:00 p.m.
Killeen Community Center
2201 E. Veterans Memorial Blvd
Call 254-501-8994 for more information

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI*********

C

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5425 | 2653.32 | 5768 | 5.00 |
| 5435 | 2746.37 | | |
| 08122 - 08122010 | | | |
| | | TOTAL | 5364.69 |

Manager Approval: _____    Date: _____
Corporate: _____    Date: _____

Oct 27 2010 3:30PM    KILLEEN UC                    2545263710                    P.3

UT470I07                  CITY OF KILLEEN UTILITY COLLECTIONS               10/27/10
Confidential     Account History - Consumption and Actual Charges          15:30:37

Customer ID:     175923  Name: SHILO INNS, KILLEEN, INC
Location ID:     120984  Addr: 3701 S WS YOUNG DR
Cycle/route . :   08 06    Bill type . :   CYCLE BILL
Bill date . . :  9/29/10  Prev balance:         5.00  Charges :      4560.30
Due date  . . :  10/18/10 Adj/Pmts  . :          .00  Bill amt:      4565.30
Type options, press Enter.
    5=Display

| Opt | Svc Type | Reading Type | Date | Actual Consumption | Demand Consumption | Days | Meter Number | Est Cd | Cmt Cd |
|---|---|---|---|---|---|---|---|---|---|
| _ | W | REG | 9/21/10 | 1812.00 | .00 | 32 | 1553008 | | |
| _ | W | REG | 9/21/10 | 5773.00 | .00 | 32 | 1550605 | | |

| Opt | Svc Type | Comp | Description | Billed Consumption | Amount | Rate Group | S/W |
|---|---|---|---|---|---|---|---|
| _ | PLAN | CD | CDC5 | DFEE-200001-350000SF | .00 | 80.30 | K /I/A2 | |
| _ | PLAN | W | | WATER | 1812.00 | 540.33 | K /I/A2 | |
| _ | PLAN | W | | WATER | 5773.00 | 1714.32 | K /I/A2 | |
| _ | PLAN | WW | | WASTEWATER | 6929.50 | 2225.35 | K /I/A2 | |

4560.30

F3=Exit    F6=Date   F9=Summary   F10=Budget charges   F11=Consumption   F12=Cancel

4-31423

K1    120984 0910    9/29/10

5425    2295.06        8/21-9/21/10
5435    2265.24
5868      15.00
       ─────────
        4575.30
5868   + 25.00  door hanger fee
       ─────────
        4600.30

Never rec'd bill.

RETAIN BOTTOM PORTION FOR YOUR RECORDS * MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C, DOWNTOWN KILLEEN

4341   P

| SERVICE ADDRESS | 3701 S WS YOUNG DR | | | |
|---|---|---|---|---|
| Customer ID: Location ID | CYCLE | Bill Date | DUE DATE | |
| 175923 (120984) | 08-06 | (10/28/10) | 11/18/10 | |

Rate Class     : COMMERCIAL
Last payment amount/date:        5,364.69    9/23/10

NOV 0 1 2010
Last Bill Amount    4,565.30 Pd
Payments              .00
Adjustments        35.00 pd
Balance Forward    4,600.30

| Service Period | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|
| 9/21/10 10/22/10 | 31 | 1553008 | 1.000 | HGAL | 63484 | 62056 | 1428 |
| | | | | | USAGE FOR 10/09 | | 5097 |
| 9/21/10 10/22/10 | 31 | 1550605 | 1.000 | HGAL | 213435 | 209144 | 4291 |
| | | | | | USAGE FOR 10/09 | | 5097 |

| Service | Consumption | Charge | Total |
|---|---|---|---|
| WATER | 460.65 | 138.19 | |
| WATER | 967.35 | 307.17 | |
| WATER | 1,384.19 | 413.83 | |
| WATER | 2,906.81 | 919.85 | |
| TOTAL WATER | | | 1,779.04 |
| WASTEWATER | 3,488.84 | 1,228.56 | |
| WASTEWATER | 1,661.35 | 541.69 | |
| TOTAL WASTEWATER | | | 1,770.25 |
| NON-RES DRAINAGE FEE 9/21/10 10/01/10 | | 25.90 | |
| NON-RES DRAINAGE FEE 10/01/10 10/22/10 | | 65.28 | |
| TOTAL NON-RES DRAINAGE FEE | | | 91.18 |

Total Current Charges      8,640.47
Balance Forward            4,600.30
Total Amount Due           8,240.77

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI********

| Account # | Amount | Account # 31423 |
|---|---|---|
| 5425 | 1779.04 | |
| 5435 | 1861.43 | |
| 0912 - 1022 10 | | |

TOTAL 3640.47
Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

City of Killeen/utility Collections

**EXHIBIT "E"**

RETAIN BOTTOM PORTION FOR YOUR RECORDS * MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C. DOWNTOWN KILLEEN

4295   P

AUG 3 0 2010

| SERVICE ADDRESS | 3701 S WS YOUNG DR SPR | | |
|---|---|---|---|
| Customer ID:  Location ID | CYCLE | BILL DATE | DUE DATE |
| 175923 / 128706 /ᴄᴅɪᴄ | 08-06 | 8/27/10 | 9/16/10 |
| Rate Class   : COMMERCIAL | | | |
| Last payment amount/date: | | 832.02 | 8/20/10 |

Last Bill Amount    832.02
Payments            832.02-
Adjustments            5.00
Balance Forward        5.00

| Service Period | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|
| 7/22/10  8/20/10 | 29 | 67220566 | 1.000 | HGAL | 104616 | 101713 | 2903 |
| | | | | | USAGE FOR | 8/09 | 232 |

| Service | Consumption | Charge | Total |
|---|---|---|---|
| MINIMUM WATER CHG | 20.00 | 27.64 | |
| CONSUMPTION CHG | 2,883.00 | 838.95 | |
| TOTAL IRRIGATION | | | 866.59 |

Total Current Charges        866.59
Balance Forward                5.00
Total Amount Due             871.59

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******
                Friends of the Killeen Library Yard Sale
                   Saturday, September 11, 2010
                      8:00 a.m. - 2:00 p.m.
                   Killeen Community Center
                   2201 E. Veterans Memorial Blvd
                   Call 254-501-8994 for more information        •

                ******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
          *********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI*********

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5425 | 866.57 | | |
| 5768 | 5.00 | | |
| CH22-C8320 | | | |
| | | TOTAL | 871.57 |

Manager Approval: _____   Date: ___ _____
Corporate: _____   Date: _____

RETAIN BOTTOM PORTION FOR YOUR RECORDS * MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C, DOWNTOWN KILLEEN

4302    P

SERVICE ADDRESS          3701 S WS YOUNG DR SPR

| Customer ID. | Location ID | CYCLE | BILL DATE | DUE DATE |
|---|---|---|---|---|
| 175923 | 128706 0910 | 08-06 | 9/29/10 | 10/18/10 |

Rate Class    : COMMERCIAL
Last payment amount/date:        871.59    9/23/10

| | |
|---|---|
| Last Bill Amount | 871.59 |
| Payments | 871.59- |
| Adjustments | 5.00 |
| Balance Forward | 5.00 |

| | Service Period | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|---|
| [ | 8/20/10  9/21/10 | 32 | 67220566 | 1.000 | HGAL | 105562 | 104616 | 946 |
| | | | | | | USAGE FOR  9/09 | | 543 |

| Service | Consumption | Charge | Total |
|---|---|---|---|
| [ MINIMUM WATER CHG | 20.00 | 27.64 | |
| [ CONSUMPTION CHG | 926.00 | 269.47 | |
| TOTAL IRRIGATION | | | 297.11 |

OCT 04 2010

| | |
|---|---|
| Total Current Charges | 297.11 |
| Balance Forward | 5.00 |
| Total Amount Due | 302.11 |

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI*********

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5425 | 297.11 | | |
| 5868 | 5.00 | | |
| 08/20-09/21/10 | | | |
| | | TOTAL | 302.11 |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____

City of Killeen/Utility Collections

RETAIN BOTTOM PORTION FOR YOUR RECORDS * **MAKE CHECK PAYABLE TO CITY OF KILLEEN UTILITIES** * OUR OFFICE IS LOCATED AT 210 WEST AVENUE C, DOWNTOWN KILLEEN

4342   P

| SERVICE ADDRESS | 3701 S WS YOUNG DR SPR | | | |
|---|---|---|---|---|
| Customer ID:   Location ID | CYCLE | BILL DATE | DUE DATE | |
| 175923  128706  1010 | 08-06 | 10/28/10 | 11/18/10 | |

Rate Class     : COMMERCIAL
Last payment amount/date:          302.11   10/25/10

Last Bill Amount      302.11
Payments              302.11-
Adjustments            10.00
Balance Forward        10.00

| Service Period | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|
| 9/21/10 10/22/10 | 31 | 67220566 | 1.000 | HGAL | 106613 | 105562 | 1051 |
| | | | | | USAGE FOR 10/09 | | 4 |

| Service | Consumption | Charge | Total |
|---|---|---|---|
| IRRIGATION | 339.03 | 105.63 | |
| IRRIGATION | 711.97 | 234.82 | |
| TOTAL IRRIGATION | | | 340.45 |

Total Current Charges      340.45
Balance Forward            10.00
Total Amount Due          350.45

To make credit card payments on our automated system call 254-501-7835.
CUSTOMER ID=NUMBERS BEFORE DASH--LOCATION ID=NUMBERS AFTER DASH IN ACCT ID
******PAYMENTS MUST BE MADE BY 5PM TO RECEIVE SAME DAY CREDIT******

******EMERGENCY CONTACT NUMBERS*******
DELINQUENT RECONNECTS OR EMERGENCY TURN OFF'S WHICH INCLUDE - LEAKS IN
METER BOX - YARD OR HOME, PLEASE CALL 501-7800
WATER MAIN BREAKS IN STREETS - SEWER PROBLEMS - MANHOLE OVERFLOWS. PLEASE
CALL 501-6500
*********UTILITY COLLECTIONS HOURS 8AM TO 5PM MON-FRI********

Vendor # 31423

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5425 | 340.45 | | |
| 5868 | 10.00 | | |
| 09/21 -10/22/10 | | | |
| | | TOTAL | 350.45 |

Manager Approval: _____ Date: _____
Corporate: _____ Date: _____
DUE DATE APPLIES TO CURRENT CHARGES ONLY
PAY ONLINE AT WWW.CI.KILLEEN.TX.US
ONLINE PAYMENTS MUST BE RECEIVED BY 4:00 PM FOR SAME DAY CREDIT
OFFICE AND DRIVE-THRU PAYMENTS MUST BE RECEIVED BY 5:00 PM FOR SAME DAY CREDIT

City of Killeen/utility Collections.

**EXHIBIT "F"**

,Link™

**Monthly Statement**
September 4, 2010

## Payment Options & Contact Info

**Retail Store in Your Area**
KILLEEN
902 West Central Texas Exp.
At Hwy. 195

**Pay Online**
CENTURYLINK.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
CENTURYLINK.com/business

## Current Charges At-A-Glance

| CenturyLink Services | | Total |
|---|---|---|
| Business Bundle - Page  3 | | 33.55 |
| Local Services - Page  3 | | 61.50 |
| Long Distance - Page  4 | | 2.05 |
| Taxes and Surcharges - Page  5 | | 54.67 |

**Savings & Benefits**
You saved $4.95 this month by combining CenturyLink services!
See Savings and Benefits section for details.

Killeen                        Vendor # 30212

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5723 | 141.77 | | |
| 5868 | 10.00 | | |
| 09/04 - 10/03/10 | | | |

SEP 20 2010

Manager Approval:        TOTAL  151.77
Corporate: _____    Date: 9/14/10
Date: _____

| Previous Balance | Payments & Adjustments | Past Due, Please Pay Now | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 185.46 | .00 | 185.46 | 151.77 | **$337.23** |

Current Charges Due By:    **09/27/10**
If received after September 28:   $347.23

Please Recycle

## Monthly Service Charges

*This section contains a summary of your monthly recurring charges, including calling plans and calling features.*

| | |
|---|---|
| Local phone service | 25.00 |
| **Total Monthly Service Charges** | **$25.00** |
| **Total Local Services Charges for 254-200-4511** | **$25.00** |


CenturyLink™

**Monthly Statement**
**August 4, 2010**

10810 1/4
00109 1/4

## Payment Options & Contact Info

**Retail Store in Your Area**
KILLEEN
902 West Central Texas Exp.
At Hwy. 195

**Pay Online**
CENTURYLINK.com/myaccount

**Pay by Phone**
1-877-813-7604

**Customer Service**
1-877-436-2277

**Repair Service**
1-800-788-3600

**Internet Address**
CENTURYLINK.com/business

## Current Charges At-A-Glance

| CenturyLink Services | Total |
|---|---|
| Business Bundle - Page  3 | 33.55 |
| Local Services - Page  3 | 90.95 |
| Long Distance - Page  4 | 2.05 |
| Taxes and Surcharges - Page  5 | 58.91 |

### Savings & Benefits
You saved $4.95 this month by combining CenturyLink services!
See Savings and Benefits section for details.

*9/15/10  Tieshe*
*@ Century Link*
*800-366-8301*
*CL By Phone*

*Confirmation #*
*64736867*

Killeen  **KI**      Vendor # 30212
**Account #**   **Amount**   **Account #**   **Amount**
5123    185.46

AUG 1 6 2010

08/04 - 09/03/10

TOTAL 185.46

**Manager Approval:** _JB_   Date: 8/10/10
**Corporate:** _____ Date: _____

| Previous Balance | Payments & Adjustments | Balance | Total Current Charges | Total Amount Due |
|---|---|---|---|---|
| 293.91 | -293.91 | .00 | 185.46 | **$185.46** |

**Current Charges Due By:**   **08/25/10**
**If received after August 26:**   **$195.46**

6

♲ Please Recycle

---


CenturyLink™

**Please return this portion with payment**

**Customer Service**
1-877-436-2277

**Internet Address**
CENTURYLINK.com/business

**Account Number**
254-200-4510-359

**Due Date:**   **August 25, 2010**

**Total Amount Due:**   **$185.46**
$195.46 if received after August 26

**Amount Enclosed:**   $   185.46

AV 01 006176 07339B 25 A**5DGT

SHILO INNS
ATTN GENERAL MANAGER
3701 S W S YOUNG DR
KILLEEN TX 76542-2876

Write your 13-digit account number on check
Make checks payable to:

CenturyLink
P.O. Box 2961
Phoenix AZ    85062-2961

34 2542004510359b 0000000018546 000185466 1023803

**EXHIBIT "G"**

**Qwest** 
*Spirit of Service®*

SHILO INNS KILLEEN TX
Account # 73928761  0810
Phone # 503-641-8585

## Bill Summary

| Previous Balance | $1,989.17 |
|---|---|
| Payment(s) Received, Thank You | $-961.80 |
| Late Payment Charge | $14.22 |
| **Balance Forward** | **$1,041.59** |
| **Current Charges** | |
| Current Gross Charges | $920.82 |
| Discounts, Promotions, & Fees | $-3.28 |
| Government Fees & Taxes | $76.14 |
| Other Fees & Monthly Charges | $72.30 |
| **Current Net Charges** | **$1,065.98** |
| **Amount Due** | **$2,107.57** |

### Invoice Contents

**Account Summaries**                       **Starts on Page**

Your Account Balance......................................... 3
Service Summary.............................................. 5
12-Month Review of Spending............................. 6
Custom Reports............................................... 7
Service Detail................................................. 9




August 19, 2010
Invoice 4123164061
Billing Cycle: 150-145        Page 1 of 32

**Contact Qwest**

- Billing Inquiries and general Information
  1-800-860-1020

- Voice Over IP service Information and Inquiries
  1-877-879-7543

- Go Green!  Use QControl(R) at
  https://qcontrol.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

According to our records, we have not received payment
for your last Qwest invoice. If you have already submitted
payment please disregard this notice. Thank you for
choosing Qwest.

Thank you for choosing Qwest.

0002211/16



| | 6 | |
|---|---|---|
| TX Equalization Surcharge | 6.94 | |
| **Other Fees & Monthly Charges** | | **72.30** |
| Utility Gross Receipts Assmt | 1.16 | |
| Federal Universal Service Fund | 67.84 | |
| Fed Telecom Relay Service | 3.30 | |
| | | $1,065.98 |
| **Total SHILO INNS KILLEEN TX Current Net Charges** | | **$1,065.98** |
| **Payments and Adjustments** | | |
| Previous balances | | 1,989.17 |
| Payment Received - 8/5/2010 Thank You! | | -961.80 |



September 19, 2010
Invoice 119074581
Billing Cycle: 150-146        Page 1 of 29

**Qwest**
*Spirit of Service®*

SHILO INNS KILLEEN TX
Account # 73928761
Phone # 503-641-6565

OCT 04 2010

### Bill Summary

| | |
|---|---|
| Previous Balance | $2,107.57 |
| Payment(s) Received, Thank You | $-1,027.37 |
| Late Payment Charge | $15.41 |
| Balance Forward | $1,095.61 |
| **Current Charges** | |
| Current Gross Charges | $893.16 |
| Discounts, Promotions, & Fees | $-5.40 |
| Government Fees & Taxes | $73.14 |
| Other Fees & Monthly Charges | $70.40 |
| Current Net Charges | $1,031.30 |
| **Amount Due** | **$2,126.91** |

### Contact Qwest

- Billing Inquiries and general inform
  1-800-860-1020

- Voice Over IP service information inquiries
  1-877-879-7543

- Go Green! Use QControl(R) at
  https://qcontrol.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct

According to our records we have not received payment
for your last Qwest invoice. If you have already submitted
payment please disregard this notice. Thank you for
choosing Qwest

Thank you for choosing Qwe

### Invoice Contents
**Account Summaries**          Starts on Page

| | |
|---|---|
| Your Account Balance | 3 |
| Service Summary | 5 |
| 12-Month Review of Spending | 6 |
| Custom Reports | 7 |
| Service Detail | 9 |

| | | |
|---|---|---|
| Government Fees and Taxes | | 73.14 |
| State and Local Taxes | 66.62 | |
| TX Equalization Surcharge | 6.52 | |
| **Other Fees & Monthly Charges** | | **70.40** |
| Utility Gross Receipts Assmt | 1.08 | |
| Federal Universal Service Fund | 66.09 | |
| Fed Telecom Relay Service | 3.23 | |
| | | $1,031.30 |

| | |
|---|---|
| Total SHILO INNS KILLEEN TX Current Net Charges | $1,031.30 |

**Payments and Adjustments**

| | |
|---|---|
| Previous balances | 2,107.57 |
| Payment Received - 9/10/2010 Thank You! | -1,027.37 |

**Qwest.**
Spirit of Service®

SHILO INNS KILLEEN TX
Account # 73928761
Phone # 503-641-6585

NOV 0 8 2010

October 19, 2010
Invoice 1134213297
Billing Cycle: 150-147          Page 1 of 33

Contact Qwest

- Billing Inquiries and general information
  1-800-860-1020

- Voice Over IP service Information and Inquiries
  1-877-878-7543

- Go Green!  Use Qcontrol (R) at
  https://qcontrol.qwest.com to view your Billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

Thank you for choosing Qwest

## Bill Summary

| | |
|---|---|
| Previous Balance | $2,126.91 |
| Payment(s) Received, Thank You | $-1,080.20 |
| Late Payment Charge | $16.20 |
| Balance Forward | $1,062.91 |
| **Current Charges** | |
| Current Gross Charges | $1,372.16 |
| Discounts, Promotions, & Fees | $-25.90 |
| Government Fees & Taxes | $114.18 |
| Other Fees & Monthly Charges | $96.67 |
| Current Net Charges | $1,557.11 |
| **Amount Due** | **$2,620.02** |

## Invoice Contents

| Account Summaries | Starts on Page |
|---|---|
| Your Account Balance | 3 |
| Service Summary | 5 |
| 12-Month Review of Spending | 6 |
| Custom Reports | 7 |
| Service Detail | 9 |

| Government Fees and Taxes | | 114.18 |
|---|---|---|
| State and Local Taxes | 104.93 | |
| TX Equalization Surcharge | 9.25 | |
| **Other Fees & Monthly Charges** | | **96.67** |
| Utility Gross Receipts Assmt | 1.53 | |
| Federal Universal Service Fund | 90.49 | |
| Fed Telecom Relay Service | 4.65 | |
| | | $1,557.11 |
| **Total SHILO INNS KILLEEN TX Current Net Charges** | | **$1,557.11** |

**Payments and Adjustments**

| Previous balances | 2,126.91 |
|---|---|
| Payment Received - 10/8/2010 Thank You! | -1,080.20 |

0002811/17

**Qwest.**
*Spirit of Service®*

SHILO INNS KILLEEN TX
Account # 73928781
Phone # 503-841-6565

November 19, 2010
Invoice 1129177232
Billing Cycle: 150-149      Page 1 of 31

Contact Qwest

• Billing Inquiries and general information
  1-800-860-1020

• Voice Over re-service information and inquiries
  1-877-878-7588

• Go Green. Use QControl(R) at
  https://control.qwest.com to view your billing and
  service information on-line and enroll in Paperless
  Billing or One Page Direct.

Thank you for choosing Qwest.

**Bill Summary**

| | |
|---|---|
| Previous Balance | $2,620.02 |
| Payment(s) Received, Thank You | $-1,046.71 |
| Late Payment Charge | $15.70 |
| Balance Forward | $1,589.01 |
| **Current Charges** | |
| Current Gross Charges | $961.81 |
| Discounts, Promotions, & Fees | $-2.46 |
| Government Fees & Taxes | $81.76 |
| Other Fees & Monthly Charges | $53.95 |
| Current Net Charges | $1,095.06 |
| **Amount Due** | **$2,684.07** |

**Invoice Contents**

| Account Summaries | Starts on Page |
|---|---|
| Your Account Balance | 3 |
| Service Summary | 5 |
| 12-Month Review of Spending | 6 |
| Custom Reports | 7 |
| Service Detail | 9 |



---

*Please fold, tear here, and return this portion with your payment.*
To change your billing address,
call us at 1-800-860-1020

**Qwest.**
*Spirit of Service®*

AB 03 001157 97356 E 19 D

SHILO INNS KILLEEN TX
3701 S W S YOUNG DR
KILLEEN TX 76542-2676

104

Invoice #        Ser        1129177232
Account Number              73928781
Amount Due                  $2,684.07

Amount Paid:        $

Payment Due for New Charges
December 19, 2010,
unless your contract states otherwise.

Please Send Payment to:
QWEST
Business Services
P.O. Box 52187
Phoenix, AZ  85072-2187

112917723207392876161111000010950600002684077

**EXHIBIT "H"**

**TXU** energy

| | |
|---|---|
| **Customer Name:** | Shilo Inn Killeen LLC |
| **Account Number:** | 900042198660 |
| **Invoice Number:** | 054275483710 |
| **Invoice Date:** | 09/14/2010 |

*Sept*

Page 3 of 4

**ESI ID Detail:**
10443720009511549
**Service Address:**
3701 S W S YOUNG DR
KILLEEN, TX 76542-2876
**Plan:**
Fixed Price

**Electric Service Commercial**
**Service Period: 08/11/2010 to 09/09/2010**

**Meter: 103213884LG**   **Mult: 160.00000**
**Read Type: Actual**   **Days in Reading: 30**

| | |
|---|---:|
| Current Meter Read - kWh | 6857 |
| (09/09/2010) | |
| Previous Meter Read - kWh | 5907 |
| (08/10/2010) | |
| **Total kWh with Multiplier** | **152000** |
| Current Meter Read - kW | 2.10 |
| (09/09/2010) | |
| kW with Multiplier | 336.00 |

**TXU Energy Fixed Price**

| | | |
|---|---|---:|
| 152000 kWh @ $0.06973370 per kWh | $ | 10,599.52 |
| Monthly Standing Charge | $ | 10.00 |
| PUC Assessment | $ | 17.75 |
| Gross Receipts Reimb | $ | 216.19 |
| **Subtotal** | $ | **10,843.46** |
| **Sales Tax** | $ | **894.59** |

**Electric Service Distribution**
**Service Period: 08/11/2010 to 09/09/2010**

| | | |
|---|---|---:|
| Power Factor | | 99.1 % |
| Base Charge | $ | 3.50 |
| Meter Charge | $ | 18.41 |
| Advanced Meter Charge | $ | 3.98 |
| Distribution System Charge (336 kW x $3.97000000) | $ | 1333.92 |
| Transmission Service Charge (336 kW x $1.48000000) | $ | 497.28 |
| Transmission Cost Recov Factor (336 kW x $0.17060300) | $ | 57.32 |
| System Benefit Fund (152000 kWh x $0.00065500) | $ | 99.56 |
| Transition Charge (152000 kWh x $0.00063000) | $ | 95.76 |
| Transition Charge (TC2) (152000 kWh x $0.00092000) | $ | 139.84 |
| Competition Transition Charge (336 kW x $0.00794400) | $ | 2.67 |
| Nuclear Decommission (336 kW x $0.04400000) | $ | 14.78 |
| Energy Efficiency | $ | 9.66 |
| PUC Assessment | $ | 3.22 |
| Gross Receipts Reimb | $ | 39.06 |
| **Subtotal** | $ | **2,318.96** |
| **Sales Tax** | $ | **162.44** |

| | | |
|---|---|---:|
| **Commercial Charges for Period** | $ | **11,738.05** |

| | | |
|---|---|---:|
| **Distribution Charges for Period** | $ | **2,481.40** |

| | | |
|---|---|---:|
| **Total Charges for Meter ID** | $ | **14,219.45** |

*~ 4.22 late fee*

*14223.67*

 **TXU** energy

| Customer Name: | Shilo Inn Killeen LLC | **Page 3 of 4** |
|---|---|---|
| Account Number: | 900042198660 | |
| Invoice Number: | 052001380365 | O C +- |
| Invoice Date: | 10/19/2010 | |

**ESI ID Detail:**
10443720009511549

**Service Address:**
3701 S W S YOUNG DR
KILLEEN, TX 76542-2876

**Plan:**
Fixed Price

**Electric Service Commercial**
Service Period: 09/10/2010 to 10/10/2010

| Meter: 103213864LG | Mult: 160.00000 |
|---|---|
| Read Type: Actual | Days in Reading: 31 |

| | |
|---|---|
| Current Meter Read - kWh (10/10/2010) | 7683 |
| Previous Meter Read - kWh (09/09/2010) | 6857 |
| **Total kWh with Multiplier** | **132160** |
| Current Meter Read - kW (10/10/2010) | 1.41 |
| kW with Multiplier | 226.00 |

**TXU Energy Fixed Price**

| | | |
|---|---|---|
| 132160 kWh @ $0.06973370 per kWh | $ | 9,216.01 |
| Monthly Standing Charge | $ | 10.00 |
| PUC Assessment | $ | 15.44 |
| Gross Receipts Reimb | $ | 188.00 |
| **Subtotal** | **$** | **9,429.45** |
| **Sales Tax** | **$** | **777.93** |

**Electric Service Distribution**
Service Period: 09/10/2010 to 10/10/2010

| | | |
|---|---|---|
| Power Factor | | 99.1 % |
| Base Charge | $ | 3.50 |
| Meter Charge | $ | 18.41 |
| Advanced Meter Charge | $ | 3.98 |
| Distribution System Charge (269 kW x $3.97000000) | $ | 1067.93 |
| Transmission Service Charge (226 kW x $1.48000000) | $ | 334.48 |
| Transmission Cost Recov Factor (226 kW x $0.17060300) | $ | 38.56 |
| System Benefit Fund (132160 kWh x $0.00065000) | $ | 86.56 |
| Transition Charge (132160 kWh x $0.00063000) | $ | 83.26 |
| Transition Charge (TC2) (132160 kWh x $0.00092000) | $ | 121.59 |
| Competition Transition Charge (269 kW x $0.00794400) | $ | 2.14 |
| Nuclear Decommission (269 kW x $0.04400000) | $ | 11.84 |
| Energy Efficiency | $ | 9.66 |
| PUC Assessment | $ | 2.47 |
| Gross Receipts Reimb | $ | 29.93 |
| **Subtotal** | **$** | **1,814.31** |
| **Sales Tax** | **$** | **124.66** |

| **Commercial Charges for Period** | **$ 10,207.38** | **Distribution Charges for Period** | **$ 1,938.97** |
|---|---|---|---|

**Total Charges for Meter ID**    **$ 12,146.35**

+ 3ð.49 late fee
1 2184.84

| | |
|---|---|
| **Customer Name:** | Shilo Inn Killeen LLC |
| **Account Number:** | 900042198660 |
| **Invoice Number:** | 055250467982    N Q |
| **Invoice Date:** | 11/12/2010 |

**Page 4 of 4**

**ESI ID Detail:**
10443720009511611

**Service Address:**
3701 S W S YOUNG DR
RSTR
KILLEEN, TX 76542-2876

**Plan:**
Fixed Price

**Electric Service Commercial**
Service Period: 10/11/2010 to 11/08/2010

Meter: 103214925LG    Mult: 80.00000
Read Type: Actual    Days in Reading: 29

| | |
|---|---:|
| Current Meter Read - kWh (11/08/2010) | 8301 |
| Previous Meter Read - kWh (10/10/2010) | 7608 |
| **Total kWh with Multiplier** | **55440** |
| Current Meter Read - kW (11/08/2010) | 1.84 |
| kW with Multiplier | 147.00 |

**TXU Energy Fixed Price**

| | | |
|---|---|---:|
| 55440 kWh @ $0.06973370 per kWh | $ | 3,866.04 |
| Monthly Standing Charge | $ | 10.00 |
| PUC Assessment | $ | 6.48 |
| Gross Receipts Reimb | $ | 78.98 |
| **Subtotal** | **$** | **3,961.50** |
| Sales Tax | $ | 326.82 |

**Electric Service Distribution**
Service Period: 10/11/2010 to 11/08/2010

| | | |
|---|---|---:|
| Base Charge | $ | 3.50 |
| Meter Charge | $ | 18.41 |
| Advanced Meter Charge | $ | 3.98 |
| Distribution System Charge (147 kW x $3.97000000) | $ | 583.59 |
| Transmission Service Charge (147 kW x $1.48000000) | $ | 217.56 |
| Transmission Cost Recov Factor (147 kW x $0.17060300) | $ | 25.08 |
| System Benefit Fund (55440 kWh x $0.00065500) | $ | 36.31 |
| Transition Charge (55440 kWh x $0.00063000) | $ | 34.93 |
| Transition Charge (TC2) (55440 kWh x $0.00092000) | $ | 51.00 |
| Competition Transition Charge (147 kW x $0.00794400) | $ | 1.17 |
| Nuclear Decommission (147 kW x $0.04400000) | $ | 6.47 |
| Energy Efficiency | $ | 9.66 |
| PUC Assessment | $ | 1.44 |
| Gross Receipts Reimb | $ | 17.39 |
| **Subtotal** | **$** | **1,010.49** |
| Sales Tax | $ | 72.75 |

| | | |
|---|---|---:|
| **Commercial Charges for Period** | **$** | **4,288.32** |
| **Distribution Charges for Period** | **$** | **1,083.24** |

| | | |
|---|---|---:|
| **Total Charges for Meter ID** | **$** | **5,371.56** |

+ 7.39 = 5378.95
late fees
5378.95.

| | | |
|---|---|---:|
| **Total Current Charges** | **$** | **14,708.22** |

**EXHIBIT "I"**



**CABLE**

THE POWER OF YOU™

**ACCOUNT SUMMARY**

Page 1 of 3

| Payments Received | Payments Through | Balance Due | Due Date |
|---|---|---|---|
| **$0.00** | **09/14/10** | **$1,940.51** | **10/18/10** |

## Account Summary

**Account #310764401**

0000000000000000310764401

Customer Code: 6905

Service Address: 3701 S W S YOUNG DR STE FIBER KILLEEN  TX 76542

| | |
|---|---|
| **PARTIAL MONTH** | **$579.95** |
| **MONTHLY CHARGES** | **$579.95** |
| **INSTALLATION CHARGES** | **$500.00** |
| **FEES AND TAXES** | **$280.61** |
| **Total Amount Due** | **$1,940.51** |

### HOW TO REACH US

Want to use our automated system to pay your bill, check your account balance or check your last payment information?

Call the appropriate telephone number and follow the prompts.

| | |
|---|---|
| Waco Area | 776 - 1141 |
| Temple Area | 1 - 800 - 418 - 8848 |
| Killeen Area | 634 - 3145 |

To pay your bill online visit us at
timewarneraustin.com/PayXpress

For your convenience, you may make payments at the following locations: 309 N. College St., Killeen; 18010 Rm. 306B, Ft. Hood; Killeen Mall Kiosk; Harker Heights City Hall; First Texas Bank in Killeen and Copperas Cove. To pay your bill online free of charge visit www.timewarnercentral.com/payxpress. To make a payment with a Customer Care professional for a $5.75 fee, please call 634-3145. To avoid this fee, please use our automated system.

SEP 2 7 2010

Killeen _____ _K1_____   Vendor # _34954_

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| _5733_ | _1940.51_ | | |
| MTH SVC | | | |

TOTAL _1940.51_

Manager Approval: _____   Date: _9/22/10_

Corporate: _____   Date: _____

See Page 2 For Account Details

*K4*

*V-34954*

*09/02 - 10/01/10*

*request WA 10/6 10/11*

*OK per Patrick*

*8260160861 1010*

Please detach and enclose this coupon with your payment

## TIME WARNER CABLE
# Business Class

8260 1800 XS RP 20 11212010 NNNNNY 01 003486

## Understanding Your Bill

**Previous Balance** – The outstanding balance on your account as reflected on your last statement.

**Payment(s)** – Payments applied to your account prior to the date of this statement being printed. Any payments made after the bill date, will be shown on your next statement.

**Partial Month/Prorated Charges** – Partial month charges will appear on your bill when services are added or removed between billing cycles. The statement will reflect a charge or credit for the previous billing period in the Partial Month Charges/Prorates section and a second charge or credit for the current billing period in the Monthly Service Charges section.

**Monthly Service Charges** – Details of your recurring Cable TV, High-Speed Internet and/or Business Class Phone activity for the statement month. Monthly services are billed one month in advance.

**Other Charges and Credits** – Details any installation charges, late fees, telephone usage, pay-per-view charges, or adjustments that may have incurred during the last month.

**Taxes & Fees** – Itemizes sales taxes, FCC fees, franchise fees, or other fees that are required by federal, state, county, or city governments.

**Late Fee** – TWCBC may charge a late fee for any amounts which are not paid when due. The late fee will be the lesser of one and one-half percent (1.5%) per month or the highest rate chargeable by law.

For information on any upcoming price or programming changes please consult the Legal Notices published in the Killeen Daily Herald on the 1st and 3rd Monday, or on our website at: www.twcbc.com/tx.

## Digital Phone call details:

To view call details for all of your Business Class Phone calls go to www.twcbc.com/tx, click on Customer Service and then Manage My Account. You will need your Customer Code found on the front page of your statement at the top.

CUID# Tx0081

## Statement Details

| | | |
|---|---|---|
| | Previous Balance | 2136.66 |
| 10/29 | Payment - Thank You | -1940.51 (credit) |
| **Balance Remaining** | | **$196.15** |

### Monthly Service Charges

| | | |
|---|---|---|
| 12/02 - 01/01 | Dia - 10 MBPS | 900.00 |
| **Monthly Service Charges Subtotal** | | **$900.00** |

### Other Charges & Credits

| | | |
|---|---|---|
| 10/27 | Late Payment Fee | 7.00 |
| **Other Charges & Credits Subtotal** | | **$7.00** |

### Fees & Taxes

| | | |
|---|---|---|
| | Franchise Fee | 0.37 |
| | State and Local Sales Tax - Video / HSD | 72.19 |
| | State Fee | 0.08 |
| **Fees & Taxes Subtotal** | | **$72.64** |

## Balance Due                    $1175.79

8260160806112w        11/30/10

### Important Account Information

When you provide a check as payment, you authorize Time Warner Cable to process it as an electronic fund transfer or as a check transaction. Funds may be withdrawn from your account on the same day we receive payment in the form of an electronic fund transfer. You will not receive your check back from your financial institution.

Killeen _____ K1 _____    Vendor # 34954

| Account # | Amount | Account # | Amount |
|---|---|---|---|
| 5732 | 972.64 | | |
| 5868 | 7.00 | | |
| MTH TAX | | | |

Manager Approval: _____    TOTAL 979.64
Corporate: _____    Date: 11/30/10
                                   Date: _____

## Unlimited Local and Long Distance Calling

With our Business Class Phone service, you get unlimited in-state and national long distance, and many of the most popular business calling features, for one low monthly price.

### Great Features:

- Hunt Group
- Account Codes
- Three-Way Call Transfer
- Caller ID
- Call Forward/Cancel Call Forward
- Inbound/Outbound Call Restriction Options

With Business Class Phone, back-up power is included in the event that there is a power outage. Additional charges apply for taxes, fees, Directory Assistance, Operator Services and calls to International locations. Products and services not available in all areas. Some restrictions apply. ©2010 Time Warner Cable, Inc. All rights reserved.

### Options for paying your bill

**Online:** www.twcbc.com/tx/billpay

**Phone:** Call 866-519-1263 and authorize payment directly from your bank account or credit card.

**Mail:** Return this payment coupon with a check in the mail.

**At a local payment center:** See a list of locations near you. Go to www.twcbc.com/tx/billpay and click on Customer Service.

**Note:** Nonpayment of any portion of your Cable TV, High-Speed Internet, and/or Business Class Phone service could result in disconnection of any of your Time Warner Cable provided services.

6C9AG06W



# TIME WARNER
## CABLE

Page 1 of 4

October 20, 2010

**Account Number:** 8260 16 086 1753291

Account Name: SHILO INN & SUITES
Service Address: 3701 S W S Young Dr
Ste Fiber
Killeen, TX 76542-2876
Home Telephone Number: 254 699-0999
Customer Code: 6905



### How to reach us ...
- Online: www.twcbc.com/tx
- Phone: 866-519-1263
- Hearing Impaired: 711 (TDD Machine Required)

For Time Warner Cable offices near you, visit
www.twcbc.com/tx and click Customer Service

### For Your Information
Perhaps your payment and this bill crossed in the mail.
A late fee will be added to your account if your
previous balance is not paid prior to the due date
indicated. Allow several days for payments made at
other locations to reach our office. To avoid a late fee
call 800-418-8848 or visit PayXpress at
timewarnercentral.com.

IMPORTANT: Beginning this month, a new 16-digit
customer account number has been assigned to your
account. Please take note and make sure you update it
for your online bank payments and/or bank auto drafts
to include on all forms of payment.

| Summary 11/02/10 - 12/01/10 | See the back for details |
|---|---|
| Previous Balance | 1940.51 |
| Payment(s) - Thank you | 0.00 |
| Unpaid Balance - DUE NOW | $1940.51 |
| Partial Month/Prorated Charges | -692.17 |
| Monthly Service Charges | 900.00 |
| Fees & Taxes | -11.68 |

**Balance Due** $2136.66
**Payment Due Date** Upon Receipt

Killeen
Vendor # 36854
Account #    Amount    Account #    Amount
8732    196-15

TOTAL    196-15

Manager Approval    Date 10/28/10
Corporate:    Date:

### Options for paying your bill
- Online: www.twcbc.com/txbillpay - Set up PayXpress here!
- Phone: Call 866-519-1263 and authorize payment directly from your bank account or credit card
- Mail: Return payment coupon with a check in the mail
- At a local payment center: See a list of locations near you at www.twcbc.com/tx

Charges: Calculated charge adjustments only,
resulting from a service that was added or removed
during the month.

For more information on "How to Read Your Bill" go to
**twcbc.com/tx/newlook**

*This statement sample is for demonstration purposes only and does
not reflect any charges to your personal account.*

SA9AG006