DAVID B. GOLUBCHIK (State Bar No. 185520)
dbg@lnbyb.com
J.P. FRITZ (State Bar No. 245240)
jpf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

**SHILO INN, KILLEEN, LLC,**

Debtor and Debtor in Possession,

Case No.: 2:10-bk-62057-VZ

Chapter 11 Case

**NOTICE OF HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION FOR DEBTOR SHILO INN, KILLEEN, LLC**

Disclosure Statement Hearing:
Date:    March 24, 2011
Time:    1:30 p.m.
Ctrm:    255 East Temple Street
         Courtroom 1368
         Los Angeles, CA 90012

Plan Confirmation Hearing:
Date:    To be set
Time:    To be set
Ctrm:    255 East Temple Street
         Courtroom 1368
         Los Angeles, CA 90012

1

1  **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**
2  **BANKRUPTCY JUDGE AND ALL PARTIES:**

3      **PLEASE TAKE NOTICE** that a hearing will be held on March 24, 2011, at 1:30 p.m., before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge for the Central District of California (the "Court"), at the above-referenced location for the Court to consider approval of the Disclosure Statement (the "Disclosure Statement") [docket entry no. 56] describing the Chapter 11 Plan of Reorganization (the "Plan") proposed by Shilo Inn, Killeen, LLC (the "Debtor"), the debtor and debtor in possession herein.

    **PLEASE TAKE FURTHER NOTICE** that, upon approval of the Disclosure Statement by the Court, all parties in interest will receive a copy of the Disclosure Statement, the Plan, and a ballot for voting on the Plan without taking any further action.

    **PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court and may be viewed and/or photocopied during regular business hours, Monday through Friday. Any request for a copy of the Disclosure Statement prior to the hearing on the Disclosure Statement must be in writing and sent to J.P. Fritz, Esq. of Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, fax number (310) 229-1244.

    **PLEASE TAKE FURTHER NOTICE** that any party who wishes to assert an objection to the Disclosure Statement must file a timely written objection with the Clerk of the Bankruptcy Court and serve such objection on counsel for the Debtor, whose name, address, and fax number appear at the top, left-hand corner of the first page of this Notice no later than fourteen (14) days prior to the hearing.

///
///
///
///
///

1

1     **PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely opposition to Court approval of the Disclosure Statement may be deemed by the Court to constitute consent to Court approval of the Disclosure Statement.

Dated: February 10, 2011          SHILO INN, KILLEEN, LLC

                                      By: /s/ David B. Golubchik
                                               DAVID B. GOLUBCHIK
                                               JOHN-PATRICK M. FRITZ
                                               LEVENE, NEALE, BENDER, YOO
                                                  & BRILL L.L.P.
                                               Attorneys for Debtor and
                                               Debtor in Possession

| In re SHILO INN, KILEEN, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO 2:10-bk-62057-VZ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as: NOTICE OF HEARING TO CONSIDER ADEQUACY OF DISCLOSURE STATEMENT DESCRIBING PLAN OF REORGANIZATION FOR DEBTOR SHILO INN, KILLEEN, LLC will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 10, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John-patrick M Fritz    jpf@lnbrb.com
- David B Golubchik    dbg@lnbrb.com
- Dare Law    dare.law@usdoj.gov
- Michael Reed    othercourts@mvbalaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Brandon J Witkow    bwitkow@lockelord.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 10, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page via first class mail

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 10, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA ATTORNEY MESSENGER**
Hon. Vincent P. Zurzolo
U.S. BANKRUPTCY COURT
255 E. Temple Street, Ctrm 1368
Los Angeles, CA  90012          ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| February 10, 2011 | Jason | /s/ Jason Klassi |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                    F9013-3.1

1

In re Shilo Inn, Killeen, LLC
RSN

**SERVED VIA U.S. MAIL**

Counsel to Cathay Bank
Alfred M. Clark, III
Brandon J. Witkow
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Ste 2600
Los Angeles, CA 90071

Counsel to Cathay Bank
W. Steven Bryant
Locke Lord Bissell & Liddell LLP
600 Travis Street, Suite 2800
Houston, Texas 77702

Tai C. Tran
Locke Lord Bissell & Liddell
100 Congress Avenue, Suite 300
Austin, TX 78701-2748

Counsel to Cathay Bank
Gregory S. Lowry
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Cathay Bank
Gregory Badura
Cathay Bank
Special Asset Department
17432 Colima Road
Roland Heights, CA 91748

Michael Reed
McCREARY, VESELKA, BRAGG & ALLEN,
Attorneys for Claimant, Tax Appraisal District o
Bell County
P. O. Box 1269
Round Rock, Texas 78680

In re Shilo Inn, Killeen, LLC
MML

SERVED VIA U.S. MAIL OR NEF (*)

Shilo Inn, Killeen, LLC
11600 SW Shilo Lane
Portland, OR 97225-5995

David B. Golubchik *
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee *
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

A-BETTER PLUMBING COMPANY
A/R
PO BOX 476
NOLANVILLE, TX 76559

ADELMAN TVL SYSTEMS INC
A/R
3303 N SHERIDAN RD - HANGER 19
TULSA, OK 74115

ATMOS ENERGY
A/R
P O BOX 790311
ST LOUIS, MO 63179-0311

BALL JANIK, LLP
A/R
101 SW MAIN #1100
PORTLAND, OR 97204

BALTIC LINEN COMPANY INC
A/R
1999 MARCUS AVENUE
LAKE SUCCESS, NY 11040-5485

BOB STEINER
Bob Steiner
11600 SW SHILO LANE
PORTLAND, OR 97225

BOYD COFFEE COMPANY
Becky Erhler
19730 NE SANDY BLVD
PORTLAND, CA 92730

BRIDGEWATER INTERNATIONAL
A/R
1948 WEST 2425 S SUITE#4
WOODSCROSS, UT 84087

CARLSON WAGONLIT TRAVEL
C/O US ARMY
BUILDING 504 A
EL PASO, TX 79906-1190

CARLSON WAGONLIT TRAVEL
A/R
52008 ARIZONA ST
FORT HUACHUCA, AZ 85613

CARLSON WAGONLIT TRAVEL
A/R  Ground Floor
BL11WGD 11 HAP ARNOLD BLV
TOBYHANNA, PA 18466

Cathay Bank c/o Al Clark, Esq.
Lorde Bissell et al.
300 S. Grand, Suite 2600
Los Angeles, CA 90071

CITY OF KILLEEN/UTILITY COLLECTIONS
A/R
PO BOX 549
KILLEEN, TX 76540-0549

COX'S WELDING
A/R
717 E ADAMS
TEMPLE, TX 76501

David L. Swanson, Esq.
Locke Lord Bissell & Liddell, LLP
2200 Ross Ave, Suite 2200
Dallas, TX 75201

ESP EMPLOYESS SERVICES
A/R
4 INDUSTRIAL WAY W
EATONTOWN, NJ 07724

FHS TRAVEL
CORP TRAVEL
11971 FOUNDATION PL
RANCHO CORDOVA, CA 95670

GRAINGER INC
Butch Hosterler
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

HOHMANN, TAUBE & SUMMERS LLP
A/R
100 CONGRESS AVE 18TH FLOOR
AUSTIN, TX 78701

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Killeen Economic Development Corp.
PO BOX 548
Harker Heights, TX 76548

| | | |
|---|---|---|
| KIRBY RESTAURANT SUPPLY<br>A/R<br>809 S EASTMAN RD<br>LONGVIEW, TX 75602 | LIBERTY MUTUAL<br>BILL ANDERSON<br>PO BOX 4555<br>PORTLAND, OR 97208-4555 | LODGE NET<br>A/R<br>P O BOX 952141<br>SAINT LOUIS, MO 63195-2141 |
| NEXION INC<br>A/R<br>1 E KIRWOOD BLVD<br>SOUTHLAKE, TX 76092 | OAK FARMS DAIRY<br>Edith Kubala<br>PO BOX 202193<br>DALLAS, TX 75320 | OFFICE DEPOT INC.<br>A/R<br>PO BOX 88040<br>CHICAGO, IL 60680 |
| PARADIGM TAX GROUP<br>A/R<br>3030 N CENTRAL AVE #1001<br>PHOENIX, AZ 85012 | PORTLAND LIGHTING INC<br>10120 SW NIMBUS C-6<br>Attn: A/R<br>Portland, OR 97223 | RESORT SUPPLY INC<br>A/R<br>1625 SE ANKENY ST<br>PORTLAND, OR 97214 |
| SHILO FRANCHISE INTERNATIONAL LLC<br>Kevin Toll<br>11600 SW SHILO LANE<br>PORTLAND, OR 97225 | Shilo Franchise International. LLC<br>11600 SW Shilo Lane<br>Portland, OR 97225-5995 | SHILO MANAGEMENT CORP<br>Kevin Toll<br>11600 SW SHILO LANE<br>PORTLAND, OR 97225 |
| Shilo Management Corporation<br>11600 SW Shilo Lane<br>Portland, OR 97225-5995 | SHILO RESTAURANT KILLEEN LLC<br>Kevin Toll<br>11600 SW SHILO LANE<br>PORTLAND, OR 97225 | Shilo Restaurant, Killeen, LLC<br>3701 S WS Young Drive<br>Killeen, TX 76542 |
| SURFACE SCAPES<br>A/R<br>5513 TAYLORS VALLEY RD<br>TEMPLE, TX 76502 | SYSCO FOOD SERVICES OF AUSTIN<br>101 CHISHOLM TRAIL<br>Attn: A/R<br>Round Rock, TX 78681 | TASKAR KIBBEE & ASSOCIATES PC<br>4900 SW GRIFFITH DR, SUITE 269<br>Attn: Roberta Taskar<br>BEAVERTON, OR 97005-2977 |
| Tax Appraisal District of Bell Cty<br>PO Box 390<br>Belton, TX 76513-0390 | TEXAS STATE COMPTROLLER<br>A/R<br>PO Box 149359<br>AUSTIN, TX 78714-9359 | THE IRWIN-HODSON COMPANY<br>2838 SE 9TH AVENUE<br>Portland, OR 97202-2509 |
| TRELLIS EARTH PRODUCTS<br>A/R<br>13315 NE AIRPORT WAY #800<br>PORTLAND, OR 97230 | TXU ENERGY<br>A/R<br>P O BOX 650638<br>DALLAS, TX 75265-0638 | UNITED STATES TREASURY<br>A/R<br>55 N ROBINSON STOP 5113-1627<br>OKLAHOMA CITY, OK 73132 |
| WASHINGTON AUTOMATED INC<br>A/R<br>5801 23RD DRIVE W S<br>EVERETT, WA 98203 | WORLD CHOICE TRAVEL<br>A/R<br>11300 U.S. HIGHWAY ONE SUITE #300<br>NORTH PALM BEACH, FL 33408 | WORLD CINEMA INC<br>A/R<br>9801 WESTHEIMER #409<br>HOUSTON, TX 77042-3653 |