FILED & ENTERED

MAR 28 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Shilo Inn, Killeen, LLC,<br><br>Debtor(s). | Case No: 2:10-bk-62057-VZ<br><br>Chapter: 11<br><br>ORDER (1) DENYING APPROVAL OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR SHILO INN, KILLEEN, LLC,; (2) TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE CONVERTED OR DISMISSED<br><br>Date: May 26, 2011<br>Time: 1:30 p.m.<br>Location: 255 E. Temple St.<br>            Los Angeles, CA 90012<br>            Courtroom 1368 |

On February 7, 2011, Shilo Inn, Killeen, LLC ("Proponent") filed a Disclosure Statement and Plan of Reorganization for Shilo Inn, Killeen, LLC (the "Disclosure Statement"). A hearing to determine the adequacy of the Disclosure Statement was conducted on or set to be heard on March 24, 2011 at 1:30 p.m. (the "Hearing").

Based upon the findings of fact and conclusions of law made on the record of the Hearing and the concurrently entered Findings of Fact and Conclusions of Law in Support of Order (1) Denying Approval of Disclosure Statement and Plan of Reorganization for Shilo Inn, Killeen, LLC; (2) to Show Cause Why Chapter 11 Case Should Not Be Converted or Dismissed, IT IS ORDERED that the Disclosure Statement is not approved.

IT IS FURTHER ORDERED that Debtor show cause why the Case should not be converted or dismissed pursuant to 11 U.S.C. §1112 on the above-captioned date and time in Courtroom 1368 of the Roybal Federal Building located at 255 E. Temple St., Los Angeles, CA 90012.

IT IS FURTHER ORDERED that any Response must be filed fourteen (14) calendar days before the above captioned hearing date.  The Response must be served on the United States Trustee and a Judge's Copy delivered to Chambers on the same date.  The Debtor may use this hearing date for a motion for approval of an amended disclosure statement.  Cause is shown if an amended disclosure statement is approved on or before the above-captioned date.

IT IS FURTHER ORDERED that a "redlined" (i.e. all corrections and modifications, whether or not on account of this Court's findings and conclusions, should be highlighted or underlined) copy of the filed amended disclosure statement and plan should be served to Judge Zurzolo's chambers located at Suite 1360 in the Roybal Federal Building.

DATED: March 28, 2011

_____
United States Bankruptcy Judge

NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER (1) DENYING APPROVAL OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FOR SHILO INN, KILLEEN, LLC.; (2) TO SHOW CAUSE WHY CHAPTER 11 CASE SHOULD NOT BE CONVERTED OR DISMISSED was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 28, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov; Dare Law    dare.law@usdoj.gov

    Attorney for Debtor: David B Golubchik    dbg@lnbrb.com; John-patrick M Fritz    jpf@lnbrb.com

    Attorney for Creditor Cathay Bank : Brandon J Witkow    bwitkow@lockelord.com

    Others: Michael Reed    othercourts@mvbalaw.com

☐ Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page