UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>Shilo Inn Killeen, LLC<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: **2:10-bk-62057-VZ**<br>Operating Report Number: *8*<br>For the Month Ending: 7/31/2011 |
| --- | --- |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 2,068,936.89

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 1,450,310.65

3.  BEGINNING BALANCE: — 618,626.24

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
| --- | --- |
| Accounts Receivable - Post-filing | 53,614.19 |
| Accounts Receivable - Pre-filing | |
| General Sales | 285,830.72 |
| Other (Specify)   Advance Deposit | 250.00 |
| Other (Specify) | |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD: — 339,694.91

5.  BALANCE: — 958,321.15

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
| --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 64,519.85 |
| Disbursements (from page 2) | 189,679.02 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 254,198.87

7.  ENDING BALANCE: — 704,122.28

8.  General Account Number(s):   ******6247

| Depository Name & Location: | Wells Fargo Bank, N.A.<br>P.O. Box 63020<br>San Francisco, CA  94163 |
| --- | --- |

---

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date<br>mm/dd/yyyy | Check<br>Number | Payee or DIP account | Purpose | *Amount<br>Transferred | **Amount<br>Disbursed | Amount |
|---|---|---|---|---|---|---|
| 7/1/2011 | 200191 | Shilo Franchise International | June Franchise Fees | | 13,677.70 | 13,677.70 |
| 7/1/2011 | 200192 | Shilo Management Corp | Management Fees | | 12,316.00 | 12,316.00 |
| 7/6/2011 | 200196 | Auto Chlor Services | Cleaning Supplies | | 866.45 | 866.45 |
| 7/6/2011 | 200204 | Lazerquick | Business Cards/Keisha Turner | | 18.50 | 18 50 |
| 7/13/2011 | 200239 | City of Killeen | June Transient Taxes | | 21,910.74 | 21,910.74 |
| 7/14/2011 | 200245 | American Hotel Register | Operating Supplies | | 519.91 | 519.91 |
| 7/14/2011 | 200246 | Atmos Energy | Utility Bill 06/20/11- 7/20/11 | | 1,863.88 | 1,863.88 |
| 7/14/2011 | 200247 | Auto Chlor Services | Equipment Rental/Cleaning Supplies | | 262.45 | 262.45 |
| 7/14/2011 | 200248 | Blount's Speedy Rooter | Plumbing Service Call | | 3,862.80 | 3,862.80 |
| 7/14/2011 | 200249 | Cartridge World Gresham | Office Supplies | | 274.00 | 274.00 |
| 7/14/2011 | 200250 | Centurylink | Telephone Line Charges | | 206.33 | 206.33 |
| 7/14/2011 | 200251 | City of Killeen | Utility Bill 05/23/11- 6/30/11 | | 4,440.34 | 4,440.34 |
| 7/14/2011 | 200252 | Coca Coca Bottling Co. | Resale/Sundries | | 236.92 | 236.92 |
| 7/14/2011 | 200253 | Donna Fischbach | Expense Report - 5/26/11 | | 337.89 | 337.89 |
| 7/14/2011 | 200254 | Guest Supply | Guest Amenity Supplies | | 799.20 | 799.20 |
| 7/14/2011 | 200255 | Hale Industries | Laundry/Housekeeping | | 129.78 | 129.78 |
| 7/14/2011 | 200256 | Hallmark Heating | Pool Maintenance/Plumbing | | 304.46 | 304.46 |
| 7/14/2011 | 200257 | HD Supply Facilities Maint. | Maintenance Supplies & Tools | | 1,507.79 | 1,507.79 |
| 7/14/2011 | 200258 | Allen Kites | Expense Report - 7/8/11 | | 128.79 | 128.79 |
| 7/14/2011 | 200259 | Liberty Mutual Insurance | Worker's Comp Insurance | | 3,867.00 | 3,867.00 |
| 7/14/2011 | 200260 | Lodgenet | Pay Per View/Equipment | | 1,554.23 | 1,554.23 |
| 7/14/2011 | 200261 | Orca Pacific | Pool Maintenance | | 418 70 | 418.70 |
| 7/14/2011 | 200262 | Orkin | Pest Control | | 192 77 | 192.77 |
| 7/14/2011 | 200263 | Pil's Cleaner | Dry Cleaning | | 41 00 | 41.00 |
| 7/14/2011 | 200264 | Platt Electric | Electrical | | 167 16 | 167.16 |
| 7/14/2011 | 200265 | Qwest | Telephone Line Charges | | 1,040 49 | 1,040.49 |
| 7/14/2011 | 200266 | Shilo Franchise International | May Air Miles/June Star Points | | 238 11 | 238.11 |
| 7/14/2011 | 200267 | Shilo Management Corp | Fed Ex/PR Pass Thrus | | 3,040.20 | 3,040.20 |
| 7/14/2011 | 200268 | Surface Scapes | Landscaping | | 1,136 62 | 1,136.62 |
| 7/14/2011 | 200269 | Thyssenkrupp Elevator | Elevator Service 7/1/11 - 9/30/11 | | 2,129.79 | 2,129.79 |
| 7/14/2011 | 200270 | Time Warner Cable | High Speed Internet | | 972.19 | 972.19 |
| 7/14/2011 | 200271 | Tundra Specialties | Maintenance Supplies & Tools | | 91.97 | 91.97 |
| 7/14/2011 | 200272 | TXU Energy | Utility Bill 05/13/11- 6/13/11 | | 13,885 16 | 13,885.16 |
| 7/14/2011 | 200273 | World Cinema | Television | | 2,265.02 | 2,265 02 |
| 7/14/2011 | 200279 | Troy Summerill - Petty Cash | Expense Report - 6/28/11 | | 742.86 | 742.86 |
| 7/14/2011 | 200291 | Smith & Greene | Operating Supplies | | 133 31 | 133.31 |
| 7/21/2011 | 200327 | United States Trustee | Bankruptcy Fees | | 4,875.00 | 4,875.00 |
| 7/21/2011 | 200330 | Propel Insurance | Insurance Down Pymt | | 1,399.66 | 1,399.66 |
| 7/22/2011 | 200338 | Devon Bryant | Guest Refund | | 50 00 | 50.00 |
| 7/22/2011 | 200339 | Centurylink | Telephone Line Charges | | 152 67 | 152.67 |
| 7/22/2011 | 200340 | Hallmark Heating | Heating Ventilation Cooling | | 130.98 | 130.98 |
| 7/22/2011 | 200341 | Holiday Inn - Killeen | Walked Guest | | 111 87 | 111.87 |
| 7/22/2011 | 200342 | Irwin-Hodson Company | Uniforms/Resale | | 1,837.47 | 1,837.47 |
| 7/22/2011 | 200343 | Lodgenet | Pay Per View | | 1,531.54 | 1,531.54 |
| 7/22/2011 | 200344 | Mario Garcia | Expense Report - 7/13/11 | | 19.44 | 19.44 |
| 7/22/2011 | 200345 | Troy Summerill - Petty Cash | Expense Report - 6/30/11 & 7/14/11 | | 1,152.70 | 1,152 70 |
| 7/22/2011 | 200346 | Pil's Cleaner | Dry Cleaning | | 49.50 | 49 50 |
| 7/22/2011 | 200347 | R.K. Bass Electric | Electrical | | 209.93 | 209.93 |
| 7/22/2011 | 200348 | Brad Russel | Guest Refund | | 50.00 | 50.00 |
| 7/22/2011 | 200349 | Troy Summerill - Expense | Expense Report - 7/14/11 | | 144.52 | 144.52 |
| 7/22/2011 | 200350 | Sylvia Washington | Guest Refund | | 18.72 | 18.72 |
| 7/22/2011 | 200351 | Bob Steiner | Expense Report - 6/10/11 | | 34.83 | 34.83 |
| 7/1/2011 | EFT | | Cathay Bank | Adequate Protection Pymt | | 46,500.00 | 46,500.00 |
| 7/5/2011 | EFT | | Hotel Payroll | Payroll PPE Ending 6/26 | 33,164.03 | | 33,164.03 |
| 7/5/2011 | EFT | | Paymentech | Credit Card Fee | | 5,516.03 | 5,516.03 |
| 7/11/2011 | EFT | | Wells Fargo Bank | Analysis Fee | | 434.90 | 434.90 |
| 7/14/2011 | EFT | | Sysco Austin | Regular Supplies | | 1,635 79 | 1,635.79 |
| 7/15/2011 | EFT | | Texas Comptroller | June Hotel Taxes | | 18,238.50 | 18,238.50 |
| 7/15/2011 | EFT | | Texas Comptroller | June SalesTaxes | | 406 66 | 406.66 |
| 7/18/2011 | EFT | | Hotel Payroll | Payroll PPE Ending 7/10 | 31,355.82 | | 31,355.82 |
| 7/18/2011 | EFT | | Hotel Travel Agent Account | Travel Agent Commissions | | 24 00 | 24.00 |
| 7/20/2011 | EFT | | Sysco Austin | Regular Supplies | | 8,256 61 | 8,256.61 |
| 7/22/2011 | EFT | | Sysco Austin | Regular Supplies | | 1,317.19 | 1,317.19 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD | 64,519.85 | 189,679.02 | $254,198.87 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax), the "amount" column will
be filled in for you

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees, the "amount" column will be filled in for you

Page 2 of 16

BANK RECONCILIATION

| Bank statement Date: | 7/31/2011 | Balance on Statement: | $694,928.30 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | 7/27/2011 | 872.21 | |
| | 7/28/2011 | 262.37 | |
| | 7/28/2011 | 2,064.35 | |
| | 7/28/2011 | 4,632.01 | |
| | 7/29/2011 | 1,152.83 | |
| | 7/29/2011 | 1,845.11 | |
| | 7/29/2011 | 10,116.74 | |
| | 7/30/2011 | 837.99 | |
| | 7/30/2011 | 3,439.83 | |
| | 7/30/2011 | 25,360.41 | |
| | 7/31/2011 | 60.57 | |
| | 7/31/2011 | 1,595.69 | |
| | 7/31/2011 | 12,091.07 | |

TOTAL DEPOSITS IN TRANSIT                                    64,331.18

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $759,259.48

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                                494,326.89

3. BEGINNING BALANCE:                                                       (494,326.89)

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)

5. BALANCE:                                                                        (494,326.89)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***                                (64,519.85)

7. ENDING BALANCE:                                                             (558,846.74)

8. PAYROLL Account Number(s):

Depository Name & Location:


No Payroll Account for Debtor

TOTAL DISBURSEMENTS FROM CURRENT ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/26/2011 | | SMC | P/R Funding - Gross | 30,334.99 |
| 6/26/2011 | | SMC | P/R Funding - ER Fed Taxes | 2,369.51 |
| 6/26/2011 | | SMC | P/R Funding - ER State Taxes | 459.53 |
| | | | | |
| | | | Total Payroll | 33,164.03 |
| | | | | |
| 7/10/2011 | | SMC | P/R Funding - Gross | 28,748.11 |
| 7/10/2011 | | SMC | P/R Funding - ER Fed Taxes | 2,236.64 |
| 7/10/2011 | | SMC | P/R Funding - ER State Taxes | 371.07 |
| | | | | |
| | | | Total Payroll | 31,355.82 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 64,519.85 |

## BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

TOTAL DISBURSEMENTS FROM CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                        | 0 |

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)

5. BALANCE:                                                                  | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***                                          | 0.00 |

7. ENDING BALANCE:                                                           | 0.00 |

8. TAX Account Number(s):

   Depository Name & Location:

No Tax Account for DIP

## BANK RECONCILIATION

| Bank statement Date: | | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | 0.00 |
|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $0.00 |
|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  | | |
|---|---|---|
| | General Account: | 694,928.30 |
| | Payroll Account: | 0.00 |
| | Tax Account: | 0.00 |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 2,095.06 |

## TOTAL CASH AVAILABLE:

697,023.36

## Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 7/1/2011 | Starting Petty Cash | 1,959.26 |
| 6/30/2011 | Vehicle Repairs/Maintenance | (160.00) |
| 6/30/2011 | Resale/Sundries | (20.57) |
| 6/30/2011 | Vehicle Repairs/Maintenance | (426.80) |
| 6/30/2011 | Maintenance Supplies | (3.97) |
| 6/30/2011 | Office Supplies | (39.33) |
| 6/30/2011 | Guest Amenity Supplies | (18.82) |
| 7/14/2011 | Petty Cash Reimbursement (6/28) | 742.86 |
| 7/14/2011 | Vehicle Repairs/Maintenance | (562.96) |
| 7/14/2011 | Electrical | (7.40) |
| 7/14/2011 | Cleaning Supplies | (3.85) |
| 7/14/2011 | Office Supplies | (15.69) |
| 7/14/2011 | Pool Maintenance | (26.69) |
| 7/14/2011 | Resale/Sundries | (29.22) |
| 7/14/2011 | Operating Supplies | (8.66) |
| 7/14/2011 | Continental Breakfast | (9.31) |
| 7/19/2011 | Vehicle Repairs/Maintenance | (411.48) |
| 7/19/2011 | Continental Breakfast | (15.01) |
| 7/22/2011 | Petty Cash Reimbursement (6/30) | 488.92 |
| 7/22/2011 | Petty Cash Reimbursement (7/14) | 663.78 |

## ENDING PETTY CASH:

2,095.06

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Cathay Bank | Monthly | 99,650.00 | 8 | 797,200.00 |
| | | | | |
| Less Cathay Bank Adequate Protection Payments | | 46,500.00 | 4 | (186,000.00) |
| | | | | |
| Total Due to Cathay Bank | | | | 611,200.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 1,222,400.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: 4,120.21

Total Wages Paid: 64,519.85

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | | |
| State Withholding | 0.00 | | |
| FICA- Employer's Share | 0.00 | | |
| FICA- Employee's Share | 0.00 | | |
| Federal Unemployment | 0.00 | | |
| Sales and Use | 31,352.90 | 0.00 | |
| Real Property | 0.00 | 0.00 | |
| Other: | | 0.00 | |
| TOTAL: | 31,352.90 | 0.00 | |

Note: Management Company (SMC) supplies the employees to the corporation, so there is no payroll.

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2010 | 97,359.92 | 975.00 | 21-Jan-2011 | 975.00 | 0.00 |
| 31-Mar-2011 | 582,712.98 | 4,875.00 | 22-Apr-2011 | 4,875.00 | 0.00 |
| 30-Jun-2011 | 772,370.26 | 4,875.00 | 21-Jul-2011 | 4,875.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 10,725.00 | | 10,725.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Shilo Management Corp. | 12/23/2010 | 12,316.00 | 12,316.00 |
| | | (4% of Gross Revenue) | |
| Shilo Franchise International | 12/23/2010 | 13,677.70 | 13,677.70 |
| | | (4% of Room Sales for Month) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| Shilo Franchise International | | 5/31/2011 Airline Miles 5/31/11 | 18.75 |
| Shilo Management Corp. | | 6/30/2011 Reimburse SMC for Fedex charges | 50.76 |
| Shilo Management Corp. | | 6/26/2011 Payroll Pass Thrus | 2,989.44 |
| Shilo Franchise International | | 6/30/2011 Star Points less Redemptions | 219.36 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 296,330.00 | 2,197,054.00 |
| Less: Returns/Discounts | 0.00 | 0.00 |
| Net Sales/Revenue | 296,330.00 | 2,197,054.00 |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 296,330.00 | 1,553,426.00 |
| | | |
| Other Operating Income (Restaurant Rent) | 8,000.00 | 49,634.00 |
| | | |
| Operating Expenses: | | |
| | | |
| Payroll - Other Employees | 54,614.00 | 367,091.00 |
| Payroll Taxes /Benefits | 10,426.00 | 52,041.00 |
| Other Taxes (Franchise Taxes) | | 23,903.00 |
| Depreciation and Amortization | 111,800.00 | 654,170.00 |
| Rent Expense - Real Property | | 0.00 |
| Lease Expense - Personal Property | | 0.00 |
| Insurance | 2,725.00 | 22,848.00 |
| Real Property Taxes | 10,237.00 | 52,224.00 |
| Personal Property Taxes | 1,014.00 | 6,346.00 |
| Telephone and Utilities | 24,306.00 | 110,145.00 |
| Repairs and Maintenance | 6,969.00 | 44,674.00 |
| Travel and Entertainment (Itemize) | 112.00 | 1,759.82 |
| Miscellaneous Operating Expenses (Itemize) | 31,725.00 | 155,440.00 |
| Total Operating Expenses | 253,928.00 | 1,490,641.82 |
| | | |
| Net Gain/(Loss) from Operations | 50,402.00 | 112,418.18 |
| | | |
| Non-Operating Income: | | |
| Interest Income | | 7.00 |
| Net Gain on Sale of Assets (Itemize) | | 0.00 |
| Other (Itemize) | | 0.00 |
| Total Non-Operating income | 0.00 | 7.00 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | 0.00 |
| Legal and Professional (Itemize) | 4,875.00 | 206.00 |
| Other (Itemize) | 39,890.00 | 158,438.00 |
| Total Non-Operating Expenses | 44,765.00 | 158,644.00 |
| | | |
| NET INCOME/(LOSS) | 5,637.00 | (46,218.82) |

(Attach exhibit listing all itemizations required above)

Travel & Entertainment Expenses

| | |
|---|---|
| Troy Summerill | 112.00 |
| Total Travel & Entertainment Expenses | 112.00 |

Misc Operating Expenses

| | |
|---|---|
| Room Supplies | 5,685.00 |
| Guest Relocation | 112.00 |
| Hot Breakfast | 6,816.00 |
| Pay per View Service | 1,342.00 |
| Sundries | 1,935.00 |
| Dry Cleaning | 239.00 |
| Advertising, Marketing & Promotion | 996.00 |
| Office Supplies | 999.00 |
| Operating Supplies | 1,400.00 |
| Miscellaneous | 4.00 |
| Credit Card Discounts | 7,524.00 |
| Cash Over/Short | 356.00 |
| Printing & Stationery | 20.00 |
| Bank Fees | 435.00 |
| Equipment Rental | 339.00 |
| Allocation of Regional Manager Payroll | 3,523.00 |
| Total Misc Operating Expenses | 31,725.00 |

Legal & Professional Fees

| | |
|---|---|
| Quarterly Bankruptcy Fees | 4,875.00 |
| Total Legal & Professional Fees | 4,875.00 |

Other Non-Operating Expenses

| | |
|---|---|
| Franchise Fees | 23,448.00 |
| Management Fees | 12,316.00 |
| Airline Miles | 25.00 |
| Star Rewards Loyalty Progam | 1,514.00 |
| Travel Agent Commissions | 2,656.00 |
| Late Fees | 11.00 |
| Restaurant Expenses | (80.00) |
| Total Non-Operating Expenses | 39,890.00 |

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 787,053.00 | |
| Restricted Cash (A/P) | 61,241.00 | |
| Accounts Receivable | 233,439.00 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | 171,981.00 | |
| Other (Utility & Other Deposits) | 208,695.00 | |
| Total Current Assets | | 1,462,409.00 |
| | | |
| Property, Plant, and Equipment | 16,510,323.00 | |
| Accumulated Depreciation/Depletion | (6,527,066.00) | |
| Net Property, Plant, and Equipment | | 9,983,257.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemized) | 1,144,120.00 | |
| Total Other Assets | | 1,144,120.00 |
| TOTAL ASSETS | | 12,589,786.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 63,481.00 | |
| Insurance Payable | 35,022.00 | |
| Taxes Payable | 209,151.00 | |
| Wages Payable | 32,254.00 | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | 75,941.00 | |
| Total Post-petition Liabilities | | 415,849.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 14,801,234.00 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 1,562,257.00 | |
| Other (Itemize) | 72,973.00 | |
| Total Pre-petition Liabilities | | 16,436,464.00 |
| TOTAL LIABILITIES (Pre and Post Petition) | | 16,852,313.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (4,239,458.00) | |
| Post-petition Owners' Equity | (50,396.00) | |
| Post-petition Profit/(Loss) | 27,324.00 | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (4,262,530.00) |
| TOTAL LIABILITIES & EQUITY | | 12,589,783.00 |

Note: Adjusting opening entries are not complete.

| Other Assets | |
|---|---|
| Linens | 162,810.00 |
| Loan Fees Net of Amortization | 168,760.00 |
| Reorganization Costs | 179.00 |
| Start Up Expenses | 812,320.00 |
| Suspense | 51.00 |
| | |
| Total Other Assets | 1,144,120.00 |

| Other Current Liabilities | |
|---|---|
| | |
| Gift Cards Sold, Payable to SFI | 610.00 |
| A/P Travel Agent | 28,564.00 |
| Accrued Franchise Fees | 11,723.00 |
| Accrued Lodgenet Expense | 1,344.00 |
| Adjust Star Rewards | (91.00) |
| Refunds Due Guests | 496.00 |
| Insurance Expense | 28,410.00 |
| Wire Payment Variance | 2.00 |
| Property Tax Expense | 4,883.00 |
| | |
| Total Other Current Liabilities | 75,941.00 |

| Other Pre-Petition Liabilities | |
|---|---|
| | |
| A/P Other | 19,069.00 |
| A/P Lending Pool (Properties) | 11,500.00 |
| A/P Shilo Management | 2,249.00 |
| A/P Travel Agent | 36,112.00 |
| Gift Cards Sold, Payable to SFI | 2,869.00 |
| Wages Payable | 1,174.00 |
| | |
| Total Other Pre-Petition Liabilities | 72,973.00 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

_____

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I, Christopher Campbell, CEO/CFO of Shilo Management Corporation, as manager of the Shilo Inn, Killeen, LLC

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

22 Aug 11
Date

Page 16 of 16                    Principal for debtor-in-possession