1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   dbg@lnbyb.com
2  J.P. FRITZ (State Bar No. 245240)
   jpf@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234
5  Facsimile:  (310) 229-1244

6  
   Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 19 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>SHILO INN, DIAMOND BAR, LLC,<br>      Debtor and Debtor in Possession.<br>_____<br>In re:<br>SHILO INN, KILLEEN, LLC,<br>      Debtor and Debtor in Possession.<br>_____<br>☐  Affects All Debtors<br>☐  Affects Shilo Inn, Diamond Bar, LLC only<br>☒  Affects Shilo Inn, Killeen, LLC only | Lead Case No.: 2:10-bk-60884-VZ<br><br>Jointly administered with:<br>2:10-bk-62057-VZ (Shilo Inn, Killeen, LLC)<br><br>Chapter 11 Cases<br><br>**ORDER DISMISSING BANKRUPTCY CASE OF SHILO INN, KILLEEN LLC**<br><br>Hearing:<br>Date:    August 23, 2011<br>Time:   11:00 a.m.<br>Ctrm:   255 East Temple Street<br>           Courtroom 1368<br>           Los Angeles, CA 90012 |

1

1    A hearing was held on August 23, 2011, at 11:00 a.m. in Courtroom 1368 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, to consider the motion ("Motion"), filed by Shilo Inn, Killeen, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"): (1) Pursuant To Bankruptcy Rule 9019 To Approve Compromise Of Controversy; and (2) To Dismiss Bankruptcy Case.  Appearances were as set forth on the Court's record.

The Court considered the Motion, which seeks approval, in part, of a settlement agreement and related transactions (collectively, the "Settlement") outlined in a Term Sheet ("Term Sheet") appended to the Motion, as supplemented by the forms of definitive agreements implementing the Settlement and the Term Sheet (the "Definitive Agreements"), all papers filed by the Debtor in support of the Motion, and the Notice of Errata filed by the Debtor.  No opposition to the Motion was filed.  The Court considered the statements and representations of counsel made at the hearing on the Motion.  The Court also considered the notice of the Motion and the hearing on the Motion.  Having determined that the Settlement is fair and reasonable and in the best interest of the estate and all creditors, and having considered the entire record in this case, the Court having made its findings of fact and conclusions of law on the record of the hearing, and for other good cause appearing therefor, the Court granted the Motion and approved the Settlement.

With respect to dismissal of the case, the Court ordered that, to the extent that any quarterly fees remain due and owing to the Office of the United States Trustee ("UST"), such fees shall be paid in full as a condition of dismissal of this case.  The Court further ordered that, upon submission of a declaration by the Debtor that all quarterly fees to the UST have been paid in full, the Debtor shall also submit an order dismissing this case, at which time this case will be dismissed.

1     The Court, having read and considered that certain Declaration of Christopher Campbell
2 showing that all quarterly fees to the UST have been paid in full, and for good cause appearing,
3 therefor,

4     **IT IS HEREBY ORDERED AS FOLLOWS:**

5     The Case is DISMISSED.

6

7                                          # # #

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26 DATED: September 19, 2011

                                                   United States Bankruptcy Judge

27
28

2

| In re SHILO INN, KILLEEN, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO 2:10-bk-62057-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as ORDER DISMISSING BANKRUPTCY CASE will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*N/A*

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On **September 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service via U.S. Mail

| Counsel to Cathay Bank | Tai C. Tran | Cathay Bank |
|---|---|---|
| Alfred M. Clark, III | Locke Lord Bissell & Liddell | Gregory Badura |
| Brandon J. Witkow | 100 Congress Avenue, Suite 300 | Cathay Bank |
| Locke Lord Bissell & Liddell LLP | Austin, TX 78701-2748 | Special Asset Department |
| 300 South Grand Avenue, Ste 2600 | | 17432 Colima Road |
| Los Angeles, CA 90071 | | Roland Heights, CA 91748 |
| | Counsel to Cathay Bank | |
| Counsel to Cathay Bank | Gregory S. Lowry | |
| W. Steven Bryant | Locke Lord Bissell & Liddell LLP | |
| Locke Lord Bissell & Liddell LLP | 2200 Ross Avenue, Suite 2200 | |
| 600 Travis Street, Suite 2800 | Dallas, Texas 75201 | |
| Houston, Texas 77702 | | |

 U.S. Trustee *
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 15, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**_By Personal Delivery Via Attorney Service_**
Hon. Vincent P. Zurzolo
U. S. Bankruptcy Court/Los Angeles Div.
Edward R. Roybal Fed. Bldg. & Courthouse
255 E. Temple Street, Suite 1368
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 15, 2011** | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re SHILO INN, KILLEEN, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO 2:10-bk-62057-VZ |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: **ORDER DISMISSING BANKRUPTCY CASE OF SHILO INN, KILLEEN LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 15, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- John-patrick M Fritz    jpf@lnbrb.com
- David B Golubchik    dbg@lnbrb.com, angela@lnbyb.com
- Dare Law    dare.law@usdoj.gov
- Michael Reed    othercourts@mvbalaw.com
- Melanie C Scott    Melanie.Scott@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Brandon J Witkow    bwitkow@lockelord.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*None.*

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

*None.*